| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**NEXUS_BANKRUPTCY**<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951-290-2827<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br><br><br>☐ *Debtor appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | FOR COURT USE ONLY |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**SHU-CHEN WU and**<br>**GEOGIANG YUE,** | CASE NUMBER: **6:22-bk-14173-RB**<br><br>CHAPTER 13 |
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** |
| Debtor(s). | [No hearing required unless requested under LBR 9013-1(o)] |

| |
|---|
| **Creditor Name:  EMILIO CERON** |

**TO THE CREDITOR, ATTORNEY FOR CREDITOR AND OTHER INTERESTED PARTIES:**

1.  **NOTICE IS HEREBY GIVEN** that Debtors move this court for an order, pursuant to LBR 9013-1(o) upon notice of opportunity to request a hearing (i.e., without a hearing unless requested), avoiding a lien on the grounds set forth below.

2.  **Deadline for Opposition Papers:**
    Pursuant to LBR 9013-1(o), any party opposing the motion may file and serve a written opposition and request a hearing on this motion.  If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in Federal Rules of Civil Procedure 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

| |
|---|
| *"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code. "FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.* |

3.  Type of Case:
    a.  ☒ A voluntary petition under Chapter    ☐ 7  ☐ 11 ☐ 12  ☒ 13 was filed on:  **11/2/2022**
    b.  ☐ An involuntary petition under Chapter  ☐ 7  ☐ 11 was filed on:  _____
        ☐ An order of relief under Chapter        ☐ 7  ☐ 11 was entered on:  _____
    c.  ☐ An order of conversion to Chapter       ☐ 7  ☐ 11 ☐ 12  ☐ 13 was entered on:  _____
    d.  ☐ Other:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. Procedural Status:
   a. ☒ Name of trustee appointed *(if any)*: **Rod Danielson**
   b. ☐ Name of Attorney of Record for Trustee *(if any)*: _____

5. Debtors claim an exemption in the subject real property under:
   a. ☒ California Code of Civil Procedure §704.730 (Homestead): Exemption amount claimed on schedules: **$560,000**
   b. ☐ California Code of Civil Procedure § __ Exemption amount claimed on schedules: $__
   c. ☐ Other statute *(specify)*: _____

6. Debtors' entitlement to an exemption is impaired by judicial lien, the details of the lien are as follows:
   a. Date of entry of judgment *(specify)*: **11/12/2021**
   b. Case name *(specify)*: **Emilio Ceron v. Geogiang Yue, Susan Wu**
   c. Name of court: **Riverside Superior Court**
   d. Docket number *(specify)*    **RIC2003142**
   e. Date *(specify)*:  **1/10/2022**  and place of recordation of lien *(specify)*   **Official Records of County of Riverside**
   f. Recorder's instrument number *(specify)*: **2022-0014423**

7. The property claimed to be exempt is as follows:
   a. Street address, city, county and state, where located, *(specify)*:  **7907 Horizon View Drive, Riverside, CA 92506**

   b. Legal description *(specify)*:  **.93 Acres Net In Lot 26 Mb 338/026 Tr 28907-1**

                                                                          ☐ See attached page

8. Debtors acquired the property claimed exempt on the following date *(specify)*: **12/29/2015**

9. Debtors allege that the fair market value of the property claimed exempt is: **$1,300,000.00**

10. The subject property is encumbered with the following liens (*list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion*):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| **Riverside County Tax Collector** | ☐ | **2022** | **$21,065.98** | **$21,065.98** | **11/2/2022** |
| **East West Bank** | ☐ | **11/25/2020** | **$720,000.00** | **$727,763.56** | **11/2/2022** |
| **Emilio Ceron** | ☒ | **1/10/2022** | **$30,088.02** | **$59,836.36** | **11/2/2022** |

11. Debtors attaches copies of the following documents in support of the motion (as appropriate):
   a. ☒ Schedule C to bankruptcy petition listing all exemptions claimed by Debtor
   b. ☒ Appraisal of the property
   c. ☒ Documents showing current balance due as to the liens specified in paragraph 10 above
   d. ☒ Recorded Abstract of Judgment
   e. ☒ Recorded Declaration of Homestead (Homestead Exemption)
   f. ☒ Declaration of Appraiser, John Andersen
   g. ☐ Other *(specify)*:

12. Total number of attached pages of supporting documentation: **80**

13. Debtors declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct [28 U.S.C. § 1746(1) and (2)].

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 2                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

WHEREFORE, Debtors request that this court issue an order avoiding Creditor's lien in the form of the **Attachment** to this motion.

Date: **12/22/2022**

Signature of Debtor

**Shu-Chen Wu**

Printed name of Debtor

Date: **12/22/2022**

Signature of Joint Debtor

**Geogiang Yue**

Printed name of Joint Debtor

Date: **12/22/2022**

Signature of Attorney for Debtor

**Benjamin Heston**

Printed name of Attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                     Page 3                     **F 4003-2.1.AVOID.LIEN.RP.MOTION**

## ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

**1.** **Creditor Lienholder/Servicer: EMILIO CERON**

**2.** **Subject Lien:** Date and place of recordation of lien (*specify*): **1/10/2022, Official Records of Riverside County**
Recorders instrument number or document recording number: **2022-0014423**

**3.** **Collateral:** Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:

Street address: **7907 Horizon View Drive, Riverside, CA 92506**

Legal description: **.93 Acres Net In Lot 26 Mb 338/026 Tr 28907-1**

☐ See attached page.

**4.** **Secured Claim Amount**
    a.  Value of Collateral:....................................................................................... **$1,300,000.00**
    b.  Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
        (1)  First lien: ................................................................. (**$21,065.98**)
        (2)  Second lien: ............................................................ (**$727,763.56**)
        (3)  Third lien: ................................................................ ($_____)
        (4)  Additional senior liens (*attach list*): ........................... ($_____)
    c.  Amount of Debtor's exemption(s): .......................................... (**$560,000.00**)
    d.  Subtotal: ........................................................................................ (**1,308,829.54**)
    e.  Secured Claim Amount (negative results should be listed as -$0-): .............. (**-$0-**)

Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

**Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Shu-Chen** | **Wu** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Geogiang** | **Yue** | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Central District of California** | |
| Case number (if known) | **6:22-bk-14173** | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>7907 Horizon View Drive Riverside, CA 92506<br>Line from *Schedule A/B:*  1.1 | $1,300,000.00 | ☑  $560,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| Brief description:<br>Household goods and furnishings<br>Line from *Schedule A/B:*  6 | $5,000.00 | ☑  $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

3. **Are you claiming a homestead exemption of more than $189,050?**

(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☑ No

☐ Yes

| Debtor 1 | **Shu-Chen** | | **Wu** | | | |
|---|---|---|---|---|---|---|
| Debtor 2 | **Geoqiang** | | **Yue** | | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* | 6:22-bk-14173 |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Electronics<br><br>Line from *Schedule A/B:*   7 | $5,000.00 | ☑  $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description:<br>Clothes<br><br>Line from *Schedule A/B:*   11 | $1,000.00 | ☑  $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description:<br>Jewelry<br><br>Line from *Schedule A/B:*   12 | $500.00 | ☑  $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Brief description:<br>Cash<br><br>Line from *Schedule A/B:*   16 | $40.00 | ☑  $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 U.S.C. § 407 |
| Brief description:<br>East-West Bank<br>Checking account<br><br>Line from *Schedule A/B:*   17 | $2,000.00 | ☑  $1,826.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑  $174.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220<br><br><br>42 U.S.C. § 407 |
| Brief description:<br>Charles Schwab<br><br>Line from *Schedule A/B:*   21 | $22.00 | ☑  $22.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| Brief description:<br>Charles Schwab (Roth)<br><br>Line from *Schedule A/B:*   21 | $1,829.00 | ☑  $1,829.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| Brief description:<br>Charles Schwab (Roth)<br><br>Line from *Schedule A/B:*   21 | $311.00 | ☑  $311.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |

Official Form 106C                    **Schedule C: The Property You Claim as Exempt**

# EXHIBIT B

# Uniform Residential Appraisal Report

File # 7907 Horizon View Dr

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address 7907 Horizon View Dr | City Riverside   State CA   Zip Code 92506 |
| Borrower Shu Chen Wu | Owner of Public Record Shu C Wu   County Riverside |
| Legal Description .93 Acres Net In Lot 26 Mb 338/026 Tr 28907-1 | |

Assessor's Parcel # 243-500-026    Tax Year 2021    R.E. Taxes $ 20,665
Neighborhood Name Alessandro Heights    Map Reference 40140    Census Tract 0306.04
Occupant ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $ 0    ☐ PUD   HOA $ 0   ☐ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Bankruptcy
Lender/Client Susan Chen Wu    Address 7907 Horizon View Dr, Riverside, CA 92506
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No
Report data source(s) used, offering price(s), and date(s). DOM 200;See attached addenda.

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $(000) | AGE (yrs) | One-Unit | 75 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | | | 2-4 Unit | 2 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | 380 Low 0 | | Multi-Family | 2 % |
| Neighborhood Boundaries Victoria/Arlington on the north, Alessandro/Trautwein/Wood on the east, city | | | | | | 3,000 High 94 | | Commercial | 5 % |
| limits on the south and Washington on the west. | | | | | | 857 Pred. 44 | | Other | 16 % |

Neighborhood Description The subject is located in the incorporated city of Riverside. The neighborhood is developed with average to very good quality homes. The 91 freeway is located within 3 miles and provides access to employment and recreation. The other land use is vacant land.

Market Conditions (including support for the above conclusions) See attached 1004MC form.

## SITE

Dimensions See Plat Map    Area 40511 sf    Shape Irregular    View B;LtdSght;
Specific Zoning Classification RC    Zoning Description Single Family Residence
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☐ | ☒ Septic tank | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 06065C0740G  FEMA Map Date 08/28/2008
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
The subject sides and backs to similar sites and is similar in size to most sites in the area. The highest and best use of the subject is considered to be its present use as a single family residential dwelling. The remaining economic life of the structure and the site's single family zoning result in the present use as the only logical highest and best use conclusion. The subject's view is primarily from the pool area of the yard.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls | Concrete/avg. | Floors | Tile/car./avg. |
| # of Stories 1 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | Stucco/avg. | Walls | Drywall/avg. |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area 0 sq.ft. | | Roof Surface | C tile/avg. | Trim/Finish | Pt. Wood/avg. |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts | Yes/avg. | Bath Floor | Tile/avg. |
| Design (Style) Mediterranean | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Vinyl sldr./avg. | Bath Wainscot | Tile/avg. |
| Year Built 2004 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | No/yes | Car Storage | ☐ None |
| Effective Age (Yrs) 16 | | ☐ Dampness ☐ Settlement | | Screens | Yes/avg. | ☒ Driveway # of Cars 8 |
| Attic ☐ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | | ☐ Woodstove(s) # 0 | Driveway Surface Concrete |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Gas | | ☒ Fireplace(s) # 3 ☒ Fence Blk/irn | | ☒ Garage # of Cars 6 |
| ☐ Floor ☒ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Cov. ☒ Porch Covered | | ☐ Carport # of Cars 0 |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☒ Pool Pool/Spa ☐ Other None | | ☐ Att. ☒ Det. ☐ Built-in |

Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer ☒ Other (describe) Range hood
Finished area above grade contains: 13 Rooms 6 Bedrooms 5.1 Bath(s) 5,085 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). There is an atrium patio with a fireplace in the interior of the home (it does not have a roof). There is a detached tandem 6 car garage. One side of the garage has a high ceiling and door to be used as an RV garage parking.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C4;No updates in the prior 15 years;See attached addenda.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☒ Yes ☐ No If Yes, describe
The 1/2 bathroom is currently being remodeled.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

Main File No. 7907 Horizon View Dr

## Uniform Residential Appraisal Report

File # 7907 Horizon View Dr

| | | | |
|---|---|---|---|
| There are 9 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 1,001,000 to $ 2,388,000 . |
| There are 32 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 810,000 to $ 2,500,000 . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 7907 Horizon View Dr | 1099 Crestbrook Dr | | 2212 Karendale Cir | | 7570 Meadow Ridge Ct | |
| | Riverside, CA 92506 | Riverside, CA 92506 | | Riverside, CA 92506 | | Riverside, CA 92506 | |
| Proximity to Subject | | 1.83 miles NE | | 1.59 miles NW | | 0.48 miles N | |
| Sale Price | $ | | $ 1,260,000 | | $ 1,330,000 | | $ 1,225,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 223.40 sq.ft. | | $ 277.89 sq.ft. | | $ 317.03 sq.ft. | |
| Data Source(s) | | CRMLS#IV22196150;DOM 0 | | CRMLS#IV22098316;DOM 29 | | CRMLS#IV22154638;DOM 18 | |
| Verification Source(s) | | 268-223-025/#423864 | | 241-381-005/#345470 | | 243-560-014/#399141 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Cash;0 | | Conv;500 | -500 |
| Date of Sale/Time | | s10/22;c09/22 | | s08/22;c06/22 | | s09/22;c08/22 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 40511 sf | 42253 sf | -1,700 | 20038 sf | 20,500 | 2.91 ac | -86,200 |
| View | B;LtdSght; | B;LtdSght; | | N;Res; | 25,000 | B;LtdSght; | |
| Design (Style) | DT1;Mediterrane | DT2;Traditional | 0 | DT2;Traditional | 0 | DT1;Mediterrane | |
| Quality of Construction | Q3 | Q3 | | Q2 | -50,000 | Q3 | |
| Actual Age | 18 | 34 | 8,000 | 36 | 9,000 | 7 | -5,500 |
| Condition | C4 | C3 | -40,000 | C3 | -40,000 | C3 | -40,000 |
| Room Count | Total 13 Bdrms. 6 Baths 5.1 | Total 10 Bdrms. 4 Baths 4.0 | 15,000 | Total 10 Bdrms. 5 Baths 4.1 | 10,000 | Total 9 Bdrms. 3 Baths 3.1 | 20,000 |
| Gross Living Area | 5,085 sq.ft. | 5,640 sq.ft. | -36,100 | 4,786 sq.ft. | 19,400 | 3,864 sq.ft. | 79,400 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Fair-average | Average | -5,000 | Average | -5,000 | Average | -5,000 |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | 3 Fp/None | 2 Fp/None | 2,000 | 3 Fp/None | | 1 Fp/None | 4,000 |
| Garage/Carport | 6gd8dw | 3gbi4dw | 30,000 | 3gbi5dw | 30,000 | 4ga4dw | 20,000 |
| Porch/Patio/Deck | Cov. Patio | Patio | 10,000 | Cov. Patio | | Cov. Patio | |
| Other | None | None | | None | | None | |
| Pool/Spa/landscaping | Pool/Spa | None | 60,000 | Pool/Spa | | Front/rear | 35,000 |
| Original List Price | $1,888,000 | $1,225,000 | 0 | $1,359,900 | 0 | $1,410,000 | 0 |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 42,200 | ☒ + ☐ - $ | 18,900 | ☒ + ☐ - $ | 21,200 |
| Adjusted Sale Price | | Net Adj. 3.3 % | | Net Adj. 1.4 % | | Net Adj. 1.7 % | |
| of Comparables | | Gross Adj. 16.5 % $ | 1,302,200 | Gross Adj. 15.7 % $ | 1,348,900 | Gross Adj. 24.1 % $ | 1,246,200 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  MLS/Realist/CoreLogic
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  MLS/Realist/CoreLogic
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | 03/28/2022 | | |
| Price of Prior Sale/Transfer | | $950,000 | | |
| Data Source(s) | MLS/Realist/CoreLogic | MLS/Realist/CoreLogic | MLS/Realist/CoreLogic | MLS/Realist/CoreLogic |
| Effective Date of Data Source(s) | 10/21/2022 | 10/21/2022 | 10/21/2022 | 10/21/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales   There were no prior sales for the subject in the prior 36 months or comparables 2, 3, 4, 5 or 6 in the 12 months prior to the most recent sale. This is an acknowledgement that no prior sales in the past 12 months were not found in public records. The sales history for all comparables was fully researched. Sale 1 previously sold after 1 DOM listed at $975,000. The prior sale does not appear to be a market sale.

