**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHU-CHEN WU and<br>GEOGIANG YUE,<br><br>Debtors. | Case No: 6:22-bk-14173-RB<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON DEBTORS' MOTION TO AVOID LIEN UNDER 11 U.S.C. §522(f) (REAL PROPERTY)**<br><br>**Hearing:**<br>Date: **January 25, 2023**<br>Time: **11:00 am**<br>Courtroom: **303** |

NOTICE IS HEREBY GIVEN that a hearing on the Debtors' Motion to Avoid Lien Under §522(f) (Real Property), which was filed as docket number 22, has been set for hearing January 25, 2023, at 11:00 a.m. in Courtroom 303, of the United States Bankruptcy Court for the Riverside Division located at 3420 Twelfth Street, Riverside, CA 92501.

Date: December 22, 2022

**NEXUS BANKRUPTCY**

/s/ Benjamin Heston

BENJAMIN HESTON,
Attorney for Debtors

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle #100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON DEBTORS' MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(F) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/22/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Fritz J Firman    firmanweber@gmail.com, centralservice.firmanweber@gmail.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **12/22/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**CERTIFIED MAIL**
Emilio Ceron
c/o Law Office of Mitchell B. Hannah
100 Pacifica, Suite 370
Irvine, CA 92618

**CERTIFIED MAIL**
East West Bank
c/o Lisa Kim
135 N. Los Robles Avenue, 7th Floor
Pasadena, CA 91101

**CERTIFIED MAIL**
Riverside County Tax Collector
4080 Lemon St, 4th Floor
Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/22/2022 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE