Fritz J. Firman, Esq. (State Bar No. 117011)
1503 South Coast Drive, Suite 209
Costa Mesa, CA 92626
Tel: (714) 433-7185
Fax: (714) 662-0302

Attorneys for Judgment Creditor Emilio Ceron

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Shu-Chen Wu<br>Geogiang Yue<br><br><br><br><br><br><br><br><br><br><br>Debtors. | Case No. 6:22-bk-14173 RB<br><br>Chapter 13<br><br>NOTICE OF OPPOSITION AND OPPOSITION TO MOTION TO AVOID LIEN UNDER 11 USC§522(f) MEMORANDUM OF POINTS AND AUTHORITIES DECLARATION OF FRITZ J. FIRMAN<br><br><br>Date: January 25, 2023<br>Time: 11:00 AM<br>Ctrm: 303 |

## *I. INTRODUCTION*

The Debtors could have avoided all this litigation, all they had to do was voluntarily release Mr. Ceron's escrow deposit which they were obligated to do. Mr. Ceron was entitled to

---

OPPOSITION TO MOTION TO AVOID LIEN

1

the return of his deposit. Instead the debtors attempted to steal Mr. Ceron's $25,000 deposit and refused to release. The debtors forced Mr. Ceron to expend thousands of dollars, on top of his $25,000, in costs and attorneys to attempt to recover his wrongfully withheld deposit.

Mr, Ceron obtained a judgment against the debors in the amount of $78,987.52 on February 1, 2022. The escrow funds of $24,445 were released to Mr. Ceron in partial satisfaction of the judgment.

Rather than satisfy the judgment or try to make some arrangements or settle the case in its infancy, before a small fortune was spent litigating the case, the debtors pressed on. The parties went to mediation on June 8, 2021 in the underlying superior court case.

On June 29, 2021 Shu-Chen Wu aka Shuchen Susan Wu aka Susan Wu formed a corporation called Global Investments. On August 6, 2021 Shu-chen Wu aka Shuchen Wu aka Susan Wu deeded the property at 7907 Horizon View Drive Riverside CA, 92506 to Global Investment for 0 consideration days before the trial setting conference on August 9, 2021. The trial was held in the first lawsuit on October 20, 2021 and judgment was entered in favor of Mr. Ceron on November 4, 2021. The amended judgment was entered on February 1, 2022.

The transfer by the debtor to an unfunded or under funded corporation for no consideration was done with the intent to hinder, delay and defraud Mr. Ceron. On March 15, 2022 Mr. Ceron filed a fraudulent conveyance action in Riverside Superior Court, case number CVRI2201042.

**OPPOSITION TO MOTION TO AVOID LIEN**

2

On March 21, 2022 Mr. Ceron recorded a LIS Pendens in office of the county recorder for the county of Riverside. The homestead was recorded after the notice of LIS Penders.

## II.

The Homestead is Capped at $187,000 because the debtor acquired current title within 1215 days of the filing.

In 2005, Congress amended the Bankruptcy Code by enacting Section 522(p)(1), which limits a debtor's ability to take advantage of the state homestead exemptions. Section 522(p)(1) provides as follows:

(A) real or personal property that the debtor or a dependent of the debtor uses as a residence;

(B) a cooperative that owns property that the debtor or a dependent of the debtor uses as a residence;

(C) a burial plot for the debtor or a dependent of the debtor; or

(D) real or personal property that the debtor or dependent of the debtor claims as a homestead.

Section 522(p) limits the debtor's ability to take advantage of the state homestead exemption *In Re Greene* 583 F. 3d 614, 618 (9th Cir. 2009).

**OPPOSITION TO MOTION TO AVOID LIEN**

3

In this case the debtor transferred her/their entire interest in the subject property to Global Investments Inc. On April 2022, Global transferred the property back to the debtor, which is within 1215 days. See quit claim deed from Global to debtors.

### III.

The comps cited in the appraisal are not truly comparable.

Comp number 1 is 1.83 miles away. Comp number 2 is 1.59 miles away. Comp 5 is 1.14 miles away and Comp 4 is 1.39 miles away.

The best Comp, although not cited by the movant is 1481 Gilcross Way, which sold for $1,660,000 with the same house square footage but ½ the lot of Horizon and built older age. This property should be valued at $1,700,000 to $1,850,000.

Wherefore Judgment Creditor requests that the motion be continued for an evidentiary hearing and for access to the property for a full appraisal.

DATE: January 11, 2023

By: /s/ Fritz J. Firman

Fritz J. Firman, Attorney for Judgment Creditor Emilio Ceron

---

**OPPOSITION TO MOTION TO AVOID LIEN**

4

# DECLARATION OF FRITZ J. FIRMAN

I, Fritz J. Firman declare:

1. I am an attorney at law admitted to practice before all courts of the State of California and before this Court. All matters set forth herein are of my own personal knowledge, and if called and sworn as witness herein, I could and would competently testify thereto.

