**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHU-CHEN WU, and<br>GEOGIANG YUE,<br><br>Debtors. | Case No.: 6:22-bk-14173-RB<br><br>Chapter 13<br><br>**STIPULATION TO HEARING ON DEBTOR'S MOTION TO AVOID LIEN**<br><br>**Current Hearing**<br>Date: March 28, 2023<br>Time: 2:00 p.m.<br>Courtroom 303<br><br>**Proposed Hearing**<br>Date: May 3, 2023<br>Time: 11:00 a.m.<br>Courtroom 303 |

TO THE HONORABLE MAGDELENA REYES-BORDEAUX:

Debtors, Shu-Chen Wu and Geogiang Yue, and Creditor, Emilio Ceron, through their respective counsel, Benjamin Heston and Fritz Firman, hereby agree and stipulate as follows.

Debtor, Geogiang Yue, has recently been hospitalized with life-threatening health issues. It has been difficult for Debtors to gather evidence in support of their brief and for scheduling of Creditor's appraisal. Respective counsel have met and conferred and agree that it would be in the best interests of all parties and to continue the hearing on this Motion along with the briefing schedule. Based on the Court's self-calendaring availability, Parties are amendable to having the matter heard on May 3, 2023, or at the Court's earliest convenience thereafter.

WHEREFORE, subject to Court approval, the Parties stipulate as follows:

1. The hearing on this Motion currently set for March 28, 2023 is taken off calendar and continued to May 3, 2023 at 11:00 a.m.

2. Debtors shall file a supplemental brief no later than April 12, 2023 to demonstrate that they are entitled to claim homestead exemption under California law;

3. Creditor can file a reply to Debtors' brief no later than April 19, 2023;

4. Debtors can file a response to Creditor's reply no later than April 26, 2023.

**Nexus Bankruptcy**

Date: March 22, 2023

_____
Benjamin Heston,
Attorney for Debtors

**Weber Firman**

Date: March 22, 2023

_____
Fritz Firman,
Attorney for Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO HEARING ON DEBTOR'S MOTION TO AVOID LIEN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/23/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Fritz J Firman     firmanweber@gmail.com, centralservice.firmanweber@gmail.com
Benjamin Heston     bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 3/23/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/23/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**