BENJAMIN HESTON (297798)
NEXUS BANKRUPTCY
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtors,
SHU-CHEN WU &
GEOGIANG YUE

**FILED & ENTERED**

MAR 23 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHU-CHEN WU, and<br>GEOGIANG YUE,<br><br>Debtors. | Case No.: 6:22-bk-14173-RB<br><br>Chapter 13<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION TO AVOID LIEN**<br><br>**Hearing**<br>Date: May 3, 2023<br>Time: 11:00 a.m.<br>Courtroom 303 |

   The Court has reviewed the Stipulation to Continue Hearing on Debtors' Motion to Avoid Lien ("Stipulation") filed as docket #35 on March 23, 2023. For good cause shown,

   **IT IS ORDERED** that:

   1.   The Stipulation is approved.

   2.   The hearing on this Motion currently set for March 28, 2023 is taken off calendar and is continued to May 3, 2023 at 11:00 a.m.

   3.   Debtors shall file a supplemental brief no later than April 12, 2023 to demonstrate that they are entitled to claim homestead exemption under California law;

1

4. Creditor can file a reply to Debtors' brief no later than April 19, 2023; and

5. Debtors can file a response to Creditor's reply no later than April 26, 2023.

###

Date: March 23, 2023

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

2