United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-14173-RB |
| Shu-Chen Wu | Chapter 13 |
| Geogiang Yue | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 23, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Shu-Chen Wu, Geogiang Yue, 7907 Horizon View Drive, Riverside, CA 92506-7568 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Geogiang Yue bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Defendant Shu-Chen Wu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Defendant Geogiang Joseph Yue bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Shu-Chen Wu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Fritz J Firman | on behalf of Attorney Fritz J. Firman firmanweber@gmail.com centralservice.firmanweber@gmail.com |
| Fritz J Firman | |

| | | | |
|---|---|---|---|
| District/off: 0973-6 | User: admin | | Page 2 of 2 |
| Date Rcvd: Mar 23, 2023 | Form ID: pdf042 | | Total Noticed: 1 |

on behalf of Plaintiff Emilio Ceron firmanweber@gmail.com  centralservice.firmanweber@gmail.com

Rod Danielson (TR)

notice-efile@rodan13.com

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 8

Benjamin Heston (297798)
Nexus Bankruptcy
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtors,
SHU-CHEN WU &
GEOGIANG YUE

**FILED & ENTERED**

MAR 23 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHU-CHEN WU, and<br>GEOGIANG YUE,<br><br>    Debtors. | Case No.: 6:22-bk-14173-RB<br><br>Chapter 13<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION TO AVOID LIEN**<br><br>**Hearing**<br>Date: May 3, 2023<br>Time: 11:00 a.m.<br>Courtroom 303 |

The Court has reviewed the Stipulation to Continue Hearing on Debtors' Motion to Avoid Lien ("Stipulation") filed as docket #35 on March 23, 2023. For good cause shown,

**IT IS ORDERED** that:

1. The Stipulation is approved.

2. The hearing on this Motion currently set for March 28, 2023 is taken off calendar and is continued to May 3, 2023 at 11:00 a.m.

3. Debtors shall file a supplemental brief no later than April 12, 2023 to demonstrate that they are entitled to claim homestead exemption under California law;

1

4. Creditor can file a reply to Debtors' brief no later than April 19, 2023; and

5. Debtors can file a response to Creditor's reply no later than April 26, 2023.

###

Date: March 23, 2023

Magdalena Reyes Bordeaux
United States Bankruptcy Judge