1

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>**SHU-CHEN WU and**<br>**GEOGIANG YUE,**<br><br>        Debtors. | **Case No: 6:22-bk-14173-RB**<br><br>**Chapter 13**<br><br>**DEBTORS' SUPPLEMENTAL BRIEF IN**<br>**SUPPORT OF MOTION TO AVOID LIEN**<br><br>**Hearing:**<br>Date: May 3, 2023<br>Time: 11:00 am<br>Courtroom: 303 |

Debtors, Shu-Chen Wu and Geogiang Yue, hereby submit the following brief in support of their Motion to Avoid Lien.

**<u>TIMELINE OF EVENTS</u>**

**2/19/2013 – Purchase of Horizon View Property**

On February 19, 2013, Debtors purchased the real property located at 7907 Horizon View Drive, Riverside, CA 92506 ("Horizon View Property") and immediately settled in as their residence. On the attached timeline, this is labeled as Transfer A. A true and correct copy of the deed recorded on February 19, 2013 is attached hereto as Exhibit A.

### 12/12/2013 – Transfer from Debtors to Yuchen Inc.

Later in 2013, Debtors transferred the Horizon View Property to their wholly owned corporation, Yuchen Investment, Inc., for the purpose of taking advantage of certain tax breaks. On the attached timeline, this is labeled as Transfer B. A true and correct copy of the deed recorded on December 12, 2013 is attached hereto as Exhibit B.

### 2/11/2014 – Purchase of Catalonia Property

On February 11, 2014, Debtors purchased the property located at 16747 Catalonia Drive, Riverside, CA 92504 ("Catalonia Property"). They moved into the Catalonia Property and treated it as their primary residence for several years. While Debtors were living at the Catalonia Property, they continued to use the Horizon View Property as their second home. On the attached timeline, this is labeled as Transfer C. A true and correct copy of the deed recorded on February 11, 2014 is attached hereto as Exhibit C.

### 12/29/2015 – Transfer from Yuchen, Inc to Debtors

In December of 2015, Debtors needed to refinance the Horizon View Property which required that title be in their names as individuals. On December 29, 2015, Debtors transferred the Horizon View Property from YuChen Investment to themselves as individuals. On the attached timeline, this is labeled as Transfer D. A true and correct copy of the deed recorded on December 29, 2015 is attached hereto as Exhibit D.

### 2/2/2017 – Transfer from Debtors to Family Trust

On February 2, 2017, Debtors transferred the Horizon View Property to The Yue Family

Revocable Trust for estate planning purposes. On the attached timeline, this is labeled as Transfer E. A true and correct copy of the deed recorded on February 2, 2017 is attached hereto as Exhibit E.

### 10/20/2020 – Sale of Catalonia Property

Throughout 2020, Debtors had been facing financial and health hardships and could no longer afford the two mortgage payments. On October 20, 2020, Debtors sold the Catalonia Property and immediately moved into the Horizon View Property. They have continued to use the Horizon View Property as their sole residence since then. On the attached timeline, the sale of the Catalonia Property is labeled as Transfer F. A true and correct copy of the deed recorded on October 20, 2020 is attached hereto as Exhibit F.

### 10/28/2020 – Transfer from Family Trust to Debtors

Immediately after Debtors moved back into the Horizon View Property, they needed to do a refinance which required that title be in their names as individuals. On October 28, 2020, Debtors transferred the Horizon View Property from The Yue Family Revocable Trust to themselves as individuals. On the attached timeline, this is labeled as Transfer G. A true and correct copy of the deed recorded on October 28, 2020 is attached hereto as Exhibit G.

### 8/16/2021 – Transfer from Debtors to Global Investment

Debtors continued to suffer significant health and financial hardships and could no longer afford the mortgage on the Horizon View Property. As they were preparing the Horizon View Property for sale, Debtors again sought to use their wholly owned corporation, Global

Investment, to take advantage of certain tax breaks. On the attached timeline, this is labeled as Transfer H. A true and correct copy of the deed recorded on August 16, 2021 is attached hereto as Exhibit H

### 4/19/2022 – Transfer from Global Investment to Debtors

On April 19, 2022, Shu Shen Wu executed a quitclaim deed purporting to transfer title from Global Investment to herself. On the attached timeline, this is labeled as Transfer I. A true and correct copy of the deed recorded on April 19, 2022 is attached hereto as Exhibit I.

### <u>APPLICATION OF 11 U.S.C. 522(p)</u>

Section 522(p) is applicable to property interests that are acquired "during the 1215-day period preceding the date of the filing of the petition". 11 U.S.C. §522(p). Here, the Debtor's petition was filed on November 2, 2022. Therefore, the 1,215-day period began on July 6, 2019.

Beginning on February 19, 2013, when the Property was purchased, title has been continuously held either by the Debtors, their Family Trust, or their wholly owned corporations, YueChen Inc and Global Investment.

