1

2

3

4   Fritz J. Firman, Esq. (State Bar No. 117011)
    Joseph A. Weber, Esq. (State Bar No. 133297)
5   WEBER FIRMAN
    1503 South Coast Drive, Suite 209
6   Costa Mesa, CA 92626
    Tel: (714) 433-7185
7   Fax: (714) 662-0302

8   Attorneys for Judgment Creditor Emilio Ceron

9

10

11              **UNITED STATES DISTRICT COURT**

12      **CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

13

14   In Re:                          Case No.: 6:22-bk-14173 RB

15                                    Chapter 13

16   Shu-Chen Wu
                                      **EVIDENTIARY OBJECTIONS TO THE**
17   Geogiang Yue                     **DECLARATION OF SHU-CHEN WU**

18                                    Date:   May 3, 2023
                                      Time:   11:00 AM
19                                    Ctrm:   303

20                    Debtors.

21

22

23

24

25       Judgment Creditor Emilio Ceron hereby objects to the Declaration of Shu-Chen Wu Doc

26   Number 41, page 6-7 and Document 42, page 6-7 (they appear to be the same Declaration) as

27   follows:

     ///

28   ///

     ///

---

EVIDENTIARY OBJECTIONS

| Testimony: | Objection: |
|---|---|
| 1.  Page 7, ¶11, Lines 10-12:<br><br>"Throughout 2020 and into 2021, our financial problems worsened and we decided to sell the Horizon View Property. In order to take advantage of certain tax breaks, I transferred the Property to my corporation, Global Investment. A true and correct copy of this deed is attached hereto as Exhibit H." | Vague, Declarant does not say what "tax advantages" she is talking about.<br>Federal Rule of Evidence 602.<br>Lacks foundation.<br>Federal Rule of Evidence 701 and 702<br>Calls for expert testimony. |
| 2.  Page 7, ¶12, Lines 12-16:<br><br>"For a variety of reasons, it became apparent that we needed to place the Property back into our names. On April 19, 2022, I executed a quitclaim deed transferring title from Global Investment to myself." | Federal Rule of Evidence 602.<br>Lacks foundation, vague. |

**WHEREFORE,** Judgment Creditor Emilio Ceron Prays:

    1.      That his objections be sustained;

    2.      That the portions of the testimony to which Mr. Ceron has objected be stricken from the Record.

DATED:  April 24, 2023

                                      WEBER FIRMAN

                                      By: _____
                                      Fritz J. Firman, Attorney for Judgment
                                      Creditor Emilio Ceron

EVIDENTIARY OBJECTIONS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1503 South Coast Drive, Suite 209**
**Costa Mesa, CA. 92626**

A true and correct copy of the foregoing document entitled (*specify*):   **Evidentiary Objections** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)        **4/24/2023**        , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Rod Danielson Chapter 13 Trustee- rod@rodan13.com**

**Benjamin Heston- ben@nexusbk.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 4/24/2023 | Zac Ingalls | |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**