**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHU-CHEN WU, and<br>GEOGIANG YUE,<br><br>Debtors. | Case No: 6:22-bk-14173-RB<br><br>Chapter 13<br><br>**STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION TO AVOID LIEN**<br><br>**<u>Current Hearing</u>**<br>Date: May 3, 2023<br>Time: 11:00 a.m.<br>Courtroom 303<br><br>**<u>Proposed Hearing</u>**<br>Date: May 17, 2023<br>Time: 11:00 a.m.<br>Courtroom 303 |

TO THE HONORABLE MAGDELENA REYES-BORDEAUX:

Debtors, Shu-Chen Wu and Geogiang Yue, and Creditor, Emilio Ceron, through their respective counsel, Benjamin Heston and Fritz Firman, hereby agree and stipulate as follows.

Respective counsel have met and conferred and agree that it would be in the best interests of all parties and to continue the hearing on this Motion along with the briefing schedule. Based on the Court's self-calendaring availability, Parties are amendable to having the matter heard on May 17, 2023, or at the Court's earliest convenience thereafter.

WHEREFORE, subject to Court approval, the Parties stipulate as follows:

1. The hearing on this Motion currently set for May 3, 2023 is taken off calendar

and continued to May 17, 2023 at 11:00 a.m.

2. Creditor can file a reply to Debtors' brief no later than May 3, 2023;

3. Debtors can file a response to Creditor's reply no later than May 10, 2023.

**NEXUS BANKRUPTCY**

Date: April 28, 2023

_____
BENJAMIN HESTON,
Attorney for Debtors

**WEBER FIRMAN**

Date: April 28, 2023

_____
FRITZ FIRMAN,
Attorney for Creditor

2

and continued to May 17, 2023 at 11:00 a.m.

2. Creditor can file a reply to Debtors' brief no later than May 3, 2023;

3. Debtors can file a response to Creditor's reply no later than May 10, 2023.

**NEXUS BANKRUPTCY**

Date: April 28, 2023          _____
                              BENJAMIN HESTON,
                              Attorney for Debtors

**WEBER FIRMAN**

Date: April 28, 2023          _____
                              FRITZ FIRMAN,
                              Attorney for Creditor