United States Bankruptcy Court

Central District of California

In re:  Case No. 22-14173-RB
Shu-Chen Wu  Chapter 13
Geogiang Yue
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: May 01, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shu-Chen Wu, Geogiang Yue, 7907 Horizon View Drive, Riverside, CA 92506-7568 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2023 at the address(es) listed below:

**Name**      **Email Address**

Benjamin Heston
     on behalf of Joint Debtor Geogiang Yue bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
     on behalf of Defendant Shu-Chen Wu bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
     on behalf of Defendant Geogiang Joseph Yue bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
     on behalf of Debtor Shu-Chen Wu bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Fritz J Firman
     on behalf of Attorney Fritz J. Firman firmanweber@gmail.com  centralservice.firmanweber@gmail.com

Fritz J Firman
     on behalf of Plaintiff Emilio Ceron firmanweber@gmail.com  centralservice.firmanweber@gmail.com

| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: May 01, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Rod Danielson (TR)
    notice-efile@rodan13.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 8

BENJAMIN HESTON (297798)
NEXUS BANKRUPTCY
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtors,
SHU-CHEN WU & GEOGIANG YUE

**FILED & ENTERED**

**MAY 01 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY cargill    DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:22-bk-14173-RB |
| SHU-CHEN WU, and<br>GEOGIANG YUE, | Chapter 13 |
| Debtors. | **ORDER ON STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION TO AVOID LIEN** |
| | **Current Hearing Date and Time:** |
| | Date: May 3, 2023<br>Time: 11:00 a.m.<br>Place: Courtroom 303 |
| | **Continued Hearing Date and Time:** |
| | Date: May 17, 2023<br>Time: 11:00 a.m.<br>Place: Courtroom 303 |

The Court has reviewed the Stipulation to Continue Hearing on Debtors' Motion to Avoid Lien ("Stipulation") filed as docket #44 on April 28, 2023. For good cause shown,

\\\

1

**IT IS ORDERED that:**

1. The Stipulation is approved;

2. The hearing on this Motion currently set for May 3, 2023 is taken off calendar and is continued to **May 17, 2023 at 11:00 a.m.**

3. Creditor can file a reply to Debtors' brief no later than **May 3, 2023**; and

4. Debtors can file a response to Creditor's reply no later than **May 10, 2023**.

###

Date: May 1, 2023

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge