| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Benjamin Heston (297798)<br>NEXUS BANKRUPTCY<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtors* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 15 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** cargill   **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>SHU-CHEN WU and<br><br>GEOGIANG YUE,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 6:22-bk-14173-RB<br><br>CHAPTER: 13<br><br>**ORDER ☒ GRANTING ☐ DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. §522(f) (REAL PROPERTY)**<br><br>☐ No hearing held<br>☒ Hearing held<br>DATE: May 17, 2023<br>TIME: 11:00 AM<br>COURTROOM: 303<br>ADDRESS: 3420 Twelfth Street<br>       Riverside, CA 92501 |

**Creditor Holding Lien to be Avoided** (*name*): **EMILIO CERON**

The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

    a. ☐ There was no opposition and request for hearing.

    b. ☒ Hearing requested and held as indicated in the caption.

3. ☒ Motion granted as set forth in the *Notice of Tentative Ruling re Motion to Avoid Lien under § 522(f),* ECF doc. 61, and the **Attachment** to this order.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                            Page 1                        **F 4003-2.1.AVOID.LIEN.RP.ORDER**

4. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

   a. ☐ Insufficient notice
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
   d. ☐ Insufficient evidence of fair market value.
   e. ☐ Motion is incomplete.
   f. ☐ Other (*specify*):

5. ☐ The court further orders as follows (*specify*):

   ☐ See attached page

###

Date: June 15, 2023

*[Signature: Magdalena Reyes Bordeaux]*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                Page 2                                **F 4003-2.1.AVOID.LIEN.RP.ORDER**

**ATTACHMENT TO MOTION/ORDER**
**(11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)**

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** **EMILIO CERON**.

2. **Subject Lien:** Date and place of recordation of lien (specify): **1/10/2022, Official Records of Riverside County**
   Recorders instrument number or document recording number: **2022-0014423**.

3. **Collateral:** Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:

   Street address: **7907 Horizon View Drive, Riverside, CA 92506**

   Legal description: **.93 Acres Net In Lot 26 Mb 338/026 Tr 28907-1**

   ☐ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral: …………………………………………………………………….. **$1,300,000.00**
   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: ………………………………………….. (**$21,065.98**)
      (2) Second lien: ……………………………………… (**$727,763.56**)
      (3) Third lien: ………………………………………… ($_____)
      (4) Additional senior liens (*attach list*): ………………. ($_____)
   c. Amount of Debtor's exemption(s): …………………………. (**$560,000.00**)
   d. Subtotal: ………………………………………………………………………………. (**$1,308,829.54**)
   e. Secured Claim Amount (negative results should be listed as -$0-):    **-$0.00-**

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid *pro rata* with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 3                    **F 4003-2.1.AVOID.LIEN.RP.ORDER**