United States Bankruptcy Court

Central District of California

In re:  
Shu-Chen Wu  
Geogiang Yue  
    Debtors

Case No. 22-14173-RB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 3  
Date Rcvd: Jun 14, 2023      Form ID: 309A      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shu-Chen Wu, Geogiang Yue, 7907 Horizon View Drive, Riverside, CA 92506-7568 |
| 41397781 | + | EAST WEST BANK, 9300 FLAIR DR 3RD FL, EL MONTE CA 91731-2844 |
| 41332072 | + | EMILIO CERON, C/O LAW OFFICE OF MITCHELL B. HANNAH, 100 PACIFICA, SUITE 370, IRVINE, CA 92618-7448 |
| 41332073 | + | Fairfield Bay Resort, PO Box 2456, Batesville, AR 72503-2456 |
| 41332075 | + | Global Exchange Vacation Club, 27405 Puerta Real Suite 100, Mission Viejo, CA 92691-6314 |
| 41332080 | + | RCI, 9998 N Michigan Rd, Carmel, IN 46032-7766 |
| 41332081 | + | Reese Law Group, 3168 Lionshead Ave, Carlsbad, CA 92010-4706 |
| 41364768 | + | Riverside County, Tax Collector, 4080 Lemon Street, Riverside CA 92501-3609 |
| 41370682 | + | Riverside County Tax Collector, 4080 Lemon St, 4th Floor, Riverside, CA 92501-3609 |
| 41332083 | + | Slate Legal Group, 100 Hartsfield Centre Parkway, Ste. 500, Atlanta, GA 30354-1377 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bhestonecf@gmail.com | Jun 15 2023 01:12:00 | Benjamin Heston, 100 Bayview Circle, Suite 100, Newport Beach, CA 92660 |
| tr | + | EDI: BLSIMONS.COM | Jun 15 2023 05:05:00 | Larry D Simons (TR), 3610 Central Avenue, Suite 400, Riverside, CA 92506-5907 |
| tr | ^ | MEBN | Jun 15 2023 01:09:34 | Rod Danielson (TR), 3787 University Avenue, Riverside, CA 92501-3332 |
| smg | | EDI: EDD.COM | Jun 15 2023 05:05:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jun 15 2023 05:05:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41332065 | + | Email/PDF: bncnotices@becket-lee.com | Jun 15 2023 01:46:03 | AMERICAN EXPRESS, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 41364005 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2023 01:24:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41332066 | + | EDI: BANKAMER.COM | Jun 15 2023 05:05:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 41361879 | | EDI: BANKAMER.COM | Jun 15 2023 05:05:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 41332067 | + | EDI: CAPITALONE.COM | Jun 15 2023 05:05:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 41332068 | + | EDI: CITICORP.COM | Jun 15 2023 05:05:00 | CITICARDS CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 41332069 | + | EDI: WFNNB.COM | Jun 15 2023 05:05:00 | COMENITY BANK / CAESARS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 41332070 | + | EDI: DISCOVER.COM | Jun 15 2023 05:05:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 41334880 | | EDI: DISCOVER.COM | Jun 15 2023 05:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 41332071 | + | Email/Text: bankruptcynotice@eastwestbank.com | Jun 15 2023 01:12:00 | EAST-WEST FEDERAL BANK, 135 N LOS ROBLES AVE FL, PASADENA, CA 91101-4526 |
| 41332074 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 15 2023 01:12:00 | FNB OMAHA, PO BOX 3412, OMAHA, NE 68103 |
| 41361965 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 15 2023 01:12:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 41332076 | + | Email/Text: bankruptcy@gurstel.com | Jun 15 2023 01:12:00 | Gurstel Law Firm, 1561 E Orangethorpe Ave Ste 100, Fullerton, CA 92831-5250 |
| 41332077 | ^ | MEBN | Jun 15 2023 01:09:06 | Hunt & Henriques, 7017 Realm Drive, San Jose, CA 95119-1491 |
| 41332078 | | EDI: JPMORGANCHASE | Jun 15 2023 05:05:00 | JPMCB - CARD SERVICE, PO BOX 15369, WILMINGTON, DE 19850 |
| 41361898 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 15 2023 01:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 41381726 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2023 01:24:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41332079 | | Email/Text: SPECIAL_SERVICES@mechanicsbank.com | Jun 15 2023 01:13:00 | MECHANICS BANK AUTO FINANCE, PO BOX 25805, SANTA ANA, CA 92799 |
| 41371681 | + | Email/Text: SPECIAL_SERVICES@mechanicsbank.com | Jun 15 2023 01:13:00 | Mechanics Bank Auto Finance, P.O. Box 1479, Rancho Cucamonga, CA 91729-1479 |
| 41332082 | + | EDI: CITICORP.COM | Jun 15 2023 05:05:00 | SEARS / CBNA, PO BOX 6283, SIOUX FALLS, SD 57117-6283 |
| 41332084 | + | EDI: RMSC.COM | Jun 15 2023 05:05:00 | SYNCB / LOWE'S, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 41332085 | + | EDI: RMSC.COM | Jun 15 2023 05:05:00 | SYNCB / SAM'S CLUB, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 41394631 | + | EDI: RMSC.COM | Jun 15 2023 05:05:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 41332086 | + | EDI: CITICORP.COM | Jun 15 2023 05:05:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 41332088 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 15 2023 01:12:00 | TOYOTA MOTOR CREDIT, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 41332087 | ^ | MEBN | Jun 15 2023 01:09:18 | The Moore Law Group, PO Box 25145, Santa Ana, CA 92799-5145 |
| 41392050 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 15 2023 01:12:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 41332089 | | EDI: USBANKARS.COM | Jun 15 2023 05:05:00 | US BANK, PO BOX 108, SAINT LOUIS, MO 63166 |
| 41332090 | + | EDI: WFFC2 | Jun 15 2023 05:05:00 | WELLS FARGO CARD SERVICES, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 41387035 | | EDI: WFFC2 | Jun 15 2023 05:05:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

