United States Bankruptcy Court

Central District of California

In re:                                                                                                    Case No. 22-14173-RB
Shu-Chen Wu                                                                                    Chapter 7
Geogiang Yue
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6              User: admin                                          Page 1 of 2
Date Rcvd: Jun 14, 2023     Form ID: van180                                  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shu-Chen Wu, Geogiang Yue, 7907 Horizon View Drive, Riverside, CA 92506-7568 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | ^ MEBN | Jun 15 2023 01:09:37 | Rod Danielson (TR), 3787 University Avenue, Riverside, CA 92501-3332 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Shu-Chen Wu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Geogiang Yue bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Defendant Shu-Chen Wu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 14, 2023 | Form ID: van180 | Total Noticed: 2 |

Benjamin Heston
    on behalf of Defendant Geogiang Joseph Yue bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Fritz J Firman
    on behalf of Attorney Fritz J. Firman firmanweber@gmail.com centralservice.firmanweber@gmail.com

Fritz J Firman
    on behalf of Plaintiff Emilio Ceron firmanweber@gmail.com centralservice.firmanweber@gmail.com

Larry D Simons (TR)
    larry@lsimonslaw.com c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com

Rod Danielson (TR)
    notice-efile@rodan13.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 9

Form van180–convu
Rev. 12/2015

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501–3819

## NOTICE THAT THE CASE HAS BEEN CONVERTED TO CHAPTER 7 FROM CHAPTER 13 AND OF RELATED REQUIREMENTS [11 U.S.C. § 1307(a)]

**DEBTOR(S) INFORMATION:**
Shu–Chen Wu
aka Susan Wu
**SSN:** xxx–xx–8806
**EIN:** N/A
Geogiang Yue
aka Joseph Yue
**SSN:** xxx–xx–1692
7907 Horizon View Drive
Riverside, CA 92506

**BANKRUPTCY NO.** 6:22–bk–14173–RB
**CHAPTER** 7

The debtor having filed a Debtor's Notice of Conversion on 6/14/23, converting this chapter 13 case to a case under chapter 7 of the Bankruptcy Code;

NOTICE IS GIVEN THAT:

(1) The debtor must file a statement of intention with respect to retention or surrender of property securing consumer debts within 30 days from the date of the filing the Debtor's Notice of Conversion or the first date set for the meeting of creditors, <u>whichever is earlier</u>.

(2) Within 14 days from the date of the filing of the Debtor's Notice of Conversion, the debtor must file:
   (a) A schedule of unpaid debts incurred after commencement of the chapter 13 case; and
   (b) The statements and schedules required by FRBP 1019(1)(A) and 1007, and if this case commenced on or after October 17, 2005, a *Chapter 7 Statement of Your Current Monthly Income (Official Form 122A–1), Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A–Supp), and Chapter 7 Means Test Calculation (Official Form 122A–2),* if such documents have not already been filed.

(3) Within 30 days from the date of the filing of the Debtor's Notice of Conversion:
   (a) The chapter 13 trustee must file and transmit to the United States trustee a final report and account;
   (b) The debtor must, if the case is converted AFTER confirmation of a plan, file:
      (i) A schedule of all property not listed in the final report and account of the chapter 13 trustee which was acquired after commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion;
      (ii) A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion; and
      (iii) A schedule of unpaid debts not listed in the final report and account of the chapter 13 trustee which were incurred after the commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion.

Dated: June 14, 2023

BY THE COURT,

**Magdalena Reyes Bordeaux**
United States Bankruptcy Judge

(Form van180–convu) Rev. 12/2015                                                    / SH