United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-14173-RB |
| Shu-Chen Wu | Chapter 7 |
| Geogiang Yue | |
|     Debtors | |

## CERTIFICATE OF NOTICE

District/off: 0973-6        User: admin        Page 1 of 2
Date Rcvd: Jun 15, 2023        Form ID: pdf042        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shu-Chen Wu, Geogiang Yue, 7907 Horizon View Drive, Riverside, CA 92506-7568 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

**Name        Email Address**

Benjamin Heston
    on behalf of Joint Debtor Geogiang Yue bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
    on behalf of Defendant Shu-Chen Wu bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
    on behalf of Defendant Geogiang Joseph Yue bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
    on behalf of Debtor Shu-Chen Wu bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Fritz J Firman
    on behalf of Attorney Fritz J. Firman firmanweber@gmail.com  centralservice.firmanweber@gmail.com

Fritz J Firman
    on behalf of Plaintiff Emilio Ceron firmanweber@gmail.com  centralservice.firmanweber@gmail.com

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Jun 15, 2023 | Form ID: pdf042 | Total Noticed: 1

Larry D Simons (TR)
    larry@lsimonslaw.com c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 8

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Benjamin Heston (297798)<br>NEXUS BANKRUPTCY<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtors* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 15 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** cargill **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>SHU-CHEN WU and<br><br>GEOGIANG YUE,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 6:22-bk-14173-RB<br><br>CHAPTER: 13<br><br>**ORDER ☒ GRANTING ☐ DENYING**<br>**DEBTOR'S MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C. §522(f) (REAL PROPERTY)**<br><br>☐ No hearing held<br>☒ Hearing held<br>DATE: May 17, 2023<br>TIME: 11:00 AM<br>COURTROOM: 303<br>ADDRESS: 3420 Twelfth Street<br>        Riverside, CA 92501 |

**Creditor Holding Lien to be Avoided** (*name*): **EMILIO CERON**

The Motion was:   ☒ Opposed   ☐ Unopposed   ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

    a. ☐ There was no opposition and request for hearing.

    b. ☒ Hearing requested and held as indicated in the caption.

3. ☒ Motion granted as set forth in the *Notice of Tentative Ruling re Motion to Avoid Lien under § 522(f),* ECF doc.
    61, and the **Attachment** to this order.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

    a. ☐ Insufficient notice
    b. ☐ Insufficient evidence of the exempt status of the property in question
    c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
    d. ☐ Insufficient evidence of fair market value.
    e. ☐ Motion is incomplete.
    f. ☐ Other (*specify*):

5. ☐ The court further orders as follows (*specify*):

    ☐ See attached page

###

Date: June 15, 2023

*[signed] Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    F 4003-2.1.AVOID.LIEN.RP.ORDER

**ATTACHMENT TO MOTION/ORDER**
**(11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)**

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** **EMILIO CERON**.

2. **Subject Lien:** Date and place of recordation of lien (specify): **1/10/2022, Official Records of Riverside County**
   Recorders instrument number or document recording number: **2022-0014423**.

3. **Collateral:** Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:

   Street address: **7907 Horizon View Drive, Riverside, CA 92506**

   Legal description: **.93 Acres Net In Lot 26 Mb 338/026 Tr 28907-1**

   ☐ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral: ………………………………………………………………….. **$1,300,000.00**
   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: …………………………………………… (**$21,065.98**)
      (2) Second lien: ………………………………………… (**$727,763.56**)
      (3) Third lien: …………………………………………… ($_____)
      (4) Additional senior liens (*attach list*): ………………… ($_____)
   c. Amount of Debtor's exemption(s): …………………………… (**$560,000.00**)
   d. Subtotal: ……………………………………………………………………………… (**$1,308,829.54**)
   e. Secured Claim Amount (negative results should be listed as -$0-):     **-$0.00-**

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid *pro rata* with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                     Page 3                               **F 4003-2.1.AVOID.LIEN.RP.ORDER**