Larry D. Simons
*larry@lsimonslaw.com*
3610 Central Avenue, Suite 400
Riverside, CA 92506
Tel:  (951) 686-6300
Fax:  (951) 742-4733

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:22-bk-14173 RB |
| SHU-CHEN WU and GEOGIANG YUE, | Chapter 7 |
| Debtors. | **NOTIFICATION OF ASSET CASE** |
| | [No Hearing Required] |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

    Larry D. Simons, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets may be administered in the above-captioned case and appropriate notice be given to creditors to file claims.

  Dated:  9/13/2023

                                                /s/ Larry D. Simons
                                           Larry D. Simons, Chapter 7 Trustee

Larry D. Simons, Chapter 7 Trustee
3610 Central Avenue, Suite 400
Riverside, CA 92506