United States Bankruptcy Court

Central District of California

In re:  
Shu-Chen Wu  
Geogiang Yue  
    Debtors

Case No. 22-14173-RB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 3  
Date Rcvd: Sep 13, 2023      Form ID: ntcpdiv      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shu-Chen Wu, Geogiang Yue, 7907 Horizon View Drive, Riverside, CA 92506-7568 |
| aty | + | Fritz J. Firman, 1503 South Coast Drive, Suite 209, Costa Mesa, CA 92626-1527 |
| 41397781 | + | EAST WEST BANK, 9300 FLAIR DR 3RD FL, EL MONTE CA 91731-2844 |
| 41332072 | + | EMILIO CERON, C/O LAW OFFICE OF MITCHELL B. HANNAH, 100 PACIFICA, SUITE 370, IRVINE, CA 92618-7448 |
| 41332073 | + | Fairfield Bay Resort, PO Box 2456, Batesville, AR 72503-2456 |
| 41332075 | + | Global Exchange Vacation Club, 27405 Puerta Real Suite 100, Mission Viejo, CA 92691-6314 |
| 41332077 | + | Hunt & Henriques, 7017 Realm Drive, San Jose, CA 95119-1491 |
| 41332080 | + | RCI, 9998 N Michigan Rd, Carmel, IN 46032-7766 |
| 41332081 | + | Reese Law Group, 3168 Lionshead Ave, Carlsbad, CA 92010-4706 |
| 41364768 | + | Riverside County, Tax Collector, 4080 Lemon Street, Riverside CA 92501-3609 |
| 41370682 | + | Riverside County Tax Collector, 4080 Lemon St, 4th Floor, Riverside, CA 92501-3609 |
| 41332083 | + | Slate Legal Group, 100 Hartsfield Centre Parkway, Ste. 500, Atlanta, GA 30354-1377 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Sep 14 2023 04:15:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Sep 14 2023 04:15:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41332065 | | Email/PDF: bncnotices@becket-lee.com | Sep 14 2023 00:38:13 | AMERICAN EXPRESS, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 41364005 | | Email/PDF: bncnotices@becket-lee.com | Sep 14 2023 00:38:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41332066 | + | EDI: BANKAMER.COM | Sep 14 2023 04:15:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 41361879 | | EDI: BANKAMER.COM | Sep 14 2023 04:15:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 41332067 | + | EDI: CAPITALONE.COM | Sep 14 2023 04:15:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 41332068 | + | EDI: CITICORP.COM | Sep 14 2023 04:15:00 | CITICARDS CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 41332069 | + | EDI: WFNNB.COM | Sep 14 2023 04:15:00 | COMENITY BANK / CAESARS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 41332070 | + | EDI: DISCOVER.COM | Sep 14 2023 04:15:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2023 | Form ID: ntcpdiv | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 41334880 | | EDI: DISCOVER.COM | Sep 14 2023 04:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 41332071 | + | Email/Text: bankruptcynotice@eastwestbank.com | Sep 14 2023 00:24:00 | EAST-WEST FEDERAL BANK, 135 N LOS ROBLES AVE FL, PASADENA, CA 91101-4526 |
| 41332074 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 14 2023 00:24:00 | FNB OMAHA, PO BOX 3412, OMAHA, NE 68103 |
| 41361965 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 14 2023 00:24:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 41332076 | + | Email/Text: bankruptcy@gurstel.com | Sep 14 2023 00:24:00 | Gurstel Law Firm, 1561 E Orangethorpe Ave Ste 100, Fullerton, CA 92831-5250 |
| 41332078 | | EDI: JPMORGANCHASE | Sep 14 2023 04:15:00 | JPMCB - CARD SERVICE, PO BOX 15369, WILMINGTON, DE 19850 |
| 41361898 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 14 2023 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 41381726 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2023 00:26:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41332079 | | Email/Text: SPECIAL_SERVICES@mechanicsbank.com | Sep 14 2023 00:25:00 | MECHANICS BANK AUTO FINANCE, PO BOX 25805, SANTA ANA, CA 92799 |
| 41371681 | + | Email/Text: SPECIAL_SERVICES@mechanicsbank.com | Sep 14 2023 00:25:00 | Mechanics Bank Auto Finance, P.O. Box 1479, Rancho Cucamonga, CA 91729-1479 |
| 41332082 | + | EDI: CITICORP.COM | Sep 14 2023 04:15:00 | SEARS / CBNA, PO BOX 6283, SIOUX FALLS, SD 57117-6283 |
| 41332084 | + | EDI: RMSC.COM | Sep 14 2023 04:15:00 | SYNCB / LOWE'S, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 41332085 | + | EDI: RMSC.COM | Sep 14 2023 04:15:00 | SYNCB / SAM'S CLUB, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 41394631 | + | EDI: AIS.COM | Sep 14 2023 04:15:00 | Synchrony Bank by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 41332086 | + | EDI: CITICORP.COM | Sep 14 2023 04:15:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 41332088 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 14 2023 00:24:00 | TOYOTA MOTOR CREDIT, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 41332087 | ^ | MEBN | Sep 14 2023 00:17:32 | The Moore Law Group, PO Box 25145, Santa Ana, CA 92799-5145 |
| 41392050 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 14 2023 00:24:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 41332089 | | EDI: USBANKARS.COM | Sep 14 2023 04:15:00 | US BANK, PO BOX 108, SAINT LOUIS, MO 63166 |
| 41332090 | + | EDI: WFFC2 | Sep 14 2023 04:15:00 | WELLS FARGO CARD SERVICES, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 41387035 | | EDI: WFFC2 | Sep 14 2023 04:15:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason    Name and Address**

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 13, 2023 | Form ID: ntcpdiv | Total Noticed: 43 |

| | | |
|---|---|---|
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 41364028 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41361966 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 41365235 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 41392503 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Benjamin Heston
on behalf of Joint Debtor Geogiang Yue bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
on behalf of Defendant Shu-Chen Wu bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
on behalf of Defendant Geogiang Joseph Yue bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
on behalf of Debtor Shu-Chen Wu bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Devyani Malap
on behalf of Creditor Synchrony Bank by AIS InfoSource  LP as agent. devyani.malap@aisinfo.com

Fritz J Firman
on behalf of Plaintiff Emilio Ceron firmanweber@gmail.com  centralservice.firmanweber@gmail.com

Fritz J Firman
on behalf of Attorney Fritz J. Firman firmanweber@gmail.com  centralservice.firmanweber@gmail.com

Larry D Simons (TR)
larry@lsimonslaw.com  c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com

Saurabh Thakur
on behalf of Creditor Synchrony Bank by AIS InfoSource  LP as agent. saurabh.thakur@aisinfo.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

TOTAL: 10

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Shu−Chen Wu
**SSN:** xxx−xx−8806
**EIN:** N/A
aka Susan Wu
Geogiang Yue
**SSN:** xxx−xx−1692 aka Joseph Yue

7907 Horizon View Drive
Riverside, CA 92506

**BANKRUPTCY NO.** 6:22−bk−14173−RB
**CHAPTER** 7
aka Joseph Yue

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before December 18, 2023**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: September 13, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**72 /**