Certificate Number: 14912-CAC-DE-038261772

Bankruptcy Case Number: 22-14173



14912-CAC-DE-038261772

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 9, 2024</u>, at <u>1:14</u> o'clock <u>AM EST</u>, <u>Shu Chen Wu</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  March 9, 2024        By:  /s/Jai Bhatt

                            Name:  Jai Bhatt

                            Title:  Counselor