Summary of Sales Comparison Approach    See attached addendum

Indicated Value by Sales Comparison Approach $    1,300,000

Indicated Value by: Sales Comparison Approach $    1,300,000    Cost Approach (if developed) $    Income Approach (if developed) $

The market data approach best represents the actions of typical buyers and sellers and was given most weight. The cost approach was not used in the final value estimate due to the lack of available comparable land sales. The income approach is not typically used for homes in owner occupied neighborhoods.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $    1,300,000 , as of    10/21/2022    , which is the date of inspection and the effective date of this appraisal.

*SALES COMPARISON APPROACH*
*RECONCILIATION*

# Uniform Residential Appraisal Report

**File #** 7907 Horizon View Dr

**ADDITIONAL COMMENTS**

see attached addendum

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    The neighborhood is fully developed and no land sales were found in the neighborhood. The cost approach was not considered a reliable indicator of value due to the lack of available land sales and was not used in the final value estimate.

**COST APPROACH**

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | . . . . . . . . . . . . . . . . . . =$ |
| Source of cost data | DWELLING | 5,085 Sq.Ft. @ $ . . . . . . . =$ |
| Quality rating from cost service          Effective date of cost data | 0 Sq.Ft. @ $ . . . . . . . =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | . . . . . . . =$ |
| | Garage/Carport    2,250 Sq.Ft. @ $ . . . . . . . =$ |
| | Total Estimate of Cost-New . . . . . . . =$ |
| | Less    Physical    Functional    External |
| | Depreciation =$( ) |
| | Depreciated Cost of Improvements . . . . . . . . . . . . . . . =$ |
| | "As-is" Value of Site Improvements . . . . . . . . . . . . . . . =$ |
| Estimated Remaining Economic Life (HUD and VA only)          44 Years | INDICATED VALUE BY COST APPROACH . . . . . . . . . . . . . . . =$ |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

**INCOME**

Estimated Monthly Market Rent $                    X Gross Rent Multiplier                    = $                    Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowners' Association (HOA)?    ☐ Yes    ☐ No    Unit type(s)    ☐ Detached    ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?    ☐ Yes    ☐ No    If Yes, date of conversion.

Does the project contain any multi-dwelling units?    ☐ Yes    ☐ No    Data Source

Are the units, common elements, and recreation facilities complete?    ☐ Yes    ☐ No    If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?    ☐ Yes    ☐ No    If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Uniform Residential Appraisal Report

File # 7907 Horizon View Dr

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:   The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:   The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

File # 7907 Horizon View Dr

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Main File No. 7907 Horizon View Dr

## Uniform Residential Appraisal Report

File # 7907 Horizon View Dr

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature *John Andersen* | Signature |
| Name  John Andersen | Name |
| Company Name  John Andersen Real Estate | Company Name |
| Company Address  1540 N 6th Ave | Company Address |
| Upland, CA 91786-2329 | |
| Telephone Number  (909) 985-0271 | Telephone Number |
| Email Address  jandersen007@gmail.com | Email Address |
| Date of Signature and Report  10/25/2022 | Date of Signature |
| Effective Date of Appraisal  10/21/2022 | State Certification # |
| State Certification #  AG005597 | or State License # |
| or State License # | State |
| or Other (describe)  State # | Expiration Date of Certification or License |
| State  CA | |
| Expiration Date of Certification or License  02/12/2023 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

7907 Horizon View Dr

Riverside, CA 92506

APPRAISED VALUE OF SUBJECT PROPERTY $    1,300,000

LENDER/CLIENT

Name  No AMC

Company Name  Susan Chen Wu

Company Address  7907 Horizon View Dr, Riverside, CA 92506

Email Address

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection
☐ Did inspect interior and exterior of subject property
    Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection

Main File No. 7907 Horizon View Dr

## Uniform Residential Appraisal Report

File # 7907 Horizon View Dr

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 7907 Horizon View Dr | 14172 Andy Pl | | 14145 Crystal View Ter | | 7927 Kimberly Jean Ct | |
| | Riverside, CA 92506 | Riverside, CA 92508 | | Riverside, CA 92508 | | Riverside, CA 92506 | |
| Proximity to Subject | | 1.39 miles E | | 1.14 miles E | | 0.03 miles SE | |
| Sale Price | $ | | $ 1,345,000 | | $ 1,350,000 | | $ 1,479,900 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 336.17 sq.ft. | | $ 306.61 sq.ft. | | $ 429.70 sq.ft. | |
| Data Source(s) | | CRMLS#IV22058822;DOM 131 | | CRMLS#OC22124101;DOM 115 | | CRMLS#IV22222330;DOM 1 | |
| Verification Source(s) | | 276-020-013/#421283 | | 276-010-014 | | 243-500-025 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | Listing | |
| Concessions | | Conv;0 | | Pending;0 | -40,500 | Active;0 | -44,400 |
| Date of Sale/Time | | s10/22;c08/22 | | c10/22 | | Active | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 40511 sf | 39204 sf | 1,300 | 37462 sf | 3,000 | 24829 sf | 15,700 |
| View | B;LtdSght; | B;LtdSght; | | B;LtdSght; | | B;CtySky; | -50,000 |
| Design (Style) | DT1;Mediterrane | DT2;Traditional | 0 | DT2;Mediterrane | 0 | DT1;Mediterrane | |
| Quality of Construction | Q3 | Q3 | | Q2 | -50,000 | Q3 | |
| Actual Age | 18 | 23 | 0 | 21 | 0 | 18 | |
| Condition | C4 | C3 | -40,000 | C4 | -20,000 | C3 | -40,000 |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 13 | 6 | 5.1 | 9 | 5 | 4.1 | 10,000 | 10 | 5 | 4.1 | 10,000 | 9 | 5 | 4.1 | 10,000 |
| Gross Living Area | 5,085 sq.ft. | 4,001 sq.ft. | 70,500 | 4,403 sq.ft. | 44,300 | 3,444 sq.ft. | 106,700 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Fair-average | Average | -5,000 | Average | -5,000 | Average | -5,000 |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | 3 Fp/None | 2 Fp/Solar leas | 2,000 | 2 Fp/Solar own | -18,000 | 3 Fp/Solar own | -20,000 |
| Garage/Carport | 6gd8dw | 4ga4dw | 20,000 | 4ga6dw | 20,000 | 2ga2gbi6dw | 20,000 |
| Porch/Patio/Deck | Cov. Patio | C. Patio/Balc. | -10,000 | C. Patio/Balc. | -10,000 | Cov. Patio | |
| Other | None | None | | None | | 579 sf  ADU | -80,000 |
| Pool/spa/landscaping | Pool/Spa | Pool/Spa | | Front/rear | 35,000 | Pool/Spa | |
| Original List Price | $1,888,000 | $1,560,000 | 0 | $1,599,800 | 0 | $1,479,900 | 0 |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 48,800 | ☐ + ☒ - | $ -31,200 | ☐ + ☒ - | $ -87,000 |
| Adjusted Sale Price | | Net Adj. 3.6 % | | Net Adj. 2.3 % | | Net Adj. 5.9 % | |
| of Comparables | | Gross Adj. 11.8 % | $ 1,393,800 | Gross Adj. 18.9 % | $ 1,318,800 | Gross Adj. 26.5 % | $ 1,392,900 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | MLS/Realist/CoreLogic | MLS/Realist/CoreLogic | MLS/Realist/CoreLogic | MLS/Realist/CoreLogic |
| Effective Date of Data Source(s) | 10/21/2022 | 10/21/2022 | 10/21/2022 | 10/21/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

*SALES COMPARISON APPROACH*

*SALE HISTORY*

*ANALYSIS / COMMENTS*

Freddie Mac Form 70 March 2005     UAD Version 9/2011     Fannie Mae Form 1004 March 2005

Form 1004UAD.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Supplemental Addendum**

Main File No. 7907 Horizon View Dr

File No. 7907 Horizon View Dr

| Borrower/Client | Shu Chen Wu | | | | |
|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | |

**• URAR: Sale/Listing History Amount, Date, Data Source & Record Number**
Subject property was offered for sale.;Latest Price $1,200,000;Latest Date 10/20/2022;Original Price $1,888,000;Original Date 02/13/2022;CRMLS# IV22028597. The listing broker for the subject property is the owners husband. The list price of the subject was reduced from the original list price to #1,200,000 on 10/2022 and the listing was canceled on 10/21/2022. The owner reports there was one offer on the property for $1,050,000. The offer and was not available for review.

**• URAR: Improvements - Additional Features**
The GLA measurement complies with the ANSI standard. ANSI Z765-2021 (American National Standards Institute) Square Footage-Method has been utilized for measuring, calculating, and reporting the gross living area (GLA) and non-GLA areas of subject property for appraisals of single family dwellings requiring interior and exterior inspections

**• URAR: Subject - Overall Condition of the Property**
Physical depreciation is typical for the age of the home. No external obsolescence noted. The subject property is equipped with a working smoke detector and co detector. I do not warranty if the device is working, just that it is there. The test button doesn't test the workability of a device, only the alarm. Just because it squeaks doesn't mean it works. The water heater does have earthquake straps. The original 4 car tandem garage was converted into a game room in 2007 with a permit. The permit was also for a 2277 sf detached garage. The permit was issued to a prior owner and the property transferred by foreclosure in 2010. In 2012, the lender reactivated the permit and the conversion and new detached garage were completed. In 2014 the current owner converted the game room into a TV room, 2 bedrooms and 2 bathrooms. The work was done with a permit and completed in 2014. The pool and spa were built with a permit was issued to a prior owner in 2006 and completed in 2009. The owners are currently in the process of remodeling the 1/2 bath into a full bathroom and intend to use as a "suite" with the adjoining den. They have added a door from the den to the 1/2 bathroom and are in the process of adding a tub/shower. There are currently no plumbing fixtures or flooring in the bathroom and the walls have some drywall missing. The current owners have added a small kitchen in family room 2 (TV room) and another kitchen/dining area that was previously another den, office or library room. The 1/2 bathroom remodeled and the 2 additional kitchens are/have been done without permits. The subject is larger than any of the other homes in the tract. Functional obsolescence was noted due to the floor plan. There are larger custom homes in the area. The homes in this area typically do not have 3 kitchens and there are few homes with this many bedrooms. Only the large custom homes have this many bathrooms. Most homes in the area have a 1/2 bathroom available for visitors, the subject will not have a 1/2 bath available for visitors. There were some cracks and damage noted to the concrete deck and rock work around the pool.

**• URAR: Sales Comparison Analysis - Summary of Sales Comparison Approach**
All sales are located in the subject's neighborhood and are the most recent comparable sales available. The sales and listings were selected based on 15% size difference and location in the neighborhood. Most weight was given to sale 1 due to similar site size, size and recent sale date. consideration was given to sale 5 a current pending sale. Sales 3, 4 and 6 are over 15% larger than the subject and were used due to a lack of recent sales of a similar size. Room adjustment was made for baths at $10,000. Parking adjustments were $10,000 per garage space. Comparable 5 is a current pending listing and was included as an additional comparable. The living area adjustment was $65/sf. and the site size adjustment was $1/sf. The adjustments were rounded to the nearest $100. An adjustment was made when the GLA difference is more than 100 sf and the site size difference was over 1000 sf. The condition adjustment for comparable 5 was an adjustment for the unfinished work in progress on the subject property at the time of inspection.

In conclusion, the subject is a semi custom tract home in a neighborhood of tract, semi custom and custom homes. The characteristic that distinguish the subject are the site size, size and garage size. The comparable sales were selected based on most similar in site size, quality, size and condition. The subject's appraised value was bracketed by the adjusted and unadjusted sale price range of the comparables. The homes in the neighborhood are generally similar in age, size, quality and site size. The subject's age, view, size, site size, room count and garage were bracketed by the comparable sales. The appraised value is over 20% higher than the predominate value due to the size and age of the subject. The appeal and marketability may be adversely affected.

**• URAR: Additional Comments**
This appraisal is intended for the sole and exclusive use of the appraiser's client to which this report is addressed. No third party is entitled to, or permitted to, rely on this report, for any reason, irrespective of whether or not said third party might have paid for the report, directly, or indirectly. Use of this report by other parties is not intended or authorized by the appraiser. No other parties should use or rely on the appraisal for any purpose.

The appraiser has not identified any purchaser, borrower or seller as an intended user of this appraisal and no such party should use or rely on this appraisal for any purpose. Such parties are advised to obtain an appraisal from an appraiser of their own choosing if they require an appraisal for their own use. This appraisal report should not serve as the basis for any property purchase decision or any appraisal contingency in a purchase agreement relating to the property.

I have performed no (or the specified) other services, as an appraiser or in any other capacity, regarding the property that is the subject of the work under review within the three-year period immediately preceding acceptance of this assignment.

EXPOSURE TIME: estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

Comment: Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market.

When exposure time is a component of the definition for the value opinion being developed, the appraiser must also develop an opinion of reasonable exposure time linked to that value opinion.

When an opinion of reasonable exposure time has been developed in compliance with Standards Rule 1-2(c) the opinion must be stated in the report.

I have made a judgment determination of the condition of the subject property based on a general interior and exterior inspection of the subject property (not a home inspection) and a general comparison to similar properties in the market area. However, I am not an expert in determining the extent of defects, damage, worn components, or pest infestation that cannot be

**Supplemental Addendum**

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |

determined by an inspection that is only meant for determining the general condition of the subject property for appraisal purposes (to estimate a market value by market comparisons). An appraiser is not an expert in making reliable cost estimates of repairs or corrective measures. It is recommended that a licensed general contractor, certified home inspector, and/or specialty professional be consulted for expert inspections, opinions, advice, and recommendations on these matters, as necessary.

The appraiser can only view reasonably accessible areas of the property in order to observe the overall condition. The appraiser is not qualified to warrant the mechanical, electrical or structural condition or integrity of any part or whole of the subject property. The appraiser is not a mechanical, electrical, or structural engineer or contractor. The appraiser is not an expert, and cannot be relied upon to determine whether any building code violations might exist at the subject property. Additional inspections by qualified professionals are strongly recommended.

No information in this report or utilized by the appraiser about the characteristics or condition of the property should be considered a home or property inspection. Any party using or relying on this report, whether authorized or not by the appraiser, acknowledges and agrees that the appraiser has no liability or other responsibility for any matter relating to the characteristics or condition of the property or other matters reported by any third party.

"The global outbreak of a "novel coronavirus" known as COVID-19 was officially declared a pandemic by the World Health Organization (WHO). The reader is cautioned, and reminded that the conclusions presented in this appraisal report apply only as of the effective date(s) indicated. The appraiser makes no representation as to the effect on the subject property of any unforeseen event, subsequent to the effective date of the appraisal."

This appraisal was performed following public awareness that COVID-19 was affecting residents in the United States. At the time of the appraisal, COVID-19 was beginning to have widespread health and economic impacts. The effects of COVID-19 on the real estate market in the area of the subject property were not yet measurable based on reliable data. The analyses and value opinion in this appraisal are based on the data available to the appraiser at the time of the assignment and apply only as of the effective date indicated. No analyses or opinions contained in this appraisal should be construed as predictions of future market conditions or value.

It is acknowledged that real estate markets have been changing rapidly due to the COVID-19 pandemic, therefore it must be emphasized the report contains value related conclusions that have been  estimated as of the effective date of the appraisal and the various indicators related to value may continue to experience significant fluctuations in the short-term until market conditions normalize.

Until market data reflecting the pandemic's effects on real estate markets becomes more readily available through traditional data sources, I have performed additional market research by surveying brokers, agents, property managers, appraisers, and other active market participants regarding the pandemic's effect upon property values and marketability.

**Building Sketch (Page – 1)**

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



**Area Calculations Summary**

| Living Area | | |
|---|---|---|
| Atrium | -360 Sq ft | |
| First Floor | 5444.5 Sq ft | |
| **Total Living Area (Rounded):** | **5085 Sq ft** | |
| Non-living Area | | |
| Covered Porch | 34.5 Sq ft | |

TOTAL Sketch by a la mode, inc.

Main File No. 7907 Horizon View Dr

**Building Sketch (Page - 2)**

| Borrower/Client | Shu Chen Wu | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | | |
| City | Riverside | County | Riverside | | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Non-living Area | |
|---|---|
| 6 Car Detached | 2250 Sq ft |
| Covered Patio | 260 Sq ft |
| Covered Patio | 96 Sq ft |

**Plat Map**

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



Main File No. 7907 Horizon View Dr

## Location Map

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



Main File No. 7907 Horizon View Dr

# Market Conditions Addendum to the Appraisal Report

File No. 7907 Horizon View Dr

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 7907 Horizon View Dr | City | Riverside | State | CA | ZIP Code | 92506 |
|---|---|---|---|---|---|---|---|
| Borrower | Shu Chen Wu | | | | | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 21 | 5 | 6 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 3.50 | 1.67 | 2.00 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 6 | 14 | 9 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 1.7 | 8.4 | 4.5 | ☐ Declining | ☐ Stable | ☒ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $1,325,000 | $1,680,000 | $1,295,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 10 | 7 | 60 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | $1,375,000 | $1,399,000 | $1,399,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 14 | 63 | 67 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 100 | 100.2 | 97.47 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☒ Yes | ☐ No | | ☒ Declining | ☐ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    The CRMLS MLS indicates there were 32 closed sales during the past 12 months and 9 of those sales contained seller concessions which is 28% of the total transactions in this market area. Prior Months 7-12: 21 Sales; 5 with concessions; 24% of sales for this period. 4-6: 5 Sales; 1 with concessions; 20% of sales for this period. 0-3: 6 Sales; 3 with concessions; 50% of sales for this period. The concessions ranged between $500 and $22,200. The median concession amount is $11,000.

Are foreclosure sales (REO sales) a factor in the market?    ☐ Yes    ☒ No    If yes, explain (including the trends in listings and sales of foreclosed properties).
The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information.    The CRMLS MLS was the data source used to complete the Market Conditions Addendum. Effective Date: Friday, October 21, 2022

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The comparable sales data in the report was based on sales of homes that are similar in size and site size. All of the data in this appraisal report was based on the market activity as of this date. The time adjustments were based on an adjustment of 0% per month sales with a contract date 6 months prior to the appraisal and no time adjustment for the sales with a contract date in the last 6 months. The data in the 1004MC form indicates an adjustment of -0.2% per month over the prior 12 months but the data over the last 3 months indicates the market has been stable or possibly a slight decline.

| If the subject is a unit in a condominium or cooperative project , complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?    ☐ Yes    ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name    John Andersen | | Supervisory Appraiser Name | |
| Company Name    John Andersen Real Estate | | Company Name | |
| Company Address    1540 N 6th Ave, Upland, CA 91786-2329 | | Company Address | |
| State License/Certification #    AG005597    State    CA | | State License/Certification #    State | |
| Email Address    jandersen007@gmail.com | | Email Address | |

Freddie Mac Form 71    March 2009    Page 1 of 1    Fannie Mae Form 1004MC    March 2009

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Subject Photo Page

| Borrower/Client | Shu Chen Wu | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code 92506 |
| Lender | Susan Chen Wu | | | | | |



### Subject Front

7907 Horizon View Dr
Sales Price
G.L.A.           5,085
Tot. Rooms      13
Tot. Bedrms.    6
Tot. Bathrms.   5.1
Location        N;Res;
View            B;LtdSght;
Site            40511 sf
Quality         Q3
Age             18



### Subject Rear



### Subject Street

## Subject Photo Page

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



**Subject Front**

7907 Horizon View Dr
Sales Price
G.B.A.
Age             18





**Subject Rear**



**Subject Street**

Main File No. 7907 Horizon View Dr

## Interior Photos

| Borrower/Client | Shu Chen Wu | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code 92506 |
| Lender | Susan Chen Wu | | | | | |



**Exterior Front**



**Exterior Front**



**Kitchen**



**Kitchen**



**Kitchen**



**Kitchen**

Main File No. 7907 Horizon View Dr

## Interior Photos

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



**Kitchen 3/dining**



**Kitchen 3/dining**



**Kitchen 3/dining**



**Breakfast Nook 1**



**Dining Room 1**



**Dining Room 1**

Main File No. 7907 Horizon View Dr

# Interior Photos

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



**Wine Cellar off dining room**



**Living Area 1**



**Family Room 1**



**Family Room 2**



**Family Room 2 with kitchen 2**



**Bedroom 1**

Main File No. 7907 Horizon View Dr

# Interior Photos

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



**Bedroom 2**



**Bedroom 3 master retreat area**



**Bedroom 3**



**Bedroom 3**



**Bedroom 4**



**Bedroom 5**

**Interior Photos**

Main File No. 7907 Horizon View Dr

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



**Bedroom 6**



**Den 1**



**Den 1 no door trim**



**Den 1 no door trim**



**Half Bath 1**



**Half Bath 1**

Main File No. 7907 Horizon View Dr

**Interior Photos**

| Borrower/Client | Shu Chen Wu | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code 92506 |
| Lender | Susan Chen Wu | | | | | |



**Half Bath 1**



**Half Bath 1**



**Full Bath 1**



**Full Bath 1**



**Full Bath 1**



**Full Bath 2**

Main File No. 7907 Horizon View Dr

## Interior Photos

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



**Full Bath 2**



**Full Bath 2**



**Full Bath 3**



**Full Bath 3**



**Full Bath 4**



**Full Bath 4**

**Interior Photos**

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



**Full Bath 5**



**Full Bath 5**



**Laundry – Utility 1**



**Garage Interior 1 – RV parking area**



**Garage Interior 1 – RV parking area**



**Garage Interior 4 car tandem garage**

**Interior Photos**

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



**Garage Front 1**



**Garage Rear 1**



**Smoke And Co Detector 1**



**Water Heater 1**



**Heating – Cooling System 1**



**Heating – Cooling System 1**

**Interior Photos**

Main File No. 7907 Horizon View Dr

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



**Pool And Spa 1**



**Pool And Spa 1**



**Pool And Spa 1**



**Pool And Spa 1 cracks in concrete**



**Pool Equipment 1**



**Pool And Spa 1 cracks in concrete**

Main File No. 7907 Horizon View Dr

## Interior Photos

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



**View From Pool Area 1**



**Barbecue Area 1**



**View From Barbecue Area 1**



**Interior Patio 1**



**Parking**



**Parking**

**Interior Photos**

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



**Rear Yard 1**

Main File No. 7907 Horizon View Dr

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | Shu Chen Wu |
| Property Address | 7907 Horizon View Dr |
| City | Riverside |
| County | Riverside |
| State | CA |
| Zip Code | 92506 |
| Lender | Susan Chen Wu |



### Comparable 1

1099 Crestbrook Dr
| | |
|---|---|
| Proximity | 1.83 miles NE |
| Sale Price | 1,260,000 |
| GLA | 5,640 |
| Total Rooms | 10 |
| Total Bedrms | 4 |
| Total Bathrms | 4.0 |
| Location | N;Res; |
| View | B;LtdSght; |
| Site | 42253 sf |
| Quality | Q3 |
| Age | 34 |



### Comparable 2

2212 Karendale Cir
| | |
|---|---|
| Proximity | 1.59 miles NW |
| Sale Price | 1,330,000 |
| GLA | 4,786 |
| Total Rooms | 10 |
| Total Bedrms | 5 |
| Total Bathrms | 4.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 20038 sf |
| Quality | Q2 |
| Age | 36 |



### Comparable 3

7570 Meadow Ridge Ct
| | |
|---|---|
| Proximity | 0.48 miles N |
| Sale Price | 1,225,000 |
| GLA | 3,864 |
| Total Rooms | 9 |
| Total Bedrms | 3 |
| Total Bathrms | 3.1 |
| Location | N;Res; |
| View | B;LtdSght; |
| Site | 2.91 ac |
| Quality | Q3 |
| Age | 7 |

## Comparable Photo Page

| Borrower/Client | Shu Chen Wu | | | | |
|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | |
| City | Riverside | County | Riverside | State CA | Zip Code 92506 |
| Lender | Susan Chen Wu | | | | |



### Comparable 4

14172 Andy Pl
| | |
|---|---|
| Proximity | 1.39 miles E |
| Sale Price | 1,345,000 |
| GLA | 4,001 |
| Total Rooms | 9 |
| Total Bedrms | 5 |
| Total Bathrms | 4.1 |
| Location | N;Res; |
| View | B;LtdSght; |
| Site | 39204 sf |
| Quality | Q3 |
| Age | 23 |



### Comparable 5

14145 Crystal View Ter
| | |
|---|---|
| Proximity | 1.14 miles E |
| Sale Price | 1,350,000 |
| GLA | 4,403 |
| Total Rooms | 10 |
| Total Bedrms | 5 |
| Total Bathrms | 4.1 |
| Location | N;Res; |
| View | B;LtdSght; |
| Site | 37462 sf |
| Quality | Q2 |
| Age | 21 |



### Comparable 6

7927 Kimberly Jean Ct
| | |
|---|---|
| Proximity | 0.03 miles SE |
| Sale Price | 1,479,900 |
| GLA | 3,444 |
| Total Rooms | 9 |
| Total Bedrms | 5 |
| Total Bathrms | 4.1 |
| Location | N;Res; |
| View | B;CtySky; |
| Site | 24829 sf |
| Quality | Q3 |
| Age | 18 |

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Condition Ratings and Definitions

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

## Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Main File No. 7907 Horizon View Dr

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

Main File No. 7907 Horizon View Dr

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

UAD Version 9/2011 (Updated 1/2014)

# ENVIRONMENTAL ADDENDUM

## APPARENT* HAZARDOUS SUBSTANCES AND/OR DETRIMENTAL ENVIRONMENTAL CONDITIONS

File #  7907 Horizon View Dr

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |

**\* Apparent is defined as that which is visible, obvious, evident or manifest to the appraiser.**

This Environmental Addendum is for use with any real estate appraisal.  Only the statements which have been marked by the appraiser apply to the Subject property.

This addendum reports the results of the appraiser's routine viewing of and inquiries about the subject property and its surrounding area.  It also states what assumptions were made about any observed evidence of any hazardous substances and/or detrimental environmental conditions.  **The appraiser is not an expert environmental inspector** and therefore might be unaware of existing hazardous substances and/or detrimental environmental conditions which may have a negative effect on the safety or value of the property.  It is possible that tests and inspections made by a qualified environmental inspector would reveal the existence of hazardous materials and/or detrimental environmental conditions on or around the property that would negatively affect its safety and value.

## DRINKING WATER

☒ Drinking water is supplied to the subject from a municipal water supply which is considered safe. However, the only way to be absolutely certain that the water meets published standards is to have it tested at all discharge points.

☐ Drinking water is supplied by a well or other non-municipal source.  It is recommended that tests be made to be certain that the property is supplied with adequate drinking water.

☐ Lead can get into drinking water from its source, the pipes, at all discharge points, plumbing fixtures and/or appliances. The only way to be certain that water does not contain an unacceptable lead level is to have it tested at all discharge points.

☒ **The opinion of value is based on the assumption that there is an adequate supply of safe, lead-free drinking water.**

Comments: _____
_____
_____
_____

## SEWER SYSTEM

☐ Sewage is removed from the property by a municipal sewer system.

☒ Sewage is disposed of by a septic system or other sanitary on-site waste disposal system. The only way to determine that the disposal system is adequate and in good good working condition is to have it inspected by a qualified inspector.

☒ **The opinion of value is based on the assumption that the sewage is disposed of by a municipal sewer or an adequate properly permitted alternate treatment system in good condition.**

Comments: _____
_____
_____

## SOIL CONTAMINANTS

☒ There are no apparent signs of soil contaminants on or near the subject property (except as stated in Comments, below).  It is possible that research, inspection and testing by a qualified environmental inspector would reveal existing and/or potential hazardous substances and/or detrimental environmental conditions on or around the property that would negatively affect its safety and value.

☒ **The opinion of value is based on the assumption that the subject property is free of soil contaminants.**

Comments: _____
_____
_____

## ASBESTOS

☐ All or part of the improvements were constructed before 1979 when asbestos was a common building material. The only way to be certain that the property is free of friable and non-friable asbestos is to have it inspected and tested by a qualified asbestos inspector.

☒ The improvements were constructed after 1979. No apparent friable asbestos was observed (except as stated in Comments, below).

☒ **The opinion of value is based on the assumption that there is no uncontained friable asbestos or other hazardous asbestos material on the property.**

Comments: _____
_____
_____

## PCBs (POLYCHLORINATED BIPHENYLS)

☒ There were no apparent leaking fluorescent light ballasts, capacitors or transformers anywhere on or nearby the property (except as stated in Comments, below).

☒ There was no apparent visible or documented evidence known to the appraiser of soil or groundwater contamination from PCBs anywhere on the property (except as reported in Comments below).

☒ **The opinion of value is based on the assumption that there are no uncontained PCBs on or nearby the property.**

Comments: _____
_____
_____

## RADON

☒ The appraiser is not aware of any radon tests made on the subject property within the past 12 months (except as stated in Comments, below).

☒ The appraiser is not aware of any indication that the local water supplies have been found to have elevated levels of radon or radium.

☒ The appraiser is not aware of any nearby properties (except as stated in Comments, below) that were or currently are used for uranium, thorium or radium extraction or phosphate processing.

☒ **The opinion of value is based on the assumption that the Radon level is at or below EPA recommended levels.**

Comments: _____
_____
_____

Main File No. 7907 Horizon View Dr

## USTs (UNDERGROUND STORAGE TANKS)

☒ There is no <u>apparent</u> visible or documented evidence known to the appraiser of any USTs on the property nor any known historical use of the property that would likely have had USTs.

☒ There are no <u>apparent</u> petroleum storage and/or delivery facilities (including gasoline stations or chemical manufacturing plants) located on adjacent properties (except as reported in Comments below).

☒ There are <u>apparent</u> signs of USTs existing now or in the past on the subject property. It is recommended that an inspection by a qualified UST inspector be obtained to determine the location of any USTs together with their condition and proper registration if they are active; and if they are inactive, to determine whether they were deactivated in accordance with sound industry practices.

☒ **The opinion of value is based on the assumption that any functioning USTs are not leaking and are properly registered and that any abandoned USTs are free from contamination and were properly drained, filled and sealed.**

Comments:

## NEARBY HAZARDOUS WASTE SITES

☒ There are no <u>apparent</u> hazardous waste sites on the subject property or nearby the subject property (except as stated in Comments, below). Hazardous Waste Site search by a trained environmental engineer may determine that there is one or more hazardous waste sites on or in the area of the subject property.

☒ **The opinion of value is based on the assumption that there are no hazardous waste sites on or nearby the subject property that negatively affect the value or safety of the property.**

Comments:

## UREA FORMALDEHYDE INSULATION (UFFI)

☐ All or part of the improvements were constructed before 1982 when urea foam insulation was a common building material. The only way to be certain that the property is free of urea formaldehyde is to have it inspected by a qualified urea formaldehyde inspector.

☒ The improvements were constructed after 1982. No <u>apparent</u> urea formaldehyde materials were observed (except as stated in Comments, below).

☒ **The opinion of value is based on the assumption that there is no significant UFFI insulation or other urea formaldehyde material on the property.**

Comments:

## LEAD BASED PAINT

☐ All or part of the improvements were constructed before 1978 when lead based paint was a common building material. There is no <u>apparent</u> visible or known documented evidence of peeling or flaking Lead Paint on the floors, walls or ceilings (except as stated in Comments, below). The only way to be certain that the property is free of surface or subsurface lead based paint is to have it inspected by a qualified inspector.

☒ The improvements were constructed after 1978. No <u>apparent</u> Lead Paint was observed (except as stated in Comments, below).

☒ **The opinion of value is based on the assumption that there is no flaking or peeling Lead Paint on the property.**

Comments:

## AIR POLLUTION

☒ There are no <u>apparent</u> signs of air pollution at the time of the appraiser's viewing of the subject property, nor were any reported (except as reported in Comments, below). The only way to be certain that the air is free of pollution is to have it tested.

☒ **The opinion of value is based on the assumption that the property is free of air pollution.**

Comments:

## WETLANDS/FLOOD PLAINS

☒ The site does not contain any <u>apparent</u> wetlands/flood plains (except as stated in Comments, below). The only way to be certain that the site is free of wetlands/ flood plains is to have it inspected by a qualified environmental professional.

☒ **The opinion of value is based on the assumption that there are no Wetlands/Flood Plains on the property (except as stated in Comments, below).**

Comments:

## MISCELLANEOUS ENVIRONMENTAL HAZARDS

☒ There are no other <u>apparent</u> hazardous substances and/or detrimental environmental conditions on or in the area of the site except as indicated below:

☐ Excess noise
☐ Radiation and/or electromagnetic radiation
☐ Light pollution
☐ Waste heat
☐ Acid mine drainage
☐ Agricultural pollution
☐ Geological hazards
☐ Nearby hazardous property
☐ Infectious medical wastes
☐ Pesticides
☐ Other (chemical storage, drums, pipelines, etc.)

☒ **The opinion of value is based on the assumption that, except as reported above, there are no other environmental hazards that would negatively affect the value of the subject property.**

**When any of the environmental assumptions made in this addendum are not correct, the opinion of value in this appraisal may be affected.**

03/10

| Borrower/Client | Shu Chen Wu | | | File No. 7907 Horizon View Dr |
|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | |
| City | Riverside | County Riverside | | State CA   Zip Code 92506 |
| Lender | Susan Chen Wu | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ Appraisal Report  (A written report prepared under Standards Rule  2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted  (A written report prepared under Standards Rule  2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report,
Appraisal Report  restricted to the stated intended use only by the specified client and any other named intended user(s).)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Reasonable Exposure Time  (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)
My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:  30-60 days.

### Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements:

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: *John Andersen* | Signature: |
| Name: John Andersen | Name: |
| State Certification #:  AG005597 | State Certification #: |
| or State License #: | or State License #: |
| State:  CA   Expiration Date of Certification or License:  02/12/2023 | State:   Expiration Date of Certification or License: |
| Date of Signature and Report:  10/25/2022 | Date of Signature: |
| Effective Date of Appraisal:  10/21/2022 | |
| Inspection of Subject:  ☐ None  ☒ Interior and Exterior  ☐ Exterior-Only | Inspection of Subject:  ☐ None  ☐ Interior and Exterior  ☐ Exterior-Only |
| Date of Inspection (if applicable):  10/21/2022 | Date of Inspection (if applicable): |

**Assessors Data – Page 1**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Shu Chen Wu | | | | | | |
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |

## 7907 Horizon View Dr, Riverside, CA 92506-7568, Riverside County  ◆ Active Listing
### APN: 243-500-026   CLIP: 4191281709

| MLS Beds | MLS Full Baths | MLS Half Baths | MLS List Price | Sale Date |
|---|---|---|---|---|
| **6** | **5** | **1** | **$1,888,000** | **12/28/2015** |

| MLS Sq Ft | Lot Sq Ft | Yr Built | Type |
|---|---|---|---|
| **5,099** | **40,511** | **2004** | **SFR** |

### OWNER INFORMATION

| | | | |
|---|---|---|---|
| Owner Name | **Wu Shu C** | Tax Billing Zip | **92506** |
| Mail Owner Name | **Shu C Wu** | Tax Billing Zip+4 | **7568** |
| Tax Billing Address | **7907 Horizon View Dr** | Owner Occupied | **Yes** |
| Tax Billing City & State | **Riverside, CA** | | |

### LOCATION INFORMATION

| | | | |
|---|---|---|---|
| Zip Code | **92506** | School District | **Riverside** |
| Carrier Route | **C034** | Comm College District Code | **Riverside City** |
| Tract Number | **28907-1** | Census Tract | **306.04** |

### TAX INFORMATION

| | | | |
|---|---|---|---|
| APN | **243-500-026** | Tax Area | **009002** |
| Alternate APN | **243-500-026** | Lot | **26** |
| % Improved | **83%** | Water Tax Dist | **Western** |
| Legal Description | **.93 ACRES NET IN LOT 26 MB 338/ 026 TR 28907-1** | | |

### ASSESSMENT & TAX

| Assessment Year | 2022 | 2021 | 2020 |
|---|---|---|---|
| Assessed Value - Total | $1,673,277 | $1,640,468 | $1,623,648 |
| Assessed Value - Land | $278,879 | $273,411 | $270,608 |
| Assessed Value - Improved | $1,394,398 | $1,367,057 | $1,353,040 |
| YOY Assessed Change ($) | $32,809 | $16,820 | |
| YOY Assessed Change (%) | 2% | 1.04% | |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2019 | $20,257 | | |
| 2020 | $20,603 | $346 | 1.71% |
| 2021 | $20,665 | $62 | 0.3% |

| Special Assessment | Tax Amount |
|---|---|
| Fld Cntl Stormwater/Cleanwater | $4.02 |
| Csa 152-Riv Stormwater | $10.00 |
| Riverside Ltg Dist | $62.88 |
| Riverside City Library Srvs | $19.00 |
| Cfd 18 Riv Usd | $2,330.84 |
| Nw Mosquito & Vector-Riverside | $11.36 |
| Mwd Standby West | $9.22 |
| Total Of Special Assessments | $2,447.32 |

### CHARACTERISTICS

| | | | |
|---|---|---|---|
| County Land Use | **Single Family Dwelling** | Water | **Type Unknown** |
| Universal Land Use | **SFR** | Sewer | **Type Unknown** |
| Lot Acres | **0.93** | Heat Type | **Central** |
| Lot Area | **40,511** | Cooling Type | **Central** |
| Building Sq Ft | **5,099** | Garage Type | **Attached Garage** |
| Gross Area | **6,194** | Garage Sq Ft | **1,095** |
| Stories | **1** | Parking Type | **Attached Garage** |
| Bedrooms | **6** | Parking Spaces | **MLS: 8** |
| Total Baths | **6** | Roof Material | **Slate** |
| MLS Total Baths | **6** | Construction Type | **Frame** |
| Full Baths | **5** | Pool | **Pool** |
| Half Baths | **1** | Year Built | **2004** |

**Property Details**  Courtesy of JOHN ANDERSEN, JOHN ANDERSEN, BROKER, California Regional MLS   Generated on: 10/21/22

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.   Page 1/6

## Assessors Data – Page 2

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Shu Chen Wu | | | | |
| Property Address | 7907 Horizon View Dr | | | | |
| City | Riverside | County | Riverside | State CA | Zip Code 92506 |
| Lender | Susan Chen Wu | | | | |

| | | | | |
|---|---|---|---|---|
| Fireplaces | 1 | Other Impvs | Yes | |
| Quality | Fair | # of Buildings | 1 | |

**SELL SCORE**

| | | | |
|---|---|---|---|
| Rating | High | Value As Of | 2022-10-16 04:32:56 |
| Sell Score | 734 | | |

**ESTIMATED VALUE**

| | | | |
|---|---|---|---|
| RealAVM™ | $1,847,200 | Confidence Score | 85 |
| RealAVM™ Range | $1,624,000 - $2,070,500 | Forecast Standard Deviation | 12 |
| Value As Of | 10/12/2022 | | |

(1) RealAVM™ is a CoreLogic® derived value and should not be used in lieu of an appraisal.

(2) The Confidence Score is a measure of the extent to which sales data, property information, and comparable sales support the property valuation analysis process. The confidence score range is 50 - 100. Clear and consistent quality and quantity of data drive higher confidence scores while lower confidence scores indicate diversity in data, lower quality and quantity of data, and/or limited similarity of the subject property to comparable sales.

(3) The FSD denotes confidence in an AVM estimate and uses a consistent scale and meaning to generate a standardized confidence metric. The FSD is a statistic that measures the likely range or dispersion an AVM estimate will fall within, based on the consistency of the information available to the AVM at the time of estimation. The FSD can be used to create confidence that the true value has a statistical degree of certainty.

**LISTING INFORMATION**

| | | | |
|---|---|---|---|
| MLS Listing Number | IV22028597 | MLS Original List Price | $1,888,000 |
| MLS Status | Active | MLS Listing Agent | Ivyuegeog-Joseph Yue |
| MLS Area | 252 - RIVERSIDE | MLS Listing Broker | GEOGIANG J. YUE, BROKER |
| MLS Status Change Date | 10/08/2022 | MLS Source | CRM |
| MLS Current List Price | $1,888,000 | | |

| MLS Listing # | Tr20186556 | Iv20054038 | Iv20048027 | Tr19077062 | Tr19021388 |
|---|---|---|---|---|---|
| MLS Status | Canceled | Canceled | Canceled | Canceled | Canceled |
| MLS Listing Date | 09/08/2020 | 03/11/2020 | 03/04/2020 | 04/05/2019 | 01/30/2019 |
| MLS Listing Price | $1,550,000 | $1,425,000 | $2,000 | $1,300,000 | $1,900,000 |
| MLS Orig Listing Price | $1,600,000 | $1,425,000 | $2,200 | $1,399,900 | $1,750,000 |
| MLS Close Date | | | | | |
| MLS Listing Close Price | | | | | |
| MLS Listing Cancellation Date | | | | | |
| MLS Source | CRM | | | | |

| MLS Listing # | Tr16056709 | Tr14167784 | Sw12147282 |
|---|---|---|---|
| MLS Status | Canceled | Canceled | Closed |
| MLS Listing Date | 03/18/2016 | 08/06/2014 | 12/04/2012 |
| MLS Listing Price | $1,488,000 | $1,598,800 | $844,900 |
| MLS Orig Listing Price | $1,488,800 | $1,598,800 | $844,900 |
| MLS Close Date | | | 02/19/2013 |
| MLS Listing Close Price | | | $854,000 |
| MLS Listing Cancellation Date | 09/26/2016 | 08/31/2014 | |
| MLS Source | | | |

**LAST MARKET SALE & SALES HISTORY**

| | | | |
|---|---|---|---|
| Recording Date | 12/29/2015 | Sale Type | Unknown |
| Sale Date | 12/28/2015 | Deed Type | Grant Deed |
| Sale Price | $1,500,000 | Owner Name | Wu Shu C |
| Price Per Square Feet | $294.18 | Seller | Yuchen Investment Inc |
| Document Number | 560832 | | |

| Recording Date | 04/19/2022 | 08/06/2021 | 10/28/2020 | 10/28/2020 | 02/02/2017 |
|---|---|---|---|---|---|
| Sale Date | 04/18/2022 | 08/06/2021 | 04/23/2020 | 04/23/2020 | 10/28/2016 |
| Sale Price | | | | | |
| Nominal | Y | Y | Y | Y | Y |
| Buyer Name | Wu Shu C | Global Investment Inc | Wu Shu C | Yue Geogiang J | Yue Family Trust |
| Seller Name | Global Investment Inc | Wu Shu C | Yue Geogiang J | Yue Family Trust | Yue Geogiang |
| Document Number | 183924 | 472582 | 521888 | 521887 | 45457 |
| Document Type | Quit Claim Deed | Quit Claim Deed | Quit Claim Deed | Grant Deed | Quit Claim Deed |

| Recording Date | 12/29/2015 | 12/12/2013 | 02/19/2013 |
|---|---|---|---|
| Sale Date | 12/28/2015 | 04/20/2013 | 02/04/2013 |

**Property Details** Courtesy of JOHN ANDERSEN, JOHN ANDERSEN, BROKER, California Regional MLS

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Generated on: 10/21/22

Page 2/6

Main File No. 7907 Horizon View Dr

## Assessors Data – Page 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Shu Chen Wu | | | | | | |
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



| | | | | |
|---|---|---|---|---|
| Sale Price | $1,500,000 | | | $854,000 |
| Nominal | | Y | | |
| Buyer Name | Yue Geoqiang | Yuchen Investment Inc | | Wu Shu C |
| Seller Name | Yuchen Investment Inc | Wu Shu C | | US Bank Na Trust 2005-6 |
| Document Number | 560832 | 577027 | | 83827 |
| Document Type | Grant Deed | Grant Deed | | Grant Deed |

### MORTGAGE HISTORY

| | | | | | |
|---|---|---|---|---|---|
| Mortgage Date | 10/28/2020 | 03/15/2016 | 02/19/2013 | 06/13/2006 | 07/26/2005 |
| Mortgage Amount | $720,000 | $602,500 | $469,700 | $200,000 | $250,000 |
| Mortgage Lender | East West Bk | East West Bk | First General Bk | Washington Mutual Bk Fa | American Surety Co |
| Mortgage Code | Conventional | Conventional | Conventional | Conventional | Conventional |

| | | | | | |
|---|---|---|---|---|---|
| Mortgage Date | | 04/11/2005 | | 04/07/2005 | |
| Mortgage Amount | | $500,000 | | $622,628 | |
| Mortgage Lender | | Bankers Ins | | Bnc Mtg Inc | |
| Mortgage Code | | Conventional | | Conventional | |

### FORECLOSURE HISTORY

| | | | | |
|---|---|---|---|---|
| Document Type | Release Of Lis Pendens/ Notice | Lis Pendens | Lis Pendens | Notice Of Trustee's Sale | Notice Of Default |
| Default Date | | | | | 01/15/2010 |
| Foreclosure Filing Date | | 12/28/2010 | 01/03/2011 | 07/14/2010 | 01/15/2010 |
| Recording Date | 04/28/2011 | 04/06/2011 | 04/06/2011 | 07/19/2010 | 01/19/2010 |
| Document Number | 185792 | 153378 | 153377 | 335561 | 20930 |
| Default Amount | | | | | $24,763 |
| Final Judgment Amount | | | | $623,438 | |
| Original Doc Date | 01/03/2011 | | | 04/07/2005 | 04/07/2005 |
| Original Document Number | 1316 | 1316 | | 273577 | 273577 |
| Lien Type | | Other | Other | | |

### PROPERTY MAP

*Lot Dimensions are Estimated

**Property Details** Courtesy of JOHN ANDERSEN, JOHN ANDERSEN, BROKER, California Regional MLS

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Generated on: 10/21/22

Page 3/6

Form SCNLGH - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Main File No. 7907 Horizon View Dr

## Assessors Data – Page 4

| Borrower/Client | Shu Chen Wu | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | | |
| City | Riverside | County | Riverside | | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | | |



**Neighborhood Profile** | Courtesy of JOHN ANDERSEN, JOHN ANDERSEN, BROKER, California Regional MLS

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Generated on: 10/21/22

Page 4/6

Form SCNLGH - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Assessors Data – Page 5

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



**Neighborhood Profile** | Courtesy of JOHN ANDERSEN, JOHN ANDERSEN, BROKER, California Regional MLS

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Generated on: 10/21/22

Page 5/6

Main File No. 7907 Horizon View Dr

## Assessors Data – Page 6

| Borrower/Client | Shu Chen Wu | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | | |
| City | Riverside | County | Riverside | | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | | |



**COMMUTE METHOD**

- Public — 1.52%
- Self — 1.42%
- Home — 4.63%
- Drive — 92.43%

Median Travel Time — 27 min

**WEATHER**

| January High Temp (avg °F) | 69 |
| January Low Temp (avg °F) | 43 |
| July High Temp (avg °F) | 95 |
| July Low Temp (avg °F) | 64 |
| Annual Precipitation (inches) | 10.33 |

**EDUCATION**

EDUCATIONAL CLIMATE INDEX (1)

**HIGHEST LEVEL ATTAINED**

| Less than 9th grade | 634 |
| Some High School | 3,251 |
| High School Graduate | 6,760 |
| Some College | 7,728 |
| Associate Degree | 2,848 |
| Bachelor's Degree | 8,446 |
| Graduate Degree | 5,826 |

(1) This measure of socioeconomic status helps identify ZIP codes with the best conditions for quality schools. It is based on the U.S. Census Bureau's Socioeconomic Status (SES) measure with weights adjusted to more strongly reflect the educational aspect of social status (education 2:1 to income & occupation). Factors in this measure are income, educational achievement and occupation of persons within the ZIP code. Since this measure is based on the population of an entire ZIP code, it may not reflect the nature of an individual school.
(2) Powered by Liveby. Information is deemed reliable but not guaranteed. Copyright © 2021 Liveby. All rights reserved.

**SCHOOLS** — RADIUS: 1 MILE(S)

**LOCAL BUSINESSES** — RADIUS: 1 MILE(S)

EATING - DRINKING

| | Address | Phone # | Distance | Description |
|---|---|---|---|---|
| Pepper Cracked Catering LLC | 1372 Rimroad | (951) 836-3111 | 0.91 | Caterers |

**Neighborhood Profile** Courtesy of JOHN ANDERSEN, JOHN ANDERSEN, BROKER, California Regional MLS    Generated on: 10/21/22
The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.    Page 6/6

Form SCNLGH - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## MLS Listing – Page 1

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |

10/21/22, 10:53 AM                                  Matrix

### 7907 Horizon View Dr, Riverside 92506

**STATUS:** Active                    **LIST PRICE:** $1,200,000 ↓

Kingdom / Bradley



ALESSANDRO HEIGHTS

**BED / BATH:** 6/5,0,1,0
**SQFT(src):** 5,099 (A)
**PRICE PER SQFT:** $235.34
**LOT(src):** 40,511/0.93 (A)
**LEVELS:** One
**GARAGE:** 8/Detached
**YEAR BUILT(src):** 2004 (ASR)
**PROP SUB TYPE:** SFR/D
**DOM / CDOM:** 200/200
**SLC:** Standard
**PARCEL #:** 243500026
**LISTING ID:** IV22028597

Google                      Map data ©2022

Recent:    10/20/2022 : PRC CHG : $1,888,000->$1,200,000

**Submit Offer**

### DESCRIPTION

Home features 6 bedrooms, 5.5 bathrooms, 3 living areas, 2 kitchens, an office and a bonus room. The entire house has 10 feet high ceiling. Formal living room with fireplace, ceiling fan and trey ceiling. Formal dining room features built in hutch, custom wine cellars and built-in wine cooler. Center courtyard featuring an outdoor fireplace. Large family room with fireplace, built-in entertainment center and open to kitchen with granite counters, extra-long island, built-in refrigerator, breakfast nook, walk in pantry. Private master bedroom with retreat and dual sided fireplace with sunset view and swimming pool view. Fantastic master bathroom features his and her walk-in closets with shoe racks, dual sinks, separate shower and 2 persons whirlpool tub. Perfect for extended or 2 families. Custom wrought iron fencing with automatic gate opener, city light view, saltwater pool with slide, spa, wading pool, built in BBQ area, firepits, two open patios, water fountain with pound, professional landscape.

**EXCLUSIONS:**                                                                 **INCLUSIONS:**

**AREA:** 252 - Riverside
**SUBDIVISION:** /
**COUNTY:** Riverside
**SENIOR COMMUNITY?:** No
**CERTIFIED 433A?:**

**LIST $ ORIGINAL:** $1,888,000
**BASEMENT SQFT:**
**COMMON WALLS:** No Common Walls
**PARKING:** Driveway, Garage, Garage Faces Front, Garage - Two Door, Garage Door Opener, Gated, RV Garage, Tandem Garage, Workshop in Garage
**HORSE:**
**PROBATE AUTHORITY:**

**ROOM TYPE:** All Bedrooms Down, Bonus Room, Den, Dressing Area, Family Room, Guest/Maid's Quarters, Jack & Jill, Kitchen, Laundry, Living Room, Main Floor Master Bedroom, Master Bathroom, Master Bedroom, Master Suite, Office, Recreation, Separate Family Room, Sun, Two Masters, Walk-In Closet, Walk-In Pantry, Wine Cellar, Workshop
**EATING AREA:** Breakfast Counter / Bar, Dining Room

**COOLING:** Central Air, Zoned
**HEATING:** Central
**VIEW:** City Lights, Hills, Mountain(s), Panoramic, Pool
**WATERFRONT:**
**LAUNDRY:** Gas Dryer Hookup, Individual Room, Inside

**PROP SUB TYPE:** Single Family Residence (Detached)        **STRUCTURE TYPE:** House        **COMMON INTEREST:** None

### INTERIOR

**INTERIOR:** In-Law Floorplan, Built-In Features, Ceiling Fan(s), Crown Molding, Granite Counters, High Ceilings, Open Floorplan, Pantry, Recessed Lighting, Storage
**MAIN LEVEL BEDROOMS:** 6
**MAIN LEVEL BATHROOMS:** 6

**ACCESSIBILITY:** 2+ Access Exits
**APPLIANCES:** Dishwasher, Double Oven, Electric Oven, Disposal, Gas Cooktop, Gas Water Heater, Microwave, Range Hood, Refrigerator, Self Cleaning Oven, Vented Exhaust Fan, Warming Drawer, Water Line to Refrigerator
**KITCHEN FEATURES:** Butler's Pantry, Granite Counters, Kitchen Island, Kitchen Open to Family Room, Walk-In Pantry
**BATHROOM FEATURES:** Bathtub, Closet in bathroom, Double sinks in bath(s), Double Sinks In Master Bath, Dual shower heads (or Multiple), Exhaust fan(s), Granite Counters, Hollywood Bathroom (Jack&Jill), Jetted Tub, Linen Closet/Storage, Privacy toilet door, Quartz Counters, Separate tub and shower, Soaking Tub, Walk-in shower

**FLOORING:** Carpet, Tile, Wood
**ENTRY LOC/ENTRY LVL:** /
**FIREPLACE:** Family Room, Living Room, Master Bedroom, Outside, Gas, Fire Pit, See Through

https://matrix.crmls.org/Matrix/Printing/PrintOptions.aspx?c=AAEAAAD*****AQAAAAAAAAARAQAAAEQAAAAGAgAAAAQ3OTc1BgMAAAABMwYEA...    1/7

## MLS Listing – Page 2

| | |
|---|---|
| Borrower/Client | Shu Chen Wu |
| Property Address | 7907 Horizon View Dr |

| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Lender | Susan Chen Wu |

10/21/22, 10:53 AM                                                    Matrix

### EXTERIOR

EXTERIOR: **Barbecue Private, Lighting, Rain Gutters**
FENCING:
DIRECTION FACES:

SECURITY: **Automatic Gate, Carbon Monoxide Detector(s), Fire and Smoke Detection System, Fire Sprinkler System, Smoke Detector(s)**
SEWER: **Sewer Paid**

LOT: **0-1 Unit/Acre**
POOL: **Private, Fenced, In Ground, Salt Water, Waterfall**

PATIO/PORCH: **Concrete, Patio, Front Porch**
SPA: **Private, Heated, In Ground**

### BUILDING

BUILDER NAME:
MAKE:
BUILD MODEL:
TAX MODEL:

ARCH STYLE:
DOOR:
WINDOW: **Custom Covering, Double Pane Windows**

ROOF:
FOUNDATION DTLS:
PROP COND:

CONSTR MTLS:
OTHER STRUCT: **Guest House Attached, Workshop**
NEW CONSTRUCTION YN: **No**

### GARAGE AND PARKING

ATTACHED GARAGE?: **Detached**
UNCOVERED SPACES:

PARKING TOTAL: **8**
# REMOTES:

GARAGE SPACES: **8**
RV PARK DIM:

CARPORT SPACES:

### GREEN

GREEN ENERGY GEN:
WALK SCORE:

GREEN ENERGY EFF:

GREEN SUSTAIN:

GREEN WTR CONSERV:

### POWER PRODUCTION

POWER PRODUCTION: **No**

GREEN VERIFICATION: **No**

### COMMUNITY

HOA FEE: **$0**
HOA FEE 2:
HOA FEE 3:
COMMUNITY: **Curbs, Sidewalks, Street Lights**
HOA MANAGEMENT NAME:
HOA MANAGEMENT NAME 2:
HOA MANAGEMENT NAME 3:

HOA NAME:
HOA NAME 2:
HOA NAME 3:
HOA AMENITIES:

HOA PHONE:
HOA PHONE 2:
HOA PHONE 3:

# OF UNITS: **1**
# UNITS IN COMMUNITY:
STORIES TOTAL: **1**

### LAND

LAND LEASE?: **No**
PARCEL #: **243500026**
ADDITIONAL APN(s): **No**

LAND LEASE AMOUNT:
LAND LEASE AMT FREQ:
LAND LEASE PURCH?:
LAND LEASE RENEW:

UTILITIES: **Cable Connected, Electricity Connected, Natural Gas Connected, Phone Connected, Sewer Connected, Water Connected**
ELECTRIC: **Standard**
WATER SOURCE: **Public**
LOT SIZE DIM:
ASSESSMENTS: **Special Assessments**

TAX LOT: **26**
TAX BLOCK:
TAX TRACT #: **28907-1**
ZONING:
TAX OTHER ASSESSMENT: **$2,447**
TAX OTHER ASSESS SOURCE: **Estimated**

### SCHOOL

HIGH SCHOOL DISTRICT: **Riverside Unified**

ELEMENTARY:
ELEMENTARY OTHER:

MIDDLE/JR HIGH:
MIDDLE/JR HIGH OTHER:

HIGH SCHOOL:
HIGH SCHOOL OTHER:

### LISTING                                          ### DATES

BAC: **$1000**
BAC RMRKS:
DUAL/VARI COMP?: **No**
LEASE CONSIDERED?: **No**
CURRENT FINANCING: **Conventional**
POSSESSION: **Close Plus 3 Days**
SIGN ON PROPERTY?: **No**
CONTINGENCY LIST:

TERMS: **Cash, Cash to New Loan, Conventional, Fannie Mae, Freddie Mac**
LIST AGRMT: **Seller Reserved**
LIST SERVICE: **Entry Only**
AD NUMBER:
DISCLOSURES: **Home Warranty, Principal Is RE Licensed**
INTERNET, AVM?/COMM?: **Yes/Yes**
INTERNET?/ADDRESS?: **Yes/Yes**
NEIGHBORHOOD MARKET REPORT YN?: **Yes**

LIST CONTRACT DATE: **02/13/22**
START SHOWING DATE: **03/04/22**
ON MARKET DATE: **03/04/22**
PRICE CHG TIMESTAMP: **10/20/22**
STATUS CHG TIMESTAMP: **10/08/22**
MOD TIMESTAMP: **10/20/22**
EXPIRED DATE:
PURCH CONTRACT DATE:
ENDING DATE:

CONTINGENCY:
PRIVATE REMARKS:

### SHOWING INFORMATION

SHOW CONTACT TYPE: **Agent**
SHOW CONTACT NAME:
SHOW CONTACT PH:

LOCK BOX LOCATION:
LOCK BOX TYPE: **None, See Remarks**

OCCUPANT TYPE: **Owner**
OWNER'S NAME:

SHOW INSTRUCTIONS: **No showing. Make offer subject to inspection. No contingency allowed after opening escrow. Please send offer with POF. Seller will respond all offers on 11/05/22. Please do not call listing agent until 11/05/22.**
DIRECTIONS: **Kingdom / Bradley**

### AGENT / OFFICE                                   ### CONTACT PRIORITY

https://matrix.crmls.org/Matrix/Printing/PrintOptions.aspx?c=AAEAAAD*****AQAAAAAAAAARAQAAAEQAAAAGAgAAAAQ3OTc1BgMAAAABMwYYEA…    2/7

Main File No. 7907 Horizon View Dr

## MLS Listing – Page 3

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |

10/21/22, 10:53 AM                                   Matrix

LA:  (IVYUEGEOG) JOSEPH YUE          LA State License:  01231931                    1.LA EMAIL:  josephyue430@gmail.com
CoLA:                                 CoLA State License:
LO:  (IVYUE)  Geogiang J. Yue, Broker  LO State License:  01231931
LO PHONE:  626-428-9226               LO FAX:
CoLO:                                 CoLO State License:
CoLO PHONE:                           CoLO FAX:
                                      Offers Email:  josephyue430@gmail.com



Main File No. 7907 Horizon View Dr

## MLS Listing – Page 4

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |

10/21/22, 10:53 AM                                        Matrix



Form SCNLGH – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

Main File No. 7907 Horizon View Dr

## MLS Listing – Page 5

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |

10/21/22, 10:53 AM                                    Matrix



https://matrix.crmls.org/Matrix/Printing/PrintOptions.aspx?c=AAEAAAD*****AQAAAAAAAARAQAAAEQAAAAGAgAAAAQ3OTc1BgMAAAABMwYEA…    5/7

**MLS Listing – Page 6**

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |

10/21/22, 10:53 AM                    Matrix



https://matrix.crmls.org/Matrix/Printing/PrintOptions.aspx?c=AAEAAAD*****AQAAAAAAAARAQAAAEQAAAAGAgAAAAQ3OTc1BgMAAAABMwYEA…    6/7

Main File No. 7907 Horizon View Dr

**MLS Listing – Page 7**

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



10/21/22, 10:53 AM                          Matrix

AGENT FULL: Residential    LISTING ID: IV22028597              Printed by John Andersen, State Lic: 01170602 on 10/21/2022 10:53:20 AM

https://matrix.crmls.org/Matrix/Printing/PrintOptions.aspx?c=AAEAAAD*****AQAAAAAAAARAQAAAEQAAAAGAgAAAAQ3OTc1BgMAAAABMwYEA…    7/7

**Permit – Page 1**

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



## CITY OF RIVERSIDE

**PERMIT NUMBER**
03-5270

3900 MAIN STREET
RIVERSIDE, CA 92522



### BUILDING & SAFETY DIVISION
(909) 826-5697

| | | | |
|---|---|---|---|
| Address: | 7907 HORIZON VIEW DR | | |
| Location: | T28907-1/L26 | Insp Area: | F |
| | | | |
| Type: | BLDGRES | Status: | ISSUED |
| Category: | NSFR | Submittal: | 09/09/2003 |
| Class Code: | 101 | Issued: | 08/03/2004 |
| | | | |
| Parcel#: | | Zoning: | |
| Census Tract: | 030601 | | |
| Const Type: | 7 | Occupancy: | R-3 U-1 |
| | | | |
| Owner: | EMPIRE HOMES | Phone: | 949 261-5788 |
| Applicant: | EMPIRE HOMES | Phone: | 949 261-5788 |
| Address: | 20 CORPORATE PARK SUITE 240 | | |
| City/Zip: | IRVINE, CA 92606 | | |
| Contractor: | EMPIRE HOMES INC. | Phone: | 949 261-5788 |
| Contractor Lic: | B01827623 | Business Lic: | 113600 |

*******************************************************************

Permit Description:
SINGLE FAM RES/ATTACHED GAR/PORCH TR 28907-1 LOT 26 PLAN 9A

| | | | | | |
|---|---|---|---|---|---|
| New Service? | Y | | | SETBACKS | |
| Amps/Volts: | ??/?? | Front: | 0 | Back: | 0 |
| Undergrnd/Overhd: | UG | Left: | 0 | Right: | 0 |

| Occupancy | Type | Factor | Sq Feet | Valuation |
|---|---|---|---|---|
| Dwellings | All Const. Types | 84.60 | 4,007 | $338,992.20 |
| Private Garages | All Const. Types | 24.30 | 1,082 | $26,316.90 |
| Miscellaneous | Patio Cover (Solid) | 8.00 | 36 | $288.00 |
| | Totals... | | 5,126 | $365,597.10* |

TOTAL VALUATION: $365,597.10

*******************************************************************

| FEE DESCRIPTION | AMOUNT | FEE DESCRIPTION | AMOUNT |
|---|---|---|---|
| Issuance | $25.00 | General Plan | $158.45 |
| Plan Check | $0.00 | Acreage Fee | $0.00 |
| Building | $1,584.50 | Storm Drain | $1,194.00 |
| Microfilm | $0.00 | Park Fee | $2,922.00 |
| Plumbing | $0.00 | Regional Park | $0.00 |
| Mechanical | $0.00 | Temporary Tent Fee | $0.00 |
| Electrical | $0.00 | Other Dept. Fees | $12,822.00 |
| SMIP | $36.56 | Extra Fees (Misc) | $0.00 |
| Imaging | $4.00 | | |

THIS PERMIT SHALL BE VOID AND OF NO FURTHER FORCE OR EFFECT IF WORK HEREUNDER IS
NOT COMMENCED WITHIN 180 DAYS FROM DATE OF ISSUANCE HEREOF OR IF WORK IS SUS-
PENDED OR ABANDONED FOR A PERIOD OF 180 DAYS OR MORE AFTER WORK IS COMMENCED.

| OFFICE USE ONLY | CALL FOR INSPECTION |
|---|---|
| | 24 HOUR REQUEST LINE |
| | (909) 826-5361 |

**OFFICE USE ONLY**
IN ACCORDANCE WITH HEALTH AND SAFETY CODE, SECTION 19825, ALL REQUIRED
DECLARATIONS HAVE BEEN PROPERLY SIGNED AND DATED BY THE PERMITTEE.

VERIFIED BY: TB

271-033
White—Building Div.   Card—Job Site

74825

**Permit – Page 2**

| Borrower/Client | Shu Chen Wu | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code 92506 |
| Lender | Susan Chen Wu | | | | | |



**Permit – Page 1**

| Borrower/Client | Shu Chen Wu | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | |



949 616- 4494

**PERMIT NUMBER**

**07-1370**

Final
EXPIRED - 1.29.10 B
Hig ? ax ?
85-3



# CITY OF RIVERSIDE

3900 MAIN STREET
RIVERSIDE, CA 92522



## BUILDING & SAFETY DIVISION

(951) 826-5697

| | | | |
|---|---|---|---|
| Address:<br>Location: | **7907 HORIZON VIEW DR** | Insp Area: | F |
| Type:<br>Category: | BRES<br>ASFR | Status:<br>Submittal: | ISSUED<br>03/28/2007 |
| Class Code: | 434 | Issued: | 06/24/2008 |
| Parcel#:<br>Census Tr: | 17 | Zoning: | RC |
| Const Type: | Patio | Occupancy: | R3 U1 |
| Owner:<br>Applicant:<br>Address:<br>City/Zip:<br>Contractor:<br>Contrctr Lic: | LISA ARMENTA & HARLEY ESPARZA<br>HARLEY ESPARZA<br>7907 HORIZON VIEW DR<br>RIVERSIDE, CA  92506 | Phone:<br>Phone:<br><br><br>Phone:<br>Business Lic: | 951 232-4898<br>951 232-4898 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Permit Description:
GARAGE CONVERSION INTO GAME ROOM, NEW DETACHED GARAGE WITH
ELECTRIC SUBPANEL, ADD PORCH TO FRONT OF HOUSE; REMODEL
EXTERIOR

| New Service? | | | | SETBACKS | | |
|---|---|---|---|---|---|---|
| Volts - Amps: | – | 0 | Front: | 5 | Back: | 5 |
| UG/OH: | | | Left: | 5 | Right: | 5 |

| Occupancy | Type | Factor | Sq Feet | Valuation |
|---|---|---|---|---|
| Private Garages | All Const. Types | 24.30 | 2,277 | $55,331.10 |
| Miscellaneous | Garage Conversion | 15.00 | 1,077 | $16,155.00 |
| Miscellaneous | Patio Cover (Solid) | 8.00 | 112 | $896.00 |
| | Additional Amount... | | | 20,000.00 |
| | Totals... | | 3,466 | $92,382.10* |
| | | | TOTAL VALUATION: | $92,382.10 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| DEPARTMENT NAME | AMOUNT | FEE DESCRIPTION | AMOUNT |
|---|---|---|---|
| Bldg. & Safety | $1,469.24 | MSHCP Fee | $0.00 |
| Fire | $0.00 | TUMF | $0.00 |
| Park & Rec | $0.00 | Extra Fees (Misc) | $384.75 |
| Public Util Elec | $0.00 | Gen. Plan Surcharge | $127.90 |
| Public Util Water | $0.00 | | |
| Public Works | $0.00 | | |
| | | TOTAL FEES: | $2,020.37 |

THIS PERMIT SHALL BE VOID AND OF NO FURTHER FORCE OR EFFECT IF WORK HEREUNDER IS
NOT COMMENCED WITHIN 180 DAYS FROM DATE OF ISSUANCE HEREOF OR IF WORK IS SUS-
PENDED OR ABANDONED FOR A PERIOD OF 180 DAYS OR MORE AFTER WORK IS COMMENCED.

| OFFICE USE ONLY | **CALL FOR INSPECTION**<br>24 HOUR REQUEST LINE<br>(951) 826-5361 |
|---|---|

**OFFICE USE ONLY**
IN ACCORDANCE WITH HEALTH AND SAFETY CODE, SECTION 19825, ALL REQUIRED
DECLARATIONS HAVE BEEN PROPERLY SIGNED AND DATED BY THE PERMITTEE.

VERIFIED BY: _____

271-033
White—Building Div.  Card—Job Site

101969

## Permit – Page 2

| Borrower/Client | Shu Chen Wu | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | |

| Borrower/Client | Shu Chen Wu | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | | |
| City | Riverside | County | Riverside | | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | | |



Bradley

**PERMIT NUMBER**

**14-0013**

SUSAN
Call & one
Inspection

FINAL

# CITY OF RIVERSIDE

3900 MAIN STREET
RIVERSIDE, CA 92522



## BUILDING & SAFETY DIVISION
(951) 826-5697

Address:      **7907    HORIZON VIEW DR**          Insp Area:    F
Location:

Type:         BRES                               Status:       ISSUED
Category:     ASFR                               Submittal:    01/02/2014

Class Code:   434                                Issued:       04/29/2014

Parcel#:                                         Zoning:
Census Tr:
Const Type:   27                                 Occupancy:    R3

Owner:        SHU CHEN WU                        Phone:        *626 428-9226
Applicant:    SHU CHEN WU                        Phone:        626 428-9226
Address:      7907 HORIZON VIEW DR
City/Zip:     RIVERSIDE CA   92506
Contractor:                                      Phone:
Contrctr Lic:                                    Business Lic:
*************************************************************************

Permit Description:
CONVERT EXISTING GAME ROOM INTO TWO BEDROOMS, TWO
BATHROOMS, TWO CLOSETS AND TV ROOM

New Service?                                     SETBACKS
Volts - Amps:        -    0          Front:    0      Back:     0
UG/OH:                               Left:     0      Right:    0

Occupancy        Type              Factor   Sq Feet    Valuation
Miscellaneous    Garage Conversion 15.00    1,107      $16,605.00
                 Additional Amount...                   7,500.00
                 Totals...                  1,107      $24,105.00*
                              TOTAL VALUATION:   $24,105.00
*************************************************************************

| DEPARTMENT NAME | AMOUNT | FEE DESCRIPTION | AMOUNT |
|---|---|---|---|
| Bldg. & Safety | $594.00 | MSHCP Fee | $0.00 |
| Fire | $0.00 | TUMF | $0.00 |
| Park & Rec | $0.00 | Extra Fees (Misc) | $0.00 |
| Public Util Elec | $0.00 | Gen. Plan Surcharge | $53.40 |
| Public Util Water | $0.00 | | |
| Public Works | $0.00 | | |
| | | TOTAL FEES: | $647.40 |

THIS PERMIT SHALL BE VOID AND OF NO FURTHER FORCE OR EFFECT IF WORK HEREUNDER IS
NOT COMMENCED WITHIN 180 DAYS FROM DATE OF ISSUANCE HEREOF OR IF WORK IS SUS-
PENDED OR ABANDONED FOR A PERIOD OF 180 DAYS OR MORE AFTER WORK IS COMMENCED.

| OFFICE USE ONLY | CALL FOR INSPECTION<br>24 HOUR REQUEST LINE<br>(951) 826-5361 |
|---|---|

**OFFICE USE ONLY**
IN ACCORDANCE WITH HEALTH AND SAFETY CODE, SECTION 19825, ALL REQUIRED
DECLARATIONS HAVE BEEN PROPERLY SIGNED AND DATED BY THE PERMITTEE.

VERIFIED BY:

271-033
White—Building Div.   Card—Job Site                              125269

**Permit – Page 2**

| Borrower/Client | Shu Chen Wu |
| Property Address | 7907 Horizon View Dr |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu |

## Structural Inspection

| Type | Date | Sign |
|---|---|---|
| Foundation, Location | | |
| Grout Lift | | |
| Slab | | |
| Roof Sheathing | | |
| Shear Panel/Hold Down | | |
| Framing | | |
| Insulation | | |
| Drywall | | |
| Firewall | | |
| Exterior Lath | | |
| Fireplace | | |
| T-Bar Ceiling | | |
| Special Inspection | | |
| Other | | |
| BMP/SWPPP | | |
| Clean-up | | |
| Final Approval | | |

NOTES:

## UTILITY CLEARANCE

☐ GAS    ☐ ELEC

## Plumbing Inspection

| Type | Date | Sign |
|---|---|---|
| U/G Plumbing | | |
| Rough Plumbing | | |
| Gas Test | | |
| Sewer | | |
| Septic System | | |
| Other | | |
| Sewer Cap | | |
| Final Approval | | |

## Mechanical Inspection

| Type | Date | Sign |
|---|---|---|
| Vents & Ducts | | |
| Combustion Air | | |
| Dampers | | |
| Other | | |
| Final Approval | | |

☐ UNDERGROUND    ☐ 3 WIRE
☐ OVERHEAD    ☐ 4 WIRE

## Swimming Pool/Spa Inspection

| Type | Date | Sign |
|---|---|---|
| U/G Plumbing | | |
| Steel & Location | | |
| Electrical Bonding | | |
| U/G Electrical | | |
| Gas Test | | |
| Steel & Location | | |
| Fence & Gates | | |
| Other | | |
| Final Approval | | |

## Electrical Inspection

| Type | Date | Sign |
|---|---|---|
| U/G Plumbing | | |
| Grounding Electrode | | |
| U/G Conduit | | |
| Rough Wiring | | |
| Other | | |
| Final Approval | | |

_____ AMPS

The Declarations below are mandated by the State of California under Section 19825 and Section 19826 of the Health and Safety Code.

## LICENSED CONTRACTORS DECLARATION

I hereby affirm that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic. No. _____

Contractor Signature _____ Date _____

## OWNER-BUILDER DECLARATION

I hereby affirm that I am exempt from the Contractors License Law for the following reason (Sec. 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure, prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law (Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to a civil penalty of not more than five hundred dollars ($500)):

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale (Sec. 7044, Business and Professions Code: The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvement is sold within one year of completion, the owner-builder will have the burden of proving that he or she did not build or improve for the purpose of sale).

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Sec. 7044, Business and Professions Code: The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor(s) licensed pursuant to the Contractors License Law).

☐ I am exempt under Sec. _____ B & P.C. for this reason. _____

Owner Signature _____ Date _____

## WORKERS' COMPENSATION DECLARATION

☐ I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____

Policy Number _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____ Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES, AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this county to enter upon the above-described property for inspection purposes.

Signature of Applicant _____ Date _____

**Permit – Page 3**

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |

### ❖ PROPERTY OWNER'S PACKAGE ❖
DISCLOSURES & FORMS FOR OWNER-BUILDERS APPLYING FOR CONSTRUCTION PERMITS



*IMPORTANT NOTICE TO PROPERTY OWNER*

An application for a building permit has been submitted in your name listing yourself as the builder of the property improvements specified at:
Job Address: 7909 Horizon View Dr., Riverside, CA 92506
(Address where work being performed)

We are providing you with an Owner-Builder Acknowledgement and Information Verification Form to make you aware of your responsibilities and possible risk you may incur by having this permit issued in your name as the Owner-Builder. **WE WILL NOT ISSUE A BUILDING PERMIT UNTIL YOU HAVE READ, INITIALED YOUR UNDERSTANDING OF EACH PROVISION, SIGNED, AND RETURNED THIS FORM TO US AT OUR OFFICIAL ADDRESS INDICATED.** An agent of the owner cannot execute this notice.

**OWNER'S ACKNOWLEDGEMENT AND VERIFICATION OF INFORMATION**
DIRECTION: Read and initial each statement below to signify you understand or verified this information.

*SCW* 1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an "Owner-Builder" building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

*SCW* 2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

*SCW* 3. I understand as an "Owner-Builder" I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

*SCW* 4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

*SCW* 5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

*SCW* 6. I understand that if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

*SCW* 7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless all work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

*SCW* 8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

*SCW* 9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

*SCW* 10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:
Job Address:

*SCW* 11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

*SCW* 12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

SIGNATURE OF PROPERTY OWNER: Shu-Chen Wu     DATE: 04/29/14

**MUST BE SIGNED BY PROPERTY OWNER IN THE PRESENCE OF THE BLDG & SAFETY COUNTER STAFF OR A NOTARY.**

-------------------------------------------------------

Office use only: Building Permit Number: 14-0013
Form of owner identification: CDL     Today's date: 4/29/14     Staff's initials: [signature]

Main File No. 7907 Horizon View Dr

**Permit – Page 4**

| Borrower/Client | Shu Chen Wu | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 7907 Horizon View Dr | | | | | | |
| City | Riverside | County | Riverside | State | CA | Zip Code | 92506 |
| Lender | Susan Chen Wu | | | | | | |



## City of Riverside
### Building & Safety Division
Phone: (951) 826-5697
www.riversideca.gov



### IMPORTANT NOTICE TO OWNER-BUILDERS

Property owner, please be advised that you must initial all twelve statements and sign the Property Owner's Package in the presence of a notary if you cannot come to City Hall to pull your own permit(s). An authorized agent for the owner <u>cannot</u> execute this form.

If the owner comes in to pull a permit, Building & Safety staff will witness the owner completing the form and will verify the owner's identity by their driver's license or other valid photo ID.

If the property owner sends in an authorized agent on their behalf, we will require a notarized letter stating that this individual may pull permits on the owner's behalf. *The property owner's signature must be witnessed by a notary and the notary's seal and form must be attached.*

The Property Owner's Package form must be filled out for *each* permit being pulled by the property owner.

G:\BLDG\ORIGINALS\PROPERTY OWNER'S PACKAGE Pages 1 and 2.doc– Revised 04/16/10

# EXHIBIT C

# EAST WEST BANK

PO Box 60020 • City of Industry, CA 91716-0020
(877) 392-6868 • (626) 371-8900

| | |
|---|---|
| Payment Due Date | Dec 18, 2022 |
| Account/Note Number | |
| New Statement Balance | $724,127.67 |
| Fees Charged/Unpaid | $0.00 |
| Past Due Amount | $0.00 |
| Minimum Payment Due | $6,079.82 |

*Please send your payment to:*
EAST WEST BANK
P.O. BOX 60021
CITY OF INDUSTRY, CA 91716-0021

OZ 01    001    **RETURN SERVICE REQUESTED**

SHU CHEN WU
7907 HORIZON VIEW DR
RIVERSIDE CA 92506

00293
egb4a

**Amount Enclosed**

A late fee of $206.38 will be imposed if
payment is not received by 01/03/23.

---

*Your checking account* _____ *will be charged for this payment. Retain this statement for your records.*

| Account Number: _____ | | | | Page 1 of 2 |
|---|---|---|---|---|
| Statement Date: | 11/27/22 | Maturity Date: | 10/22/50 | Payment Due Date: 12/18/22 |

| Available Credit | Fees Charged Unpaid | Current Amount Due | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|
| $0.00 | $0.00 | $6,079.82 | $0.00 | $6,079.82 |

## Transactions

| Trans Date | Post Date | Description | Advances/Debits Interest Charge | Payments/ Credits | Balance Subject to Interest Rate |
|---|---|---|---|---|---|
| 10/28 | | Principal Balance at the Beginning of the Cycle | | | $720,000.00 |
| 10/31 | 10/31 | Payment | $6,100.00 | | |
| | | Loan Portion of Payment | | $4,147.85 | $720,000.00 |
| | | Interest Portion: | $4,147.85 | | |
| | | ESC Portion of Payment | $1,952.15 | | |
| 11/23 | 11/23 | Payment | $5,567.86 | | |
| | | Loan Portion of Payment | | $3,615.71 | $720,000.00 |
| | | Interest Portion: | $3,515.71 | | |
| | | Fee Portion: | $100.00 | | |
| | | ESC Portion of Payment | $1,952.15 | | |

## Fees

| | |
|---|---|
| **TOTAL FEES FOR THIS PERIOD** | $0.00 |

## Interest Charged

| 11/27 | 11/27 | Interest Charge | $4,127.67 |
|---|---|---|---|
| | | **TOTAL INTEREST FOR THIS PERIOD** | $4,127.67 |

| 2022 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2022 | $203.22 |
| Total interest charged in 2022 | $32,195.86 |

| Previous Statement Balance | Plus Advances/ Debits | Minus Payments/ Credits | Plus Interest Charge | Plus Other Charges | Equals Current Statement Balance |
|---|---|---|---|---|---|
| $727,763.56 | $0.00 | $7,763.56 | $4,127.67 | $0.00 | $724,127.67 |

Please see reverse side for important information.

3071     rev 07-20

<table>
<tr><td>
**Fill in this information to identify the case:**

Debtor 1   Shu–Chen Wu

Debtor 2   Geogiang Yue
(Spouse, if filing)

United States Bankruptcy Court   **Central District of California**

Case number:  **22–14173**
</td>
<td>
FILED

**U.S. Bankruptcy Court
Central District of California**

12/6/2022

**Kathleen J. Campbell, Clerk**
</td></tr>
</table>

## Official Form 410
## Proof of Claim                                                                                     04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

### Part 1:  Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Riverside County Tax Collector <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| 2. **Has this claim been acquired from someone else?** | ☑ No <br> ☐ Yes. From whom? |
| 3. **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br> Riverside County Tax Collector <br> Name <br><br> 4080 Lemon St, 4th Floor <br> Riverside, CA 92501 <br><br> Contact phone _____9519553900_____ <br> Contact email ___rcttcbankruptcy@rivco.org___ <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _____ ||| **Where should payments to the creditor be sent?** (if different) <br> Name <br><br><br> Contact phone _____ <br> Contact email _____ |
| 4. **Does this claim amend one already filed?** | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____  Filed on _____ <br> MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | |

| | | |
|---|---|---|
| 7. **How much is the claim?** | $ _____21065.98_____ | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

_____Real Personal Property Taxes_____

9. **Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:**    _____Statutory Lien_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

| | | |
|---|---|---|
| **Value of property:** | $ _____ | |
| **Amount of the claim that is secured:** | $ _____21065.98_____ | |
| **Amount of the claim that is unsecured:** | $ _____0.00_____ | (The sum of the secured and unsecured amounts should match the amount in line 7.) |

**Amount necessary to cure any default as of the date of the petition:**    $ _____21065.98_____

**Annual Interest Rate** (when case was filed)    _18.00_ %

☑ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|---|

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $3,350 * of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____

☐ Wages, salaries, or commissions (up to $15,150 *) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies    $ _____

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    12/6/2022
     MM / DD / YYYY

/s/ Adrian Potenciano

Signature

Print the name of the person who is completing and signing this claim:

Name    Adrian Potenciano
     First name    Middle name    Last name

Title    Chief Deputy Treasurer–Tax Collector

Company    Riverside Treasurer–Tax Collector
     Identify the corporate servicer as the company if the authorized agent is a servicer

Address    4080 Lemon St, 4th Floor
     Number   Street
     Riverside, CA 92501
     City   State   ZIP Code

Contact phone    9519553900     Email    rcttcbankruptcy@rivco.org

# ATTACHMENT TO CLAIM

In Re        : **SHU-CHEN  WU**
Chapter      :  **13**
Case Number  :  **22-14173**

| TOTAL CLAIM: | $21,065.98 |
|---|---|

## SUMMARY - DETAIL OF DEBT

| PARCEL NO. | FISCAL YR | TOTAL TAX DUE | INTEREST & PENALTIES | ADDITIONAL INTEREST |
|---|---|---|---|---|
| **243500026  22/23 | 2022 | 21,065.98 | | 18,959.38 |

This Claim is a secured tax secured by a statutory lien under California state law.  The claim is secured under 11 U.S.C. Section 506(b).

**NOTE:  An asterik preceding a "PARCEL NO." denotes additional language.**

*The claim is subject to 18% interest,  per annum, under California Revenue and Taxation Code Section 4103, 11 U.S.C. Section 506(b) and 11 U.S.C. Section 511 as well as costs, fees and attorney's fees.

**Post petition interest, costs and fees will accrue outside the Chapter 13 plan if the current fiscal year taxes become defaulted (Current year taxes default as of July 1st if they are not paid by June 30th each fiscal year).

*Additonal Interest is the total interest projected over the 60 month payment plan.

# EXHIBIT D

**EJ-001**

**DOC # 2022-0014423**
01/10/2022 04:42 PM Fees: $102.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

\*\*This document was electronically submitted
to the County of Riverside for recording\*\*
Receipted by: KAREN #277

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):

After recording, return to:
MITCHELL B. HANNAH - CSB 138232
LAW OFFICE OF MITCHELL B. HANNAH
100 Pacifica, Suite 370
Irvine, CA 92618
TEL NO.: (949) 477-9020     FAX NO. (optional): (949) 477-9080
E-MAIL ADDRESS (Optional): mhannah@hannahlaw.com

[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS:
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: RIVERSIDE HISTORIC COURTHOUSE

PLAINTIFF: EMILIO CERON
DEFENDANT: GEOGIANG JOSEPH YUE aka JOSEPH YUE,

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**   [ ] Amended

FOR RECORDER'S USE ONLY

CASE NUMBER:
RIC2003142

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
           Name and last known address
   ┌ Geogiang Joseph Yue aka Joseph Yue, individually and as
   │ Trustee of the Yue Family Trust aka The Yue Family
   │ Revocable Trust
   │ 7907 Horizon View Drive, Riverside, CA 92506          ┘
   b. Driver's license no. [last 4 digits] and state:          [✓] Unknown
   c. Social security no. [last 4 digits]:          [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Geogiang Joseph Yue aka Joseph Yue, individually and as Trustee of the Yue Family Trust aka The Yue Family Revocable Trust
      16747 Catalonia Drive, Riverside, CA 92504-8705
2. [✓] Information on additional judgment debtors is
   shown on page 2.
3. Judgment creditor (name and address):
   Emilio Ceron - c/o Law Office of Mitchell B. Hannah
   100 Pacifica, Suite 370
   Irvine, CA 92618
   Date: 12/28/21
   MITCHELL B. HANNAH
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is
   shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $      30,088.02
7. All judgment creditors and debtors are listed on this abstract.
8. a.  Judgment entered on (date): November 12, 2021
   b.  Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

[SEAL]

GC68150(g)

This abstract issued on (date):
01/07/2022

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until
       (date):

12. a. [✓] I certify that this is a true and correct abstract of
       the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

    Clerk, by _____    M. Criel    , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

CEB Essential Forms
ceb.com

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF:  EMILIO CERON | COURT CASE NO: |
|---|---|
| DEFENDANT:  GEOGIANG JOSEPH YUE aka JOSEPH YUE, ETC., ET AL. | RIC2003142 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*     14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address          17.          Name and last known address

Shu-Chen Wu aka Shuchen Susan Wu aka Susan Wu,
individually and as Trustees of the Yue Family Trust aka
The Yue Family Revocable Trust
7907 Horizon View Drive, Riverside, CA 92506

Driver's license no. [last 4 digits] and state:                      Driver's license no. [last 4 digits] and state:
                                    ☑ Unknown                                                      ☐ Unknown
Social security no. [last 4 digits]:        ☑ Unknown        Social security no. [last 4 digits]:        ☐ Unknown

Summons was personally served at or mailed to *(address)*:        Summons was personally served at or mailed to *(address):*
Shu-Chen Wu aka Shuchen Susan Wu aka Susan Wu, individually and
as Trustees of the Yue Family Trust aka The Yue Family
Revocable Trust, 16747 Catalonia Drive, Riverside, CA 92504-8705

18.          Name and last known address          19.          Name and last known address

Driver's license no. [last 4 digits] and state:                      Driver's license no. [last 4 digits] and state:
                                    ☐ Unknown                                                      ☐ Unknown
Social security no. [last 4 digits]:        ☐ Unknown        Social security no. [last 4 digits]:        ☐ Unknown

Summons was personally served at or mailed to *(address):*        Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev July 1, 2014]

CEB Essential
ceb.com Forms

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

This must be in red to be a
"CERTIFIED COPY"

I hereby certify the foregoing instrument to
which this stamp has been affixed consisting
of _____ pages to be a full, true and
correct copy of the original on file and
of record in my office.

**Assessor - County Clerk - Recorder**

County of Riverside, State of California

DEC 0 7 2022

Dated:_____

Certification must be in red to be a
"CERTIFIED COPY"

1  MITCHELL B. HANNAH    CSB*138232
   HALLIE D. HANNAH    CSB *158558
2  LAW OFFICE OF MITCHELL B. HANNAH
   100 Pacifica, Suite 370
3  Irvine, CA 92618
   Telephone: (949) 477-9020
4  Facsimile : (949) 477-9080
   email: mhannah@hannahlaw.com
5  email: hallie@hannahlaw.com

6

7  Attorneys for Plaintiff EMILIO CERON

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                     COUNTY OF RIVERSIDE

10

11 EMILIO CERON,                      )  CASE NO.:  RIC 2003142
                                      )
12        Plaintiff,                  )  **[PROPOSED] AMENDED JUDGMENT
                                      )  AFTER MOTION FOR ATTORNEY'S
13 vs.                                )  FEES AND COSTS**
                                      )
14 GEOGIANG JOSEPH YUE aka JOSEPH YUE,)
   individually and as Trustees of the YUE )
15 FAMILY TRUST aka THE YUE FAMILY)
   REVOCABLE TRUST; SCHUCHEN SUSAN)
16 WU aka SUSAN WU, individually and as)  UNLIMITED CIVIL
   Trustees of the YUE FAMILY TRUST aka THE)  DAMAGES EXCEED $25,000.00
17 YUE FAMILY REVOCABLE TRUST; PURE)
   LOGIC ESCROW, INC.; Does 1 through 15 )  Case Assigned for all purposes to:
18                                     )  Honorable Carol Greene
          Defendants.                 )  Department 02
19                                    )

20

21        The above-entitled cause came on regularly for trial on October 20, 2021 in Department 2

22 of the above-entitled court, the Honorable Carol Greene, Judge, Presiding without a jury, and was

23 tried on that date. Mitchell B. Hannah appeared as counsel for Plaintiff Emilio Ceron . Defendants

24 GEOGIANG JOSEPH YUE aka JOSEPH YUE, individually and as Trustee of the YUE FAMILY

25 TRUST aka THE YUE FAMILY REVOCABLE TRUST and  SHU-CHEN WU aka SHUCHEN

26 SUSAN WU aka SUSAN WU, individually and as Trustees of the YUE FAMILY TRUST aka THE

27 YUE FAMILY REVOCABLE TRUST appeared in pro per.

28        A jury having been waived.  The Court having heard and considered the evidence, it is hereby

   ORDERED and ADJUDGED that Plaintiff EMILIO CERON have judgment against

                                    1
               **[PROPOSED] AMENDED JUDGMENT**

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
FEB 0 1 2022
C. Marias

Electronically RECEIVED by Superior Court of California, County of Riverside on 01/19/2022 03:03 PM - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court by Joanne Bishop, Clerk

1  Defendants GEOGIANG JOSEPH YUE aka JOSEPH YUE, individually and as Trustee of the YUE

2  FAMILY TRUST aka THE YUE FAMILY REVOCABLE TRUST and SHU-CHEN WU aka

3  SHUCHEN SUSAN WU aka SUSAN WU, individually and as Trustees of the YUE FAMILY

4  TRUST aka THE YUE FAMILY REVOCABLE TRUST as follows:

5      Principal damages in the amount of         $ 25,950.00

6      Interest from 03.17.20 to 10.20.21         4,138.02

7      After hearing on a Motion for Attorney's Fees and Costs heard on January 18, 2022, Plaintiff

8  EMILIO CERON is further awarded the following:

9      Attorney Fees         46,647.50

10     Costs         2,252.00

11     For a total Judgment of         $ 78,987.52

12     The escrow funds interplead with this Court by Pure Logic Escrow on or after October 26,

13 2020 in the amount of $24,455.00, have been be released to Plaintiff care of his counsel Mitchell

14 B. Hannah to 100 Pacifica, Suite 370, Irvine, CA 92618 in partial satisfaction of the judgment.

15

16 Dated: _1/24_, 2022

17               THE HONORABLE CAROLE GREEN,
              Judge of the Superior Court

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] AMENDED JUDGMENT

**Superior Court of California, County of San Diego - Judgment Calculator**

User Guide

### Judgment Information (Required)

| Judgment Amount | Interest Rate | Judgment Date | End Date |
|---|---|---|---|
| $54,532.52 | 10.0000 % | 11/12/2021 | 11/02/2022 |

### Payment and/or Cost (Optional)                                    Show

| Date | Payment Amount | Cost | Add |
|---|---|---|---|

[ Calculate ]  [ Print ]  [ Start Over ]  [ Exit ]

### Results

| | | | | |
|---|---|---|---|---|
| Judgment Amount | $54,532.52 | Daily Interest | $14.9404 | Days 355 |
| Principal Reduction | $0.00 | Interest Accrued | $0.00 | |
| Principal Balance | $54,532.52 | Interest to Date | $5,303.84 | GRAND TOTAL |
| Costs After Judgment | $0.00 | Total Interest | $5,303.84 | $59,836.36 |

# EXHIBIT E

RECORDING REQUESTED BY   Shu Chen Wu

AND WHEN RECORDED MAIL TO:

NAME  Shu Chen Wu

STREET
ADDRESS  7907 Horizon View Dr

CITY, STATE &
ZIP CODE  Riverside, CA 92506



**2022-0188316**
04/21/2022 10:20 AM Fee: $ 99.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

3036

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# HOMESTEAD DECLARATION

I, Shu Chen Wu _____,

                  (FULL NAME OF DECLARANT)

do hereby certify and declare as follows:

    (1) I hereby claim as a declared homestead the premises located in the City of Riverside _____

County of Riverside _____, State of CA _____ commonly known as

7907 Horizon View Dr _____

                  (STREET ADDRESS)

and more particularly described as follows: [Give complete legal description]

LOT 26 OF TRACT NO. 28907-1, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32 OF MAPS RECORDS OF RIVERSIDE COUNTY CA.

    (2) I am the declared homestead owner of the above declared homestead.

    (3) I own the following interest in the above declared homestead:

    (4) The above declared homestead is [strike inapplicable clause]   my principal dwelling   and
                                         the principal dwelling of my spouse

[strike inapplicable clause]   I am
                   my spouse is   currently residing on that declared homestead.

    (5) The facts stated in this Declaration are true as of my personal knowledge.

Dated: _____04/20/2022_____, _____

                                           (SIGNATURE OF DECLARANT)

                  Name  Shu Chen Wu

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA         }
COUNTY OF _Riverside_     }

On _April 20, 2022_ before me, _____  **Tami K. Brown, Notary Public**  _____, personally appeared
_Shu Chen Wu_
                    (here insert name and title of the officer)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

                                (SEAL)

TAMI K. BROWN
COMM. # 2325259
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
MY COMM. EXP. MAR. 22, 2024

SIGNATURE _____

Before you use this form, fill in all blanks, and make whatever changes are appropriate and necessary to your particular transaction.  Consult a lawyer if you doubt the form's fitness for your purpose and use.

# EXHIBIT F

## **DECLARATION OF JOHN ANDERSEN**

I, John Andersen, declare as follows:

1. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. I am a Certified General Appraiser and have been so since 1992. A true and correct copy of my licensure details obtained from the California Bureau of Real Estate Appraisers website is attached hereto.

3. On October 21, 2022, I conducted an on-site inspection of the property located at 7907 Horizon View Drive, Riverside, California, 92506. I then prepared the Appraisal Report, a true and correct copy of which is attached to the Motion as Exhibit B.

4. Based on my analysis of the property and other factors set forth in the Appraisal Report, I believe that the fair market value of the property was $1,300,000.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 12/18/2022

JOHN ANDERSEN

   

## Licensee Details

[New Search](#)

| | |
|---|---|
| First Name: | John |
| Middle Initial: | A |
| Last Name: | Andersen |
| License Number: | 005597 |
| Company: | John Andersen |
| Phone: | (909) 985-0271 |
| Street: | 1540 North Sixth Avenue |
| City: | Upland |
| State: | CA |
| Zip: | 91786 |
| County: | San Bernardino |
| License Level: | AG |
| License Status: | Active |
| Effective Date: | 02/13/2021 |
| End Date: | 02/12/2023 |
| Renewal Effective Date: | 02/13/2023 |
| Renewal Expiration Date: | 02/12/2025 |
| Next Renewal: | Full CE |
| Compliance: | |
| ADA Documents: | |

## License History

| License | Status | Start Date | End Date |
|---|---|---|---|
| Certified General | Renewal | 02/13/2023 | 02/12/2025 |
| Certified General | Renewal | 02/13/2021 | 02/12/2023 |
| Certified General | Renewal | 02/13/2019 | 02/12/2021 |
| Certified General | Renewal | 02/13/2017 | 02/12/2019 |
| Certified General | Renewal | 02/13/2015 | 02/12/2017 |
| Certified General | Renewal | 02/13/2013 | 02/12/2015 |
| Certified General | Renewal | 02/13/2011 | 02/12/2013 |
| Certified General | Renewal | 02/13/2009 | 02/12/2011 |
| Certified General | Renewal | 02/13/2007 | 02/12/2009 |
| Certified General | Renewal | 02/13/2005 | 02/12/2007 |
| Certified General | Renewal | 02/13/2003 | 02/12/2005 |
| Certified General | Renewal | 02/13/2001 | 02/12/2003 |
| Certified General | Renewal | 02/13/1997 | 02/12/2001 |
| Certified General | Initial | 03/06/1992 | 02/12/1997 |

Course History

Course History shown for January 1, 2013 and beyond. Contact BREA for further history.

| Completed Date | Course Title | Course Number |
|---|---|---|
| 11/09/2022 | 2022-2023 7-Hour Equivalent National USPAP Update Course | 2210000014 |
| 01/01/2021 | Appraiser Liability 101 Essential Concepts | 1910722001 |
| 12/29/2020 | Mold A Growing Concern | 1310000004 |
| 12/29/2020 | 2020-2021 7-Hour Equivalent USPAP Update Course | 2010000012 |
| 05/14/2018 | Managing Appraiser Liability | 15CP167303046 |
| 05/13/2018 | Fannie Mae Appraisal Guidelines: Debunking the Myths | 16CP167303073 |
| 05/12/2018 | Residential Property Inspection for Appraisers | 16CP167303075 |
| 05/07/2018 | The FHA Handbook 4000.1 | 15CP167303043 |
| 05/06/2018 | The Dirty Dozen - Virtual classroom | 07167C173 |
| 05/01/2018 | The Nuts and Bolts of Green Building for Appraisers | 10167C114 |
| 04/29/2018 | Essential Elements of Disclosures and Disclaimers | 10167C118 |
| 04/29/2018 | Introduction to the Uniform Appraisal Dataset | 11167C139 |
| 04/17/2018 | 2018-2019 7-Hour National Uspap Update for Non-Residential Property | 17CP167303097 |
| 02/23/2018 | Laws and Regulations for California Appraisers | 16CP167303080 |
| 11/02/2016 | 2016-2017 7-Hour Equivalent Uspap Update Course | 15CP828203007 |
| 08/09/2016 | Economics for Appraisers | 12CP828203002 |
| 05/27/2016 | Federal and State Laws and Regulations | 12CP828203001 |
| 04/19/2016 | Creating Credible Appraisals | 10828C023 |
| 03/29/2016 | Complex Residential Appraisal | 10828C022 |
| 02/16/2016 | Financing for Appraisers | 10828C024 |
| 12/16/2014 | 2014-2015 7 Hour Equivalent Uspap Update Course | 14CP828203004 |

New Search

Back to Top    Conditions of Use    Privacy Policy    Accessibility    Contact Us

Copyright © 2018 State of California

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle #100
Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(F) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/22/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Rod Danielson (TR)     notice-efile@rodan13.com
Fritz J Firman     firmanweber@gmail.com, centralservice.firmanweber@gmail.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **12/22/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**CERTIFIED MAIL
Emilio Ceron
c/o Law Office of Mitchell B. Hannah
100 Pacifica, Suite 370
Irvine, CA 92618**

**CERTIFIED MAIL
East West Bank
c/o Lisa Kim
135 N. Los Robles Avenue, 7th Floor
Pasadena, CA 91101**

**CERTIFIED MAIL
Riverside County Tax Collector
c/o Adrian Potenciano
4080 Lemon St, 4th Floor Riverside,
CA 92501**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **____**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/22/2022 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1  MITCHELL B. HANNAH    CSB*138232
   HALLIE D. HANNAH    CSB *158558
2  LAW OFFICE OF MITCHELL B. HANNAH
   100 Pacifica, Suite 370
3  Irvine, CA 92618
   Telephone: (949) 477-9020
4  Facsimile : (949) 477-9080
   email: mhannah@hannahlaw.com
5  email: hallie@hannahlaw.com

6

Attorneys for Plaintiff EMILIO CERON

7

8           SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF RIVERSIDE

10

11  EMILIO CERON,                            )   CASE NO.:  RIC 2003142
                                             )
12            Plaintiff,                      )   **[PROPOSED] AMENDED JUDGMENT
                                             )   AFTER MOTION FOR ATTORNEY'S
13  vs.                                       )   FEES AND COSTS**
                                             )
14  GEOGIANG JOSEPH YUE aka JOSEPH YUE,)
    individually and as Trustees of the YUE )
15  FAMILY TRUST aka THE YUE FAMILY)
    REVOCABLE TRUST; SCHUCHEN SUSAN)           UNLIMITED CIVIL
16  WU aka SUSAN WU, individually and as)       DAMAGES EXCEED $25,000.00
    Trustees of the YUE FAMILY TRUST aka THE)
17  YUE FAMILY REVOCABLE TRUST; PURE)          Case Assigned for all purposes to:
    LOGIC ESCROW, INC.; Does 1 through 15  )   Honorable Carol Greene
18                                           )   Department 02
              Defendants.                    )
19  _____ )

20

21        The above-entitled cause came on regularly for trial on October 20, 2021 in Department 2

22  of the above-entitled court, the Honorable Carol Greene, Judge, Presiding without a jury, and was

23  tried on that date.  Mitchell B. Hannah appeared as counsel for Plaintiff Emilio Ceron .  Defendants

24  GEOGIANG JOSEPH YUE aka JOSEPH YUE, individually and as Trustee of the YUE FAMILY

25  TRUST aka THE YUE FAMILY REVOCABLE TRUST and  SHU-CHEN WU aka SHUCHEN

26  SUSAN WU aka SUSAN WU, individually and as Trustees of the YUE FAMILY TRUST aka THE

27  YUE FAMILY REVOCABLE TRUST appeared in pro per.

28        A jury having been waived.  The Court having heard and considered the evidence, it is hereby

    ORDERED and ADJUDGED that Plaintiff EMILIO CERON have judgment against

                                        1

               **[PROPOSED] AMENDED JUDGMENT**

Electronically RECEIVED by Superior Court of California, County of Riverside on 01/19/2022 03:03 PM - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court by Joanne Bishop, Clerk

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor 1   Shu–Chen Wu

Debtor 2   Geogiang Yue
(Spouse, if filing)

United States Bankruptcy Court   **Central District of California**

Case number:  **22–14173**

FILED

**U.S. Bankruptcy Court**
**Central District of California**

12/6/2022

**Kathleen J. Campbell, Clerk**

Official Form 410
## Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

**1. Who is the current creditor?**

Riverside County Tax Collector

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Riverside County Tax Collector

Name

4080 Lemon St, 4th Floor
Riverside, CA 92501

Contact phone        9519553900

Contact email    rcttcbankruptcy@rivco.org

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

Where should payments to the creditor be sent? (if different)

Name

Contact phone

Contact email

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known)                Filed on

MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing?



**Secretary of State**
**Statement of Information**
(California Stock, Agricultural
Cooperative and Foreign
Corporations)

Page 88 of 89

**SI-550**

149

22-002679

**FILED**
Secretary of State
State of California

FEB 0 4 2022

**IMPORTANT** — Read instructions **before completing this form.**

**Fees (Filing plus Disclosure) - $25.00**;

**Copy Fees -** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

| 1. **Corporation Name** (Enter the **exact** name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.) | This Space For Office Use Only |
|---|---|
| East West Bank | 2. **7-Digit Secretary of State Entity Number**  C1944458 |

## 3. Business Addresses

| a. Street Address of Principal Executive Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 135 N. Los Robles Avenue | Pasadena | CA | 91101 |
| b. Mailing Address of Corporation, **if different than item 3a** | City (no abbreviations) | State | Zip Code |
| | | | |
| c. Street Address of Principal **California** Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State  CA | Zip Code |

**4. Officers**

The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. **Chief Executive Officer**  First Name | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| Dominic | | Ng | | |
| Address | | City (no abbreviations) | State | Zip Code |
| 135 N. Los Robles Avenue, 7th Floor | | Pasadena | CA | 91101 |
| b. **Secretary**  First Name | Middle Name | Last Name | | Suffix |
| Lisa | | Kim | | |
| Address | | City (no abbreviations) | State | Zip Code |
| 135 N. Los Robles Avenue, 7th Floor | | Pasadena | CA | 91101 |
| c. **Chief Financial Officer**  First Name | Middle Name | Last Name | | Suffix |
| Irene | | Oh | | |
| Address | | City (no abbreviations) | State | Zip Code |
| 135 N. Los Robles Avenue, 7th Floor | | Pasadena | CA | 91101 |

22-002679

**5. Director(s)**

California Stock and Agricultural Cooperative Corporations ONLY: **Item 5a:** At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Dominic | | Ng | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 135 N. Los Robles Avenue, 7th Floor | Pasadena | CA | 91101 |

b. Number of Vacancies on the Board of Directors, if any

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Lisa | | Kim | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 135 N. Los Robles Avenue, 7th Floor | Pasadena | CA | 91101 |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

Describe the type of business or services of the Corporation

banking

**8. Labor Judgment**

| Does an Officer or Director have an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code? | ☐ Yes   ☑ No |
|---|---|

**9. The Information contained herein, including in any attachments, is true and correct.**

| Jan 24, 2022 | Lisa Kim | GC/Secretary | |
|---|---|---|---|
| Date | Type or Print Name | Title | Signature |

2 of 3

2021 California Secretary of State
bizfile.sos.ca.gov