2. I am the attorney for objecting Judgment Creditor Emilio Ceron.

3. On August 6, 2021 the debtor quit claimed the property at 7907 Horizon View Drive Riverside, California to Global Investment Inc. A true and correct copy of the quit claim deed is attached here to marked exhibit A.

4. On April 19, 2022 Global Investment, Inc. quit claimed the property at 7907 Horizon View Drive Riverside, California to Shu Chen Wu. A true and correct copy of said quit claim deed is attached hereto as exhibit B.

5. The debtor acquired the interest in 7907 Horizon View Drive within 1215 days of the filing of her bankruptcy petition.

6. Attached as exhibit C is a true and correct copy of sold properties near the debtor's property.

**OPPOSITION TO MOTION TO AVOID LIEN**

1 | I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of January, 2022 at Costa Mesa, California.

_____
Fritz J. Firman
Declarant

---

**OPPOSITION TO MOTION TO AVOID LIEN**

6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1503 South Coast Drive, Suite 209**
**Costa Mesa, CA. 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Opposition and Opposition to Moiton to Avoid Lien** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____1/11/23_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Rod Danielson (TR)- notice-efile@rodan13.com**
**Benjamin Heston (BH)- bhestonecf@gmail.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
4.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/11/23 | Zac Ingalls | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

# EXHIBIT A

RECORDING REQUESTED BY
SHUCHEN WU

AND WHEN RECORDED MAIL DOCUMENT AND TAX STATEMENT TO:

NAME: GLOBAL INVESTMENT, INC.
STREET ADDRESS: 2108 N ST. SUITE N
CITY, STATE & ZIP CODE: SACRAMENTO, CA 95816

TITLE ORDER NO. _____
ESCROW NO. _____

**2021-0472582**
08/06/2021 04:35 PM Fee: $ 92.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

1628

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# QUITCLAIM DEED

TRA: 009-002
APN: 243-500-026-4

The undersigned grantor(s) declare(s)
DOCUMENTARY TRANSFER TAX $ 0.00
☐ computed on full value of property conveyed, or
☐ computed on full value less liens and encumbrances remaining at time of sale.
☐ Unincorporated Area    City of  RIVERSIDE

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, I (We) SHU CHEN WU

(NAME OF GRANTOR(S))

hereby remise, release and quitclaim to  GLOBAL INVESTMENT, INC.

(NAME OF GRANTEE(S))

the following described real property in the City of  RIVERSIDE , County of  RIVERSIDE ,
State of  CALIFORNIA .

(Insert Legal Description)

LOT 26 OF TRACT NO.28907-1, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

DATED: 08/06/2021

Name: SHU CHEN WU

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Name: _____

STATE OF CALIFORNIA
COUNTY OF Riverside

On 08/06/2021 before me, Enrique Epifano Espinoza, Notary Public personally appeared
(here insert name and title of the officer)
Shu Chen Wu
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Enrique Espino_____ (SEAL)

MAIL TAX STATEMENT AS DIRECTED ABOVE

ENRIQUE EPIFANO ESPINOZA
COMM. #2311118
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires Oct. 31, 2023

# EXHIBIT B

RECORDING REQUESTED BY
Shu Chen Wu

AND WHEN RECORDED MAIL DOCUMENT AND
TAX STATEMENT TO:

NAME: Shu Chen Wu
STREET ADDRESS: 7907 Horizon View Dr
CITY, STATE & ZIP CODE: Riverside, CA 92506

TITLE ORDER NO. _____
ESCROW NO. _____

**2022-0183924**
04/19/2022 11:01 AM Fee: $ 99.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

779

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# QUITCLAIM DEED

TRA: 009-002
APN: 243-500-026-4

The undersigned grantor(s) declare(s)
DOCUMENTARY TRANSFER TAX $ 0.00
☐ computed on full value of property conveyed, or
☐ computed on full value less liens and encumbrances remaining at time of sale.
☐ Unincorporated Area    City of Riverside

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, I (We)
**Global Investment, Inc., a California Corporation**
(NAME OF GRANTOR(S))
hereby remise, release and quitclaim to **Shu Chen Wu**
(NAME OF GRANTEE(S))

the following described real property in the City of **Riverside**, County of **Riverside**,
State of **California**.

(Insert Legal Description)

LOT 26 OF TRACT NO. 28907-1, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32 OF MAPS RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

DATED: 04/18/2022

Name: Shu Chen Wu, Authorized signer agent
Signing on behalf of Global Investment, Inc.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Name: _____

STATE OF CALIFORNIA
COUNTY OF Riverside

On April 18, 2022 before me, Nicholas Daniel Zermeno, Notary Public, personally appeared
Shu Chen Wu,
(here insert name and title of the officer)
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (SEAL)

MAIL TAX STATEMENT AS DIRECTED ABOVE

NICHOLAS DANIEL ZERMENO
COMM. #2371582
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires Aug. 19, 2025

# EXHIBIT C

ings as of 12/7/2022 at 2:15 PM

tus: Coming Soon,Active,Active Under Contract,Pending,Sold  StatusDate: Coming Soon,Active,Active Under Contract,Pending,Sold 6/7/2022-12/7/2022 PropertyTypes: Single F;
ngAreaSquareFeet: 3,500 to null

### RESIDENTIAL SINGLE FAMILY-ACTIVE

| ting# | Address | Bd | Br | SqFt | Lot Sz | Year | Date | $/Sf | DOM | Orig Price | List |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22222330MR | 7927 Kimberly Jean CT | 5 | 5 | 4,023 | 24,829 | 2004 | 10/14/22 | 367.86 | 48 | 1,479,900 | |
| 22233366MR | 888 Highridge ST | 6 | 6 | 4,035 | 25,265 | 2004 | 10/23/22 | 376.70 | 34 | 1,520,000 | |
| 22208023MR | 845 Alpine Meadows LN | 3 | 4 | 3,667 | 138,956 | 2015 | 09/23/22 | 415.87 | 75 | 1,525,000 | |
| 22179060MR | 445 Green Orchard PL | 6 | 7 | 6,043 | 33,977 | 2007 | 08/13/22 | 363.23 | 112 | 2,499,000 | |
| 22167547MR | 7300 Chateau Ridge LN | 6 | 7 | 6,129 | 36,590 | 2000 | 08/10/22 | 420.79 | 116 | 2,579,000 | |
| ting Count | 5 | | Avg | 4,779 | | | | 388.89 | 77 | 1,920,580 | |
| | | | | High | 2,579,000 | | Low | 1,479,900 | | Median | |

### RESIDENTIAL SINGLE FAMILY-PENDING

| ting# | Address | Bd | Br | SqFt | Lot Sz | Year | Date | $/Sf | DOM | Orig Price | List P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22162992MR | 1061 Talcey | 6 | 6 | 6,175 | 81,893 | 2004 | 09/28/22 | 485.83 | 66 | 3,000,000 | |
| ting Count | 1 | | Avg | 6,175 | | | | 485.83 | 66 | 3,000,000 | |
| | | | | High | 3,000,000 | | Low | 3,000,000 | | Median | |

### RESIDENTIAL SINGLE FAMILY-SOLD

| ting# | Address | Bd | Br | SqFt | Lot Sz | Year | Date | $/Sf | DOM | Orig Price | List Price | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22071662MR | 1173 Matterhorn | 5 | 5 | 3,676 | 25,281 | 2022 | 10/03/22 | 329.34 | 26 | 1,124,990 | 1,135,765 | 1,210,640 |
| 22071670MR | 1158 Matterhorn | 5 | 5 | 3,676 | 72,070 | 2022 | 08/12/22 | 336.93 | 9 | 1,164,990 | 1,164,990 | 1,238,542 |
| 22059624MR | 7155 Orozco DR | 5 | 4 | 4,254 | 24,394 | 1987 | 08/09/22 | 264.46 | 106 | 1,276,200 | 1,189,000 | 1,125,000 |
| 22093805MR | 7380 Kingdom DR | 3 | 5 | 3,673 | 91,476 | 2015 | 06/16/22 | 408.39 | 12 | 1,549,000 | 1,549,000 | 1,500,000 |
| 22110359MR | 1481 Gilcross WAY | 5 | 6 | 5,140 | 22,651 | 1992 | 06/28/22 | 322.96 | 7 | 1,599,900 | 1,599,900 | 1,660,000 |
| ting Count | 5 | | Avg | 4,084 | | | | 332.42 | 32 | 1,343,016 | 1,327,731 | 1,346,836 |
| | | | | High | 1,660,000 | | Low | 1,125,000 | | Median | 1,238,542 | |

### Summary (Residential Single Family)

**Property Type Count:** 11  
**Avg SF:** 4,590  
**Avg LP/SF :** $369.88  
**Avg DOM:** 56  

**Avg Orig Price:** $1,756,180  
**Avg Price:** $1,721,596  
**Avg Sale Price:** $1,346,836  
**Avg SP/SF:** $332.42  

NOTICE: Due to COVID-19, DOM was frozen and not recorded in the history from March 15, 2020 to July 5, 2020.

ker/Agent does not guarantee the accuracy of the square footage, lot size or other information concerning the conditions or features of the property provi
seller or obtained from Public Records or other sources. Buyer is advised to independently verify the accuracy of all information through personal inspecti
h appropriate professionals. The property may have video/surveillance devices. VESTAPLUS™ Copyright © 2022 by TheMLS™. Information deemed reliable l
ranteed. **Presented by:** Nora Ochoa **CALDRE#:**01228076 | DMCA