From February 2, 2017 to October 28, 2020 (which includes the July 6, 2019 §522(p) cap date), title was held by The Yue Family Revocable Trust.

From October 28, 2020 to August 16, 2021, title was held by the Debtors.

From August 16, 2021 to April 19, 2022, title was held by Global Investment.

From April 19, 2022 to present, title has been held by Debtors.

## APPLICATION OF C.C.P. § 704.710(c)

Pursuant to California Code of Civil Procedure §704.710(c), in order for a property to be considered a "homestead" and effective against a creditor's lien, two requirements must be met: 1) the debtors must have resided at the property on the date the creditor's lien attached; and 2) live there continuously thereafter. Cal. Code Civ. Proc. § 704.710(c).

Here, Debtors moved back into the Horizon View Property on October 20, 2020 and they have continued to live there to this day. Creditor's abstract of judgment was recorded on January 20, 2022. As such, there is no doubt that these two requirements are met and that Debtors may claim the Horizon View Property as their exempt homestead under C.C.P. §704.730.

## CONCLUSION

Debtors acquired the Horizon View Property on February 19, 2013. Although there have been several transfers of legal title, the Debtors have never at any point been divested of their interest. As such, the "acquisition date" for purposes of §522(p) is February 19, 2013 and the cap is not applicable.

Debtors have continuously resided at the Horizon View Property from October 20, 2020 to present. Creditor's abstract of judgment was recorded on January 20, 2022. As such, the Property is Debtor's homestead, and their claim of exemption under C.C.P. §704.730 is effective against Creditor's lien.

NEXUS BANKRUPTCY

Date: April 12, 2023

BENJAMIN HESTON,
Attorney for Debtors

## DECLARATION OF SHU-CHEN WU

I, Shu-Chen Wu, declare as follows:

1. I am the Debtor in this bankruptcy proceeding. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. On February 19, 2013, I purchased the property located at 7907 Horizon View Drive, Riverside, California ("Horizon View Property. A true and correct copy of this deed is attached hereto as Exhibit A.

3. At the same time as the purchase, my husband and I moved into the Horizon View Property and used it as our residence.

4. On December 12, 2013, I transferred the Horizon View Property to YuChen Investment Inc, a corporation that my husband and I owned. I did this in order to take advantage of tax breaks that are only available to corporations. I formerly worked as a real estate broker flipping houses and transferring property to a corporation is a common practice. A true and correct copy of this deed is attached hereto as Exhibit B.

5. On February 11, 2014, my husband purchased the property located at 16747 Catalonia Drive, Riverside, California ("Catalonia Property"). A true and correct copy of this deed is attached hereto as Exhibit C.

6. At the same time we purchased the Catalonia Property, my husband and I moved in and used it as our residence for several years.

7. In late 2015, we decided to refinance the Horizon View Property, which required that title be held in our names as individuals. On December 29, 2015, we transferred the Horizon View Property from YuChen Investment back to ourselves. A true and correct copy of this deed is attached hereto as Exhibit D.

8. On February 2, 2017, we transferred the Horizon View Property from ourselves to our trust, The Yue Family Revocable Trust. We did this for estate planning purposes. A true and correct copy of this deed is attached hereto as Exhibit E.

9. Around 2020, my husband and I started to have financial and health setbacks and we could no longer afford the two mortgages. We decided to sell the Catalonia Property and move back into the Horizon View Property. On October 20, 2020, we sold the Catalonia Property. A true and correct copy of this deed is attached hereto as Exhibit F. We have continued to live in the Horizon View Property ever since we sold the Catalonia Property.

10. We again needed to refinance the Horizon View Property, which required that we transfer the Property back into our names as individuals. On October 28, 2020, we transferred title from our Family Trust to ourselves. A true and correct copy of this deed is attached hereto as Exhibit G.

11. Throughout 2020 and into 2021, our financial problems worsened and we decided to sell the Horizon View Property. In order to take advantage of certain tax breaks, I transferred the Property to my corporation, Global Investment. A true and correct copy of this deed is attached hereto as Exhibit H.

12. For a variety of reasons, it became apparent that we needed to place the Property back into our names. On April 19, 2022, I executed a quitclaim deed transferring title from Global Investment to myself.

13. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: April 12, 2023

Shu-Chen Wu

SHU-CHEN WU

# EXHIBIT A

RECORDING REQUESTED BY:
NORTH AMERICAN TITLE CO.

10593916

Recorded at the request of
and when recorded mail to:

SHU CHEN WU
7907 HORIZON VIEW DR.
RIVERSIDE, CA  92506

APN: 243-500-026-4

TRA: 009-002

CA-10020228
7907 HORIZON VIEW DR
RIVERSIDE, CA  92506

DOC # 2013-0083827
02/19/2013 02:57 PM Fees: $24.00
Page 1 of 4  Doc T Tax Paid
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: MGREGSTON

Space above this line for recorder's use

**GRANT DEED**    $1,878.80

**Declaration**    The undersigned Grantor declares Documentary Transfer Tax for County is $939.40, and for the City is $939.40, computed in the full value of the property conveyed.

**Grantor**    **FOR A VALUABLE CONSIDERATION,** the receipt of which is hereby acknowledged, **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST, 2005-6**

**Grantee**    Hereby **GRANTS to SHU CHEN WU, a married woman as her sole and separate property**

**Real Property**    All of the following real property, situated in the **City of RIVERSIDE, County of Riverside, State of California**, described as follows:

**LOT 26 OF TRACT NO. 28907-1 AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.**

**APN NO. 243-500-026-4**

CA-Grant Deed REO 1                                    Page 1 of 3

DOC #2013-0083847 Page 2 of 4 02/19/2013 02:57 PM

CA-10020228

7907 HORIZON VIEW DR
RIVERSIDE, CA  92506

Executed this __4__ day of __February__,

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
THE STRUCTURED ASSET INVESTMENT LOAN TRUST,
2005-6 By Wells Fargo Bank, N.A., successor by merger to Wells
Fargo Home Mortgage, Inc. as attorney in fact

By: _____

Print Name: _____Veronica Lopez_____

Print Title: _____asset Manager_____

By: _____

Print Name: _____Hazel Limjoco_____

Print Title: _____asset specialist_____

STATE OF _____California_____
COUNTY OF _____San Bernardino_____

On __2/11/13__, before me, __Ashliegh McFarland, Notary public__
    (insert Date)                        (insert Notary Name)

personally appeared __Veronica Lopez & Hazel Limjoco__
                        (insert name and title of the officer)

**who** proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the
instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true
and correct.**

WITNESS my hand and official seal.

Signature __Ashliegh Mcf.__

ASHLIEGH MCFARLAND
Commission # 1975357
Notary Public - California
San Bernardino County
My Comm. Expires Apr 16, 2016

(This area for notary stamp)

CA-Grant Deed                    Page 2 of 3

CA-10020228
7907 HORIZON VIEW DR
RIVERSIDE, CA 92506

**STATE OF** _California_
**COUNTY OF** _San Bernardino_

On _2|4|13_ , before me, _Ashliegh McFarland, Notary Public_
   (insert Date)                            (insert Notary Name)

personally appeared _Veronica Lopez & Hazel Limjoco_
                                   (insert name and title of the officer)
**who** proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

Signature _____

> ASHLIEGH MCFARLAND
> Commission # 1975357
> Notary Public - California
> San Bernardino County
> My Comm. Expires Apr 16, 2016

(This area for notary stamp)

Mail Tax Statements To:

**SHU CHEN WU**
**7907 HORIZON VIEW DR.**
**RIVERSIDE, CA 92506**

RETURN TO:
SHU CHEN WU
7907 HORIZON VIEW DR.
RIVERSIDE, CA 92506

PREPARED BY:
Barrett Daffin Frappier Turner and Engel, L.L.P.

PLACE OF CLOSING:
NORTH AMERICAN TITLE GROUP (Escrow)
6 Hutton Centre Drive, Suite 550
Santa Ana, CA 92707

DOC #2013-0083824 Page 4 of 4 02/19/2013 02:57 PM

## ILLEGIBLE NOTARY SEAL DECLARATION

**GOVERNMENT CODE 27361.7**
I certify under penalty of perjury that the notary seal on the document to which this statement is attached reads as follows:

Name of Notary  _Ashliegh McFarland_

Notary Identification Number  _1875357_

Vender Identification Number  _NNA1_

County Where Bond Is Filed  _San Bernardino_

Date Commission Exp  _April 16, 2016_

DATE:  _2, 19, 13_

SPL, Inc. as agent

_____
Signature

# EXHIBIT B

DOC # 2013-0577027
12/12/2013 10:28A Fee:18.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

**RECORDING REQUESTED BY:**

Escrow No. 8003-SW
Parcel No. 243-500-026-4

**AND WHEN RECORDED MAIL TO:**

YUCHEN INVESTMENT INC.
1513 Eagle Park Rd.
HACIENDA HEIGHTS, CA 91745

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
|   |   |   | 2    |      |    |    |      |     | 8.50 |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      | T: |    | CTY  | UNI | 524  |

26.50

# GRANT DEED

C
524

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $990.00 and CITY TAX IS $0.00    0.00
     Computed on full value of property conveyed,    SW
     City of Riverside AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**SHU CHEN WU,** a married woman as her own and separate property

Hereby GRANT(S) to **YUCHEN INVESTMENT INC.,** a California Corporation

The following described real property in the city of Riverside, County of Riverside, State of California:

**LOT 26 OF TRACT NO. 28907-1, AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA**

**APN: 243-500-026-4**

Property Address: **7907 Horizon View Dr., Riverside, CA 92506**

Dated: _____04/20/2013_____

_Shu-Chen Wu_

Shu Chen Wu(Grantor)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES,

On __12/11/2013__ , before me, __Ronnie H. Long__ , a notary public, personally appeared **SHU CHEN WU** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the forgoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _Ronnie Long_    (Seal)

RONNIE H. LONG
COMM. #2006831
Notary Public - California
LOS ANGELES COUNTY
My Comm. Exp. Feb. 9, 2017



```
2013-0577027
12/12/2013 10:28A
2 of 2
```



**LARRY W. WARD**
**COUNTY OF RIVERSIDE**
**ASSESSOR-COUNTY CLERK-RECORDER**

Recorder
P.O. Box 751
Riverside, CA 92502-0751
(951) 486-7000

www.riversideacr.com

## <u>CERTIFICATION</u>

Pursuant to the provisions of Government Code 27361.7, I certify under the penalty of perjury that the following is a true copy of illegible wording found in the attached document:

<u>(Print or type the page number(s) and wording below)</u>:

*and official seal*

Date: 12/12/2013

Signature: *Shu-Chun Wu*

Print Name: SHU CHEN WU

ACR 601P-AS4RE0 (Rev. 09/2005)       Available in Alternate Formats

# EXHIBIT C

DOC # 2014-0051746
02/11/2014 03:51 PM Fees: $27.00
Page 1 of 5  Doc T Tax Paid
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

**RECORDING REQUESTED BY:**
TICOR TITLE
MAIL TAX STATEMENTS TO
WHEN RECORDED MAIL TO:

GEOGIANG YUE
1513 EAGLE PARK ROAD
HACIENDA HEIGHTS, CA 91745

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: ARIBAC

## ORD #194799

SPACE ABOVE FOR RECORDER'S USE ONLY

# GRANT DEED

**TITLE OF DOCUMENT**

APN: 273-610-051
COUNTY $694.10
TRA: 088-093

**MAIL TAX STATEMENTS TO: SAME AS ABOVE**

**RECORDING REQUESTED BY:**
Ticor Title Company of CA

**WHEN RECORDED MAIL DOCUMENT AND
TAX STATEMENT TO:**

Geogiang Yue

1513 Eagle Park Rd
Hacienda Heights, CA 91745

APN: 273-610-051-5
TITLE ORDER NO.: 00194799-993-SSi
ESCROW NO.: 9004-PB

TRA088-093

THIS SPACE FOR RECORDER'S USE ONLY

## GRANT DEED

The undersigned Grantor(s) declare that the **DOCUMENTARY TRANSFER TAX IS:**
**$ 694.10 County,**
XX computed on the full value of the interest of property conveyed, or
___ computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale.
___ OR transfer is EXEMPT from tax for the following reason

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,** Charles N. Williams and Elsje G. Oey, as Trustee(s) of the Charles N. Williams and Elsje G. Oey 1999 Revocable Living Trust, dated 2/25/1999

**HEREBY GRANT(S) to** Geogiang Yue, a Married Man as His Sole and Separate Property

All that real property situated in the City of Riverside, County of Riverside, State of California, described as:

Lot 38 as per Map recorded in Book 400 Page(s) 81 through 89 of Maps in the Recorders Office of Riverside County. For full legal description see Exhibit "A" attached hereto and made a part hereof.

**Commonly Known As:** 16747 Catalonia Drive, Riverside, CA 92504

(signature on page 2)

Dated: December 18, 2013

STATE OF CALIFORNIA                                }
COUNTY OF _Riverside_                              }

On _December 22nd, 2013_ , before me,
_Douglas W. Shepherd_ , a Notary Public
personally appeared _Charles N. Williams,_
_Elsie G. Oey_

who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s) or the
entity upon behalf of which the person(s) acted, executed the
instrument.

I certify under PENALTY OF PERJURY under the laws of the
State of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal.

Signature

Charles N. Williams and Elsje G. Oey 1999 Revocable
Living Trust, dated 2/25/1999

By: _____
        Charles N. Williams, Trustee

By: _____
        Elsie G. Oey, Trustee

DOUGLAS W. SHEPHERD
COMM. #1941105
NOTARY PUBLIC ● CALIFORNIA
RIVERSIDE COUNTY
Comm. Exp. JULY 14, 2015

(SEAL)

MAIL TAX STATEMENTS AS DIRECTED ABOVE

# CERTIFICATION

**UNDER THE PROVISIONS OF GOVERMENT CODE 27361.1, CERTIFY THE PENALTY OF PERJURY THAT THE FOLLOWING IS A TRUE COPY OF ILLEGIBLE WORDING FOUND IN THE ATTACH DOCUMENT:**

**RIVERSIDE**
**DECEMBER 22ND, 2013**
**DOUGLAS W. SHEPHERD**
**CHARLES N. WILLIAMS**
**ELSJE G. OEY**


**DATE:** _____ **FEBRUARY 11,  2014** _____

**SIGNATURE** _____

**PRINT NAME** ___**R. HEKLER**_____

PRELIMINARY REPORT                                          Ticor Title Company of California
YOUR REFERENCE: 9004-PB                                     ORDER NO.: 00194799-993-SS1

## EXHIBIT "A"

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Parcel 1:

Lot 38 of Tract No. 30011, in the County of Riverside, State of California, as shown by Map on file in Book 400, Pages 81 through 89, inclusive of Maps, Records of Riverside County, California ("Map").

A. All oil rights, mineral rights, natural gas rights and rights to all other hydrocarbons by whatsoever name known, to all geothermal heat and to all products derived from any of the foregoing (collectively "Subsurface Resources");

B. The perpetual right to drill, mine, explore and operate for and to produce, store and remove any of the subsurface resources on or from the Lot, including the right to whipstock or directionally drill and mine from lands other than the Lot, wells, tunnels and shafts into, through or across the subsurface of the Lot, and to bottom such whipstocked or directionally drilled wells, tunnels and shafts within or beyond the exterior limits of the Lot, and to redrill, retunnel, equip, maintain, repair deepen and operate any such wells or mines, but without the right to drill, mine, explore, operate, produce, store or remove any of the subsurface resources through or in the surface or the upper five hundred feet (500') of the subsurface of the Lot; and

Parcel 2:

A non-exclusive easement, in common with other owners, for access, ingress and egress, over, in, to, and through the association property, if any described in the declaration, subject to the limitations set forth therein, which easement is appurtenant to the residential Lot described above.

APN: **273-610-051-5**

# EXHIBIT D

# 2015-0560832

12/29/2015 04:47 PM Fee: $ 18.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder



**RECORDING REQUESTED BY:**

Escrow No. 8004-SW
Parcel No. 243-500-026-4

**AND WHEN RECORDED MAIL TO:**

Shu Chen Wu and Geogiang Yue
16747 Catalonia Dr.
Riverside, CA 92504

| 149 | | | | | R | A | Exam: | 9J2 |
|---|---|---|---|---|---|---|---|---|
| Page | DA | PCOR | Misc | Long | RFD | 1st Pg | Adtl Pg | Cert | cc |
| 2 | | | | | | 1 | 1 | | |
| SIZE | NCOR | SMF | NCHG | T: 9 | | | | | |

25.50

## GRANT DEED

3300.00
1650.00
SCW

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $2310.00 and CITY TAX IS $0.00
    Computed on full value less liens or encumbrances remaining at time of sale,
    City of Riverside AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**YUCHEN INVESTMENT INC.**, a California Corporation

Hereby GRANT(S) to **GEOGIANG YUE and SHU CHEN WU,** husband and wife as their community property

The following described real property in the city of Riverside, County of Riverside, State of California:

**LOT 26 OF TRACT NO.28907-1, AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA**

**APN: 243-500-026-4**

Property Address: **7907 Horizon View Dr., Riverside, CA 92506**

Dated: _____12/28/2015_____

**YUCHEN INVESTMENT INC.** (Grantor)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES, Riverside

On 12/28/15 , before me, C. Barajas , a notary public, personally appeared
Shu Chen Wu who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed
to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that
by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the
instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the forgoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (Seal)

**C. BARAJAS
COMM. #2134665
Notary Public - California
Riverside County
My Comm. Expires Nov. 21, 2019**

A notary public or other officer completing this
certificate verifies only the identity of the
individual who signed the document to which this
certificate is attached, and not the truthfulness,
accuracy, or validity of that document.

**ACKNOWLEDGMENT**

A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

State of California
County of _Riverside_

On _12/28/2015_ before me, _C. Barajas, Notary Public_,
(here insert name and title of the officer)

personally appeared _Shu Chen Wu_

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

C. BARAJAS
COMM. #2134665
Notary Public - California
Riverside County
My Comm. Expires Nov. 21, 2019
NR01    NR01

(Seal)

# EXHIBIT E

RECORDING REQUESTED BY
Planning Services, Inc.
WHEN RECORDED MAIL THIS DEED
AND MAIL TAX STATEMENTS TO:

SHU CHEN WU AND GEOGIANG YUE
16747 Catalonia Dr.
Riverside, CA 92504

**2017-0045457**

02/02/2017 01:21 PM Fee: $ 31.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

| 144 | | | | | R | A | Exam: | 218 |
|------|-----|------|------|------|------|--------|---------|-----|
| Page | DA | PCOR | Misc | Long | RFD | 1st Pg | Adtl Pg | Cert | CC |
| 3 | 1 | | | | | | | | ✓ |
| SIZE | NCOR | SMF | NCHG | T: | | | | |

SPACE ABOVE THIS LINE RE

# QUITCLAIM DEED

32.50

THE UNDERSIGNED GRANTOR(s) DECLARE(s)
DOCUMENTARY TRANSFER TAX IS $  - 0 - (to a Trust)
    ☐ _____ unincorporated area    ☒ City of  Riverside
    ☐ Parcel No.  243-500-026
    ☐ computed on full value of property conveyed, or
    ☐ computed on full value less value of liens or encumbrances remaining at time of sale, and
FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Geogiang Yue and Shu Chen Wu,
HUSBAND AND WIFE AS THEIR COMMUNITY PROPERTY,

hereby REMISE, RELEASE AND FOREVER QUITCLAIM to Geogiang J. Yue and Shuchen S. Wu, Trustees of The Yue Family
Revocable Trust, dated October 28, 2016,

the real property situated in the City of Riverside, County of Riverside, State of California, more particularly described as follows:

See attached Exhibit "A"

ALSO KNOWN AS: 7907 Horizon View Drive, Riverside, CA 92506

R&T 11911. No consideration.

DATED:  10/ 28/ 2016 _____

_____
Geogiang Yue

_____
Shu Chen Wu

**MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE**

| Name | Street Address | City & State |
|------|----------------|--------------|

© Planning Services, Inc.

EXHIBIT "A"

LOT 26 OF TRACT NO.28907-1, AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32
OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA

APN: 243-500-026-4

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Riverside_                    )

On _October 28 2016_ before me, Brian P. Jackson, Notary Public
(insert name and title of the officer)

personally appeared _Gebbing Yue + Shu Chen Wu_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

BRIAN P. JACKSON
COMM. # 2117099
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
COMM. EXPIRES JULY 11, 2019

# EXHIBIT F

10/20/2020 04:06 PM Fees: $20.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: TERESA #134

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:
FIDELITY NATIONAL TITLE
ORANGE COUNTY

AND WHEN RECORDED MAIL TO:

AND MAIL TAX STATEMENTS TO:

MONICA BULLOCK

16747 CATALONIA DR

RIVERSIDE, CA 92504

Space above this line for recorder's use only

318608

GRANT DEED

Title of Document

273-610-051

TRA: 088-093

DTT: $979 –

## Exemption reason declared pursuant to Government Code 27388.1

☑ This document is a transfer that is subject to the imposition of documentary transfer tax.

☐ This is a document recorded in connection with a transfer that is subject to the imposition of documentary transfer tax.
Document reference:_____

☐ This document is a transfer of real property that is a residential dwelling to an owner-occupier.

☐ This is a document recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.
Document reference:_____

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

ACR 238 (Rev. 01/2018)                    Available in Alternate Formats

RECORDING REQUESTED BY:
FIDELITY NATIONAL TITLE
COMPANY
Order No. 00318602-997-OC1-JA1
Escrow No. 818958-JT
Parcel No. 273-610-051

AND WHEN RECORDED MAIL TO:

CHRISTOPHER HEALY
MONICA BULLOCK
16747 CATALONIA DRIVE
RIVERSIDE, CA  92504

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $979.00 and CITY $0

- [X] computed on full value of property conveyed, or
- [ ] computed on full value less liens or encumbrances remaining at the time of sale.
- [X] unincorporated area:                RIVERSIDE, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **GEOGIANG J. YUE AND SHUCHEN S. WU, TRUSTEES OF THE YUE FAMILY REVOCABLE TRUST, DATED OCTOBER 28, 2016**

hereby GRANT(S) to  **CHRISTOPHER HEALY and MONICA BULLOCK, Husband and Wife as Joint Tenants**

the following described real property in the County of RIVERSIDE, State of California:

**LEGAL DESCRIPTION PER EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF**

Property commonly known as:  16747 CATALONIA DRIVE, RIVERSIDE, CA  92504-8705

Date      September 11, 2020

GEOGIANG J. YUE AND SHUCHEN S. WU,
TRUSTEES OF THE YUE FAMILY REVOCABLE
TRUST, DATED OCTOBER 28, 2016

By: GEOGIANG J. YUE, Trustee          By: SHUCHEN S. WU, Trustee

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF __Los Angeles__           } S.S.

On __October 16, 2020__ , before me, __JANET C. THAM,__ _____, notary
public, personally appeared __GEOGIANG J. YUE and SHUCHEN S. WU__ , who proved to me on the basis of satisfactory
evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or
the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

JANET C. THAM
Notary Public - California
Los Angeles County
Commission # 2180696
My Comm. Expires Feb 11, 2021

Signature _____ (Seal)

Mail Tax Statement to: SAME AS ABOVE or Address Noted Below

Fidelity National Title Company
ORDER NO.: 00318602-997-OC1-JA1

## EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 38 OF TRACT NO. 30011, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 400, PAGES 81 THROUGH 89, INCLUSIVE OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA ("MAP").

A. ALL OIL RIGHTS, MINERAL RIGHTS, NATURAL GAS RIGHTS AND RIGHTS TO ALL OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, TO ALL GEOTHERMAL HEAT AND TO ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING (COLLECTIVELY "SUBSURFACE RESOURCES");

B. THE PERPETUAL RIGHT TO DRILL, MINE, EXPLORE AND OPERATE FOR AND TO PRODUCE, STORE AND REMOVE ANY OF THE SUBSURFACE RESOURCES ON OR FROM THE LOT, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THE LOT, WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LOT, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS WITHIN OR BEYOND THE EXTERIOR LIMITS OF THE LOT, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR DEEPEN AND OPERATE ANY SUCH WELLS OR MINES, BUT WITHOUT THE RIGHT TO DRILL, MINE, EXPLORE, OPERATE, PRODUCE, STORE OR REMOVE ANY OF THE SUBSURFACE RESOURCES THROUGH OR IN THE SURFACE OR THE UPPER FIVE HUNDRED FEET (500') OF THE SUBSURFACE OF THE LOT; AND

PARCEL 2:

A NON-EXCLUSIVE EASEMENT, IN COMMON WITH OTHER OWNERS, FOR ACCESS, INGRESS AND EGRESS, OVER, IN, TO, AND THROUGH THE ASSOCIATION PROPERTY, IF ANY DESCRIBED IN THE DECLARATION, SUBJECT TO THE LIMITATIONS SET FORTH THEREIN, WHICH EASEMENT IS APPURTENANT TO THE RESIDENTIAL LOT DESCRIBED ABOVE.

APN: 273-610-051

# EXHIBIT G

OLD REPUBLIC TITLE COMPANY

RECORDING REQUESTED BY:

Order No. 2676018024-48 (1)
Escrow No.
Parcel No. 243-500-026-4
TRA-009-002
WHEN RECORDED MAIL DOCUMENT AND
PROPERTY TAX STATEMENT TO:

Shuchen S. Wu
7907 Horizon View Dr
Riverside, CA 92506

**DOC # 2020-0521887**
10/28/2020 08:00 AM Fees: $89.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: TERESA #134

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $0.00* and CITY $0.00*
☐ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☐ unincorporated area:        X    City of RIVESIDE, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **GEOGIANG J. YUE AND SHUCHEN S. WU, TRUSTEES OF THE YUE FAMILY REVOCABLE TRUST, DATED OCTOBER 28, 2016**

hereby GRANT(S) to **GEOGIANG J. YUE and SHU CHEN WU, husband and wife as community property with right of survivorship**

the following described real property in the City of RIVERSIDE, County of RIVERSIDE, State of California:

LOT 26 OF TRACT NO. 28907-1, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

AKA 7907 HORIZON VIEW DRIVE, RIVESIDE, CA 92506

*"This conveyance transfers an interest into or out of a living trust, R & T 11930."

Document Date:   April 23, 2020

**GEOGIANG J. YUE AND SHUCHEN S. WU, TRUSTEES OF THE YUE FAMILY REVOCABLE TRUST, DATED OCTOBER 28, 2016**

GEOGIANG J. YUE                          SHUCHEN S. WU

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Riverside        } S.S.

On APRIL 24, 2020, before me, MIRYANDA YAHYA, notary public, personally appeared **GEOGIANG J. YUE and SHUCHEN S. WU** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (Seal)

MIRYANDA YAHYA
COMM. #2297031
Notary Public - California
Riverside County
My Comm. Expires July 14, 2023

OLD REPUBLIC TITLE COMPANY

↑

**RECORDING REQUESTED BY:**

Order No. 2626018024-48 (1)
Escrow No.
Parcel No. 243-500-026-4
*TRA : 009-002.*
AND WHEN RECORDED MAIL TO:

Shuchen S. Wu
7907 Horizon View Dr
Riverside, CA 92506

DOC # 2020-0521888
10/28/2020 08:00 AM Fees: $99.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: TERESA #134

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# QUITCLAIM DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $0.00* and CITY $0.00*

☐ Computed on the consideration or value of property conveyed; OR
☐ Computed on the consideration or value less liens or encumbrances remaining at the time of sale.
☐ uncorporated area:                    **X   RIVERSIDE**                    and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**GEOGIANG J. YUE, husband of grantee**

hereby REMISE, RELEASE AND QUITCLAIM to **SHU CHEN WU, a married woman as her sole and separate property**
the real property in the City of **RIVESIDE** County of **RIVERSIDE**, State of California, described as:

LOT 26 OF TRACT NO. 28907-1, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA,
AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32 OF MAPS, RECORDS OF RIVERSIDE
COUNTY, CALIFORNIA.

*"This conveyance establishes sole and separate property of a spouse, R&T 11911."*
"It is the express intent of the Grantor, being the spouse of the Grantee to convey all right, title and interest of the Grantor,
community or otherwise, in and to the herein described property to the Grantee as her sole and separate property."

Dated    April 23, 2020

GEOGIANG J. YUE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Riverside    }S.S.

On APRIL 24, 2020 , before me, MIRYANDA YAHYA , notary public,
personally appeared **GEOGIANG J. YUE**, who proved to me on the basis of satisfactory evidence to be the person(s)
whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct.
WITNESS my hand and official seal.

Signature _____    (Seal)

MIRYANDA YAHYA
COMM. #2297031
Notary Public - California
Riverside County
My Comm. Expires July 14, 2023

Mail Tax Statements to: SAME AS ABOVE or Address Noted Below

# EXHIBIT H

RECORDING REQUESTED BY
SHUCHEN WU

AND WHEN RECORDED MAIL DOCUMENT AND
TAX STATEMENT TO:

GLOBAL INVESTMENT, INC.
NAME

STREET          2108 N ST. SUITE N
ADDRESS

CITY, STATE & SACRAMENTO, CA 95816
ZIP CODE

TITLE ORDER NO. _____

ESCROW NO. _____

**2021-0472582**
08/06/2021 04:35 PM Fee: $ 92.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

1628

# QUITCLAIM DEED

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

TRA: _____ 009-002 _____

APN: _____ 243-500-026-4 _____

The undersigned grantor(s) declare(s)
DOCUMENTARY TRANSFER TAX   $ 0.00
☐ computed on full value of property conveyed, or
☐ computed on full value less liens and encumbrances remaining at time of sale.
☐ Unincorporated Area    City of _____ RIVERSIDE _____

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, I (We)  SHU CHEN WU

(NAME OF GRANTOR(S))

hereby remise, release and quitclaim to _____ GLOBAL INVESTMENT, INC. _____

(NAME OF GRANTEE(S))

the following described real property in the City of _____ RIVERSIDE _____ ,County of _____ RIVERSIDE _____ ,
State of _____ CALIFORNIA _____ .

(Legal Description)

LOT 28 OF TRACT NO.28907-1, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE
OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32 OF
MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

DATED: 08/06/2021

Name  SHU CHEN WU

Name _____

A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not
the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Riverside

On 08/06/2021 _____ before me, Enrique Epifano Espinoza, Notary Public personally appeared

(here insert name and title of the officer)

Shu Chen Wu

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature  Enrique Espinoza _____ (SEAL)

ENRIQUE EPIFANO ESPINOZA
COMM. #2311113
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires Oct. 31, 2023

MAIL TAX STATEMENT AS DIRECTED ABOVE



**PETER ALDANA
COUNTY OF RIVERSIDE
ASSESSOR-COUNTY CLERK-RECORDER**

Recorder
P.O. Box 751
Riverside, CA 92502-0751
(951) 486-7000

www.riversideacr.com

## CERTIFICATION

Pursuant to the provisions of Government Code 27361.7, I certify under the penalty of perjury that the following is a true copy of illegible wording found in the attached document:

(Print or type the page number(s) and wording below):

Lot 26 of Tract

Date:         8/06/2021

Signature:    Shu-Chen Wu

Print Name:   SHU CHEN WU

ACR 601 (Rev. 09/2005)                    Available in Alternate Formats

# EXHIBIT I

RECORDING REQUESTED BY

Shu Chen Wu

AND WHEN RECORDED MAIL DOCUMENT AND
TAX STATEMENT TO:

Shu Chen Wu

NAME

STREET          7907 Horizon View Dr
ADDRESS

CITY, STATE &Riverside, CA 92506
ZIP CODE

TITLE ORDER NO. _____
ESCROW NO. _____

**2022-0183924**
04/19/2022 11:01 AM Fee: $ 99.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**779**

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# QUITCLAIM DEED

TRA: _____009-002_____

APN: _____243-500-026-4_____

| The undersigned grantor(s) declare(s) |
|---|
| DOCUMENTARY TRANSFER TAX   $ 0.00 |
| ☐  computed on full value of property conveyed, or |
| ☐  computed on full value less liens and encumbrances remaining at time of sale. |
| ☐  Unincorporated Area      City of _____Riverside_____ |

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, I (We)

Global Investment, Inc., a California Corporation

(NAME OF GRANTOR(S))

hereby remise, release and quitclaim to _____Shu Chen Wu_____

(NAME OF GRANTEE(S))

the following described real property in the City of _____Riverside_____ ,County of _____Riverside_____ ,
State of _____California_____ .

(Insert Legal Description)

LOT 26 OF TRACT NO. 28907-1, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE,
STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 338 PAGES 26 THROUGH 32
OF MAPS RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

DATED: ___04/18/2022___

Name  Shu Chen Wu, Authorized ~~signer~~ agent
Signing on behalf of Global Investment, Inc.

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

Name

STATE OF CALIFORNIA
COUNTY OF __Riverside__

On __APRIL 18, 2022__ before me, __Nicholas Daniel Zermeno, Notary Public__ , personally appeared

__Shu Chen Wu__

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (SEAL)


NICHOLAS DANIEL ZERMENO
COMM. #2371582
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires Aug. 19, 2025

MAIL TAX STATEMENT AS DIRECTED ABOVE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTORS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO AVOID LIEN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/12/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Fritz J Firman    firmanweber@gmail.com, centralservice.firmanweber@gmail.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/12/2023 | Benjamin Heston | /s/Benjamin Heston |
|-----------|-----------------|--------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                   **F 9013-3.1.PROOF.SERVICE**