Case 6:22-bk-14173-RB   Doc 63   Filed 06/16/23   Entered 06/16/23 21:19:54   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0973-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2023 | Form ID: 309A | Total Noticed: 45 |
| TOTAL: 35 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41364028 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41361966 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 41365235 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 41392503 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Geogiang Yue bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Defendant Shu-Chen Wu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Defendant Geogiang Joseph Yue bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Shu-Chen Wu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Fritz J Firman | on behalf of Plaintiff Emilio Ceron firmanweber@gmail.com centralservice.firmanweber@gmail.com |
| Fritz J Firman | on behalf of Attorney Fritz J. Firman firmanweber@gmail.com centralservice.firmanweber@gmail.com |
| Larry D Simons (TR) | larry@lsimonslaw.com c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Shu–Chen Wu<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–8806<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Geogiang Yue<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–1692<br>__–_____ |
| United States Bankruptcy Court: | Central District of California | Date case filed in chapter: | 13    11/2/22 |
| Case number: | 6:22–bk–14173–RB | Date case converted to chapter: | 7    6/14/23 |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shu–Chen Wu | Geogiang Yue |
| 2. | **All other names used in the last 8 years** | aka Susan Wu | aka Joseph Yue |
| 3. | **Address** | 7907 Horizon View Drive<br>Riverside, CA 92506 | 7907 Horizon View Drive<br>Riverside, CA 92506 |
| 4. | **Debtor's attorney**<br>Name and address | Benjamin Heston<br>100 Bayview Circle, Suite 100<br>Newport Beach, CA 92660 | Contact phone 951–290–2827<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Larry D Simons (TR)<br>3610 Central Avenue, Suite 400<br>Riverside, CA 92506 | Contact phone (951) 686–6300<br>Email _____ |

**60/SH**

**For more information, see pages 2 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 3420 Twelfth Street,<br>Riverside, CA 92501–3819 | Hours Open:  9:00 AM – 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Dated: 6/14/23 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 18, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**TELEPHONIC MEETING, FOR INSTRUCTIONS, CONTACT THE TRUSTEE** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/18/23** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**For more information, see pages 1 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    page **2**

| | | |
|---|---|---|
| **13. Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. | |
| **14. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.

**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. | |
| **15. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 3801 University Avenue Suite 720, Riverside, CA 92501–3200. | |

**For more information, see pages 1 and 2 >**

Official Form 309A (For Individuals or Joint Debtors)    **